FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 17 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-14-00858-DGC (BSB) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| | VIO: 18 U.S.C. § 1343 |
| 1. Steven Audette, | (Wire Fraud) |
| | Counts 1-90 |
| 2. Mary Roach, | |
| | 18 U.S.C. § 1349 |
| | (Conspiracy) |
| Defendants. | Count 91 |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### INTRODUCTION

**Defendants**

1. Steven Audette ("AUDETTE"), age 53, is a resident of Laredo, TX, and has no known legitimate means of support.

2. Mary Roach ("ROACH"), age 53, uses various aliases including Gennifer Parrill and Nicole Ross. ROACH is the wife of AUDETTE and also resides in Laredo, TX. ROACH has no known legitimate means of support.

**Overview of Scheme**

3. Between approximately 2002 and 2013, AUDETTE and ROACH obtained more than $2 million from victims by making false and fraudulent representations and

threats of harm. Among other things, AUDETTE and ROACH would falsely tell victims that funds were needed to further secret government investigations; would falsely warn victims that any disclosure of these secret government investigations (even to law enforcement) would compromise the investigations and expose the victims and their family members to a risk of retribution and physical harm; and would induce victims to send money by falsely claiming the money was needed to assist AUDETTE in fleeing from the mafia.

### The False Claims To Victims S.W. and L.W.

4. In 1992, AUDETTE contacted victim S.W. indicating that he needed to borrow money. S.W. initially sent AUDETTE approximately $200-$400 via Western Union.

5. About one month later, AUDETTE called requesting more money. For the next ten years, AUDETTE starting calling S.W. more frequently, wanting to borrow increased amounts of money.

6. AUDETTE told S.W. that AUDETTE was running from the mafia because he was the son of reputed crime figure Lucky Luciano and stood to inherit a lot of money.

7. AUDETTE represented to S.W. that he was also a member of a secret government investigation being conducted by the Central Intelligence Agency ("CIA"). AUDETTE began indirectly threatening S.W.'s family by stating the family would be in danger if S.W. quit paying AUDETTE the money.

8. In 2002, in response to continued requests from AUDETTE for more money, S.W. L.M. if she would provide AUDETTE money.

9. L.M. responded to S.W.'s request by agreeing to loan money to AUDETTE. L.M. initially gave the money to S.W. so he could pass the money onto AUDETTE. Eventually, AUDETTE contacted L.M. directly to request more money.

10. Similar to what he told S.W., AUDETTE informed L.M. that he needed money because he was on the run from the mafia and because he was working on a secret government investigation. AUDETTE explained to L.M that she would be paid back all of her money as soon the investigation was over.

11. Over time, AUDETTE became more threatening in his demands for the money by telling L.M. that, if he were ever captured by the mafia, he would tell the mafia where L.M. lived. AUDETTE warned L.M. that if the mafia showed up at her house, her grandchildren would be harmed or murdered.

12. AUDETTE told L.M. that since this was part of a secret government investigation, L.M. could not tell anyone, including law enforcement, about what was going on or L.M. would ruin the entire investigation and people would end up dead. Because L.M. feared for the safety of her family and herself, she agreed to continue sending money whenever AUDETTE would call to demand it. AUDETTE would call and send text messages demanding money and indicating that the secret government investigation was almost over.

13. AUDETTE would provide L.M. with the names of people to whom to send the money and indicated that the recipients were government agents or that the money was going into a secure government account.

14. Between 2002 and 2013, L.M. sent over $1 million to the bank accounts designated by AUDETTE. The transfers continued until L.M. exhausted all of her funds.

### ROACH's Role In Receiving And Distributing Funds

15. Victims of the scheme were typically instructed to send money to friends and family members of AUDETTE and ROACH. After the money was initially transmitted in this fashion, ROACH, using various aliases, would then assist in further transferring and distributing the proceeds of the scheme. For example, on

August 5, 2008, H.R., ROACH's daughter, sent $900 to "Nicole Ross," a known alias used by ROACH.

16. On August 7, 2008, H.R. sent another $900 to "Nicole Ross."

17. On August 7, 2008, L.C., ROACH's ex-son-in-law, sent $900 to "Gennifer Parrill," another known alias used by ROACH.

18. On March 28, 2012, ROACH, using the alias "Gennifer Parrill," sent $900 to K.P.

19. On March 28, 2012, ROACH, using the alias "Gennifer Parrill," sent another $850 to K.P.

20. On March 29, 2012, ROACH, using the alias "Gennifer Parrill," sent $500 to K.P.

21. On June 14, 2012, ROACH, using the alias "Gennifer Parrill," wired $700 from Texas to K.P. in Ohio.

22. On June 15, 2012, ROACH, using the alias "Gennifer Parrill," wired $750 from Texas to K.P. in Ohio.

23. On June 16, 2012, ROACH, using the alias "Gennifer Parrill," wired $700 from Texas to K.P. in Ohio.

24. On March 8, 2013, ROACH, using the alias "Gennifer Parrill," sent $850 to K.P.

25. On March 9, 2013, ROACH, using the alias "Gennifer Parrill," sent $750 to K.P.

26. On March 14, 2013, ROACH, using the alias "Gennifer Parrill," sent $750 to K.P.

27. On March 16, 2013, ROACH, using the alias "Gennifer Parrill," sent $700 to K.P.

## COUNTS 1-90

### Wire Fraud

### [18 U.S.C. § 1343]

28. The factual allegations in paragraphs 1-27 of the Indictment are incorporated by reference and re-alleged as though fully set forth herein.

29. Beginning in or around 2002 and continuing through in or around January 2014, in the District of Arizona and elsewhere, AUDETTE, ROACH, and other individuals known and unknown to the Grand Jury, devised and intended to devise a scheme

- 4 -

and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, promises, and omissions.

30. On or about the dates listed below, in the District of Arizona and elsewhere, for the purpose of executing said scheme and artifice, AUDETTE, ROACH, and other individuals known and unknown to the Grand Jury knowingly transmitted and caused to be transmitted, by means of wire and radio communications in interstate commerce, certain writings, pictures, signals and sounds, to and from the District of Arizona and elsewhere, as set forth in the chart below, each such instance being a separate Count of this Indictment:

   a. Financial Transactions by Wire:

| Count | Date | Sent From | Sent To | Amount |
| --- | --- | --- | --- | --- |
| 1 | 5/7/2009 | L.M. | B.R. | $5,000.00 |
| 2 | 6/5/2009 | L.M. | B.R. | $3,000.00 |
| 3 | 6/12/2009 | L.M. | B.R. | $8,000.00 |
| 4 | 6/12/2009 | L.M. | B.R. | $4,000.00 |
| 5 | 8/17/2009 | L.M. | B.R. | $15,000.00 |
| 6 | 9/18/2009 | L.M. | B.R. | $15,000.00 |
| 7 | 9/18/2009 | L.M. | B.R. | $9,000.00 |
| 8 | 11/2/2009 | L.M. | B.R. | $15,000.00 |
| 9 | 12/21/2009 | L.M. | B.R. | $8,000.00 |
| 10 | 1/15/2010 | L.M. | B.R. | $15,000.00 |
| 11 | 2/4/2010 | L.M. | B.R. | $3,000.00 |
| 12 | 2/4/2010 | L.M. | B.R. | $11,000.00 |
| 13 | 2/5/2010 | L.M. | B.R. | $1,000.00 |
| 14 | 3/23/2010 | L.M. | B.R. | $10,000.00 |
| 15 | 4/22/2010 | L.M. | B.R. | $4,000.00 |
| 16 | 4/22/2010 | L.M. | B.R. | $6,000.00 |

| 17 | 4/23/2010  | L.M. | B.R. | $6,000.00  |
|----|------------|------|------|------------|
| 18 | 6/15/2010  | L.M. | B.R. | $13,000.00 |
| 19 | 6/16/2010  | L.M. | B.R. | $7,000.00  |
| 20 | 7/29/2010  | L.M. | B.R. | $5,000.00  |
| 21 | 7/30/2010  | L.M. | B.R. | $5,000.00  |
| 22 | 8/19/2010  | L.M. | B.R. | $6,500.00  |
| 23 | 9/29/2010  | L.M. | B.R. | $2,300.00  |
| 24 | 10/4/2010  | L.M. | B.R. | $2,000.00  |
| 25 | 10/25/2010 | L.M. | B.R. | $1,400.00  |
| 26 | 11/23/2010 | L.M. | B.R. | $200.00    |
| 27 | 12/1/2010  | L.M. | B.R. | $1,000.00  |
| 28 | 12/3/2010  | L.M. | B.R. | $6,800.00  |
| 29 | 12/29/2010 | L.M. | R.R. | $2,000.00  |
| 30 | 1/5/2011   | L.M. | R.R. | $1,000.00  |
| 31 | 1/14/2011  | L.M. | R.R. | $850.00    |
| 32 | 1/27/2011  | L.M. | R.R. | $300.00    |
| 33 | 1/28/2011  | L.M. | R.R. | $300.00    |
| 34 | 2/1/2011   | L.M. | R.R. | $800.00    |
| 35 | 2/8/2011   | L.M. | R.R. | $220.00    |
| 36 | 2/14/2011  | L.M. | R.R. | $220.00    |
| 37 | 2/17/2011  | L.M. | R.R. | $2,000.00  |
| 38 | 2/25/2011  | L.M. | R.R. | $2,000.00  |
| 39 | 3/1/2011   | L.M. | R.R. | $500.00    |
| 40 | 3/3/2011   | L.M. | R.R. | $2,000.00  |
| 41 | 3/7/2011   | L.M. | R.R. | $1,000.00  |
| 42 | 3/8/2011   | L.M. | R.R. | $2,000.00  |
| 43 | 3/11/2011  | L.M. | R.R. | $60,000.00 |

| 44 | 3/31/2011  | L.M. | R.R. | $20,000.00 |
| 45 | 9/30/2011  | L.M. | B.R. | $25,000.00 |
| 46 | 10/18/2011 | L.M. | H.R. | $25,000.00 |
| 47 | 10/19/2011 | L.M. | H.R. | $25,000.00 |
| 48 | 11/23/2011 | L.M. | H.R. | $15,000.00 |
| 49 | 12/8/2011  | L.M. | H.R. | $15,000.00 |
| 50 | 12/14/2011 | L.M. | H.R. | $15,000.00 |
| 51 | 12/27/2011 | L.M. | H.R. | $15,000.00 |
| 52 | 1/10/2012  | L.M. | H.R. | $60,000.00 |
| 53 | 2/6/2012   | L.M. | H.R. | $40,000.00 |
| 54 | 3/28/2012  | L.M. | H.R. | $40,000.00 |
| 55 | 5/2/2012   | L.M. | H.R. | $50,000.00 |
| 56 | 6/13/2012  | L.M. | H.R. | $40,000.00 |
| 57 | 7/9/2012   | L.M. | H.R. | $42,000.00 |
| 58 | 8/14/2012  | L.M. | H.R. | $7,500.00 |
| 59 | 8/15/2012  | L.M. | H.R. | $32,500.00 |
| 60 | 9/28/2012  | L.M. | H.R. | $45,000.00 |
| 61 | 11/1/2012  | L.M. | H.R. | $10,000.00 |
| 62 | 11/6/2012  | L.M. | H.R. | $5,000.00 |
| 63 | 11/13/2012 | L.M. | H.R. | $3,500.00 |
| 64 | 11/14/2012 | L.M. | H.R. | $28,000.00 |
| 65 | 12/21/2012 | L.M. | H.R. | $1,800.00 |
| 66 | 12/28/2012 | L.M. | H.R. | $1,980.00 |
| 67 | 12/31/2012 | L.M. | H.R. | $11,700.00 |
| 68 | 1/3/2013   | L.M. | H.R. | $800.00 |
| 69 | 1/4/2013   | L.M. | H.R. | $5,000.00 |
| 70 | 1/10/2013  | L.M. | H.R. | $5,600.00 |

| 71 | 1/11/2013 | L.M. | H.R. | $4,800.00 |
| 72 | 1/14/2013 | L.M. | H.R. | $3,133.00 |
| 73 | 1/15/2013 | L.M. | H.R. | $5,767.00 |
| 74 | 1/31/2013 | L.M. | H.R. | $10,000.00 |
| 75 | 2/8/2013 | L.M. | H.R. | $15,000.00 |
| 76 | 2/22/2013 | L.M. | H.R. | $15,000.00 |
| 77 | 3/8/2013 | L.M. | H.R. | $25,000.00 |
| 78 | 4/4/2013 | L.M. | H.R. | $6,000.00 |
| 79 | 4/9/2013 | L.M. | H.R. | $1,500.00 |
| 80 | 4/10/2013 | L.M. | H.R. | $24,000.00 |

b. <u>Text Messages by Wire:</u>

| Count | Date | Sender (Texas) | Recipient (Arizona) | Text Message |
|---|---|---|---|---|
| 81 | 11/15/2010 | AUDETTE | L.M. | [L.M.], I am very worried about [S.W.] He does not realize who we are dealing with, and as you mentioned, he has a difficult time wrapping his arms around this whole mess. It is very important that he realizes that this is no joke. He is who I said he is, and they will hurt him if they find him. He has got to be careful. |
| 82 | 11/27/2010 | AUDETTE | L.M. | Agent called they think that they found [S.W.]. Call me |

| | | | | |
|---|---|---|---|---|
| **83** | 11/28/2010 | AUDETTE | L.M. | you have got to come thru for us asap. Found out that jim got shot one week ago, thought he was me. [S.W.] will be next…go to your family, do whatever it takes. [S.W.] and I are running out of time…Please…we don't have weeks to wait. |
| **84** | 10/25/2012 | AUDETTE | L.M. | They said pick up and pick up NOW this not a request IT IS AN ORDER ANSWER NOW |
| **85** | 10/27/2012 | AUDETTE | L.M. | We need to talk it is in your best interest to talk to me PICK UP TODAY |
| **86** | 8/9/2013 | AUDETTE | L.M. | [L.M.] we have worked our tails off getting this cleared up for you and your family. There are important people here waiting to sign off on this and they are al waiting on you.! Answer your phone now…..!!!!!! |
| **87** | 8/9/2013 | AUDETTE | L.M. | Do you want your money or not.? The. Only way is to answer so we can get the |

| | | | | |
|---|---|---|---|---|
| 1 | | | | info we need. They're |
| 2 | | | | getting angry. Answer your |
| 3 | | | | phone. |
| 4 | 88 | 8/10/2013 | AUDETTE | L.M. | We have spent all this time |
| 5 | | | | | and resources taking care of |
| 6 | | | | | you and your family, and |
| 7 | | | | | now you won't even answer |
| 8 | | | | | your phone for us.? We are |
| 9 | | | | | all the only ones that |
| 10 | | | | | sacrificed for you, for you, |
| 11 | | | | | for you. You were given a |
| 12 | | | | | direct order ... answer your |
| 13 | | | | | phone when I call. ... |
| 14 | | | | | answer your |
| 15 | | | | | phone.!!!!!!!!!!!!!! |
| 16 | 89 | 9/5/2013 | AUDETTE | L.M. | I am in a room with stacks |
| 17 | | | | | of bank statements and |
| 18 | | | | | documents waiting for me |
| 19 | | | | | to sign and they will not |
| 20 | | | | | allow me to sign off on |
| 21 | | | | | anything without the last |
| 22 | | | | | check that they need to do. |
| 23 | | | | | They have to make sure that |
| 24 | | | | | everything is secured before |
| 25 | | | | | large sums of money start |
| 26 | | | | | hitting your account. Send |
| 27 | | | | | as much as you can today |
| 28 | | | | | |

| | | | | and do the rest asap. We told you we would take care of this problem and we did. When you get your money is entirely up to you now. Will call you back. |
|---|---|---|---|---|

c. Phone Call by Wire:

| 90 | 1/14/14 | AUDETTE | S.W. | Advises S.W. that the secret government operation is blown. Requests L.M.'s current phone number. Asks S.W. for money. |
|---|---|---|---|---|

All in violation of 18 U.S.C. § 1343.

## COUNT 91

### Conspiracy

### [18 U.S.C. § 1349]

31. The factual allegations in paragraphs 1-30 of this Indictment are incorporated by reference and re-alleged as though fully set forth herein.

32. Beginning in or around 2002 and continuing through in or around January 2014, in the District of Arizona and elsewhere, defendants AUDETTE and ROACH knowingly and willfully agreed and conspired with each other and others, known and unknown to the Grand Jury, to commit Wire Fraud, in violation of Title 18, United States Code, Section 1343.

### OBJECTS OF THE CONSPIRACY

33. The object of the conspiracy was to obtain money from victims and to avoid detection.

## MANNER AND MEANS OF THE CONSPIRACY

34. The manner and means of the conspiracy are described in paragraphs 3-27 and 30 above, incorporated by reference and re-alleged as though fully set forth herein.

All in violation of 18 U.S.C. § 1349.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: June 17, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

S/
KEVIN M. RAPP
Assistant U.S. Attorney