Steve Audette, pro se
#47584074
F.M.C Butner
Butner, N.C. 27509

FILED
RECEIVED          COPY

MAR 03 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                    P  DEPUTY

| United States of America | ) | U.S. District Court | CR-14-858-PHX-SPL |
| plaintiff | ) | 9th District case # _____ | |
| - vs - | ) | Phoenix, Az | |
| Steve Audette & Mary Audette | ) | | |
| defendants | ) | - submittal of potential supporting evidence | |

Now comes the defendant, Steve Audette, pro se with the following statement, to be entered into the court file to present potential supporting evidence which has gone uninvestigated, and which would have served to prove our case does exist.

It should be well understood, that the case in question, both the twenty one year case, elluding and fighting the Italian mob, as well as its culmination in the present federal case, had its beginning well before I was even born.

It is my understanding, that the reason my attorney and judge Steven Logan sent me to be evaluated at F.M.C. Butner, is due to the fact, that the twenty one year "story" I tried to convey to them over short periods of time was anything but mundane and ordinary. However, it does not mean that it could not, or did not happen the way I described it.

One key point that everybody seems to be overlooking, is that all of the information that I have presented to various individuals, originates from agent Ken White, to my wife, and then is diseminated down to me. There has been no fact, or piece of information that I have mentally constructed or derived at, without the external data being passed on to me, much like the chain of command.

If you want to definitively determine if I am truly "delusional" you must investigate what I know to be true and accurate

-1-

to the best of my knowledge and understanding, and to determine the validity of each potential piece of evidence. It should be well noted, that each piece of potential evidence is one piece of the much larger puzzle, but does serve to explain the twenty one year case we were involved in, as explained in Audette; evidence #1. These are:

A) Mitochondrial D.N.A. test on the defendant, Steve Audette, and my "mother", Marianne "Dolly" Gleason. This will show that she is not the defendants biological mother, and it corroborates with my overall story.

B) Mitochondrial D.N.A. test on the defendant, compared to two known children of Adelle Davey's (nei Fanaselle), Mark and Mike Davey both of Duluth, Mn. This will show that we are half brothers, but more importantly, show that Adelle is my biological mother, who discovered that she is the daughter of Lucky Luciano.

C) Mitochondrial D.N.A. test on Nicholas Stevens, and on his true biological mother, Mary Audette. Our oldest daughter, Hope, gave birth to a son, Dec. 10th, 1999 at St. Paul Ramsey Hospital in Saint Paul, Mn. Hope's infant son was dying, because she suffered from leukemia, and essentially starved her baby to death. Agent Ken White, knowing that Hope could not handle the loss of her child, switched our healthy baby for Hope's son. Check the records at St. Paul Ramsey Hospital, then do the D.N.A. test on our son, Nicholas. Hope still thinks that he is her son.... it is her brother.

D) We were told, by Mr. White, that he was able to find several of my siblings that were illegally adopted out by my "step" grandfather, Ralph Fanaselle. DNA tests on these individuals compared to my D.N.A. will reveal that we are brothers; Paul Ross, Construction

-2-

manager, Corpus Christe, Tx.; Kent Parill, entrepreneur, Columbus, Ohio; Dr. Daniel Fuller, opthamologist, Memphis, Tenn; Shawn Warnick, chiropractor, Phoenix, Az.

E) D.N.A. tests on Hope, Heather, and Charity, my wife's children that supposedly belong to two other men are in fact all my biological daughters. The reason for the secretiveness is explained in Audette; evidence #1.

F) D.N.A. tests on any of my "Audette siblings", compared to my D.N.A will reveal that we are not siblings biologically.

G) If you can locate agent Matthew Clark, originally from Duluth, Mn., and do a comparative D.N.A. test on us, you will discover that we are genetically identical. He has a cousin in Duluth, Richard Clark that owns Inner Space Scuba. Contact him and try to obtain Matthew's sister's phone number. She may know how to get in contact with him and/or his brother Steve Clark. I don't know if she is aware of me being Matthew's twin brother or not.

H) When we were in hiding in 1997 or 8, we were in a cabin on Fish Lake at the Eagles' Nest Resort just north of Duluth. The mob found us, and my family and I ran to a different location, but the agents and the hitmen that were after us had a gun fight in that cabin, and from what we were told, a federal agent was shot and killed. Usually, the federal agents "clean up" any traces of a conflict, but because of what was occurring at the time, the cabin was left the way it was, covered in blood. Call the Eagles' Nest Resort on Fish Lake, and talk to the owner about cabin #5, being left full of blood in 1997-8.

I) Call the Seven Gables Resort in Georgetown Lake, Montana. Ask to speak to the owner, Jeff, and ask him about the couple that stayed in the cabin with three daughters, and just ran off in April ~~1998~~. We had to leave a U-haul trailer behind, full of our belongings, but I don't know if one

-3-

of the agents picked it up for us or not.

J) We lived in an almost condemned house on Bosce Blvd. in Waco, Tx., next to Danny and Linda Caracozza. Ask them about Steve and Joy (the couple that remodeled the house) and their three daughters, and how we had to run away. We left them four dogs we rescued from a dumpster.

K) Call Phil and Carol Lowry (or Lowrey) in Reddmond, Washington. They know my wife and I as Steve and Joy Warwick. Mr. White told us, that the mob was locating us when we checked in to motels using our name, so we were ordered to tell Phil and Carol what was going on, and for them to travel with us, and get us in to places under their name. In exchange for their help, we payed their house payments and utilities. They were with us for almost three years, when, in Chattanooga, Tn, they were contacted by "someone" and told to stop helping us, and to go home with their children who flew to Chattanooga to visit them. They were clearly shaken, and left us the next day.

L) Call our daughter Hope Jones in Gadsden, Alabama, and ask her about almost being abducted from Nye Elementary School in Laredo, Tx in Sept 1993. Ask her how we lived. Never having any money, moving from motel to motel, and never going outside.

m) Ask Hope about not being able to go back to school, except in Bridgeport, Alabama for a short period of time.

N) Ask Nicholas (who is living with his sister Hope, and her husband Scott) about who federal agent Jim is.

O) Ask Nicholas about his uncle Matthew, and what he does for a living.

P) Ask Nicholas about the "ceiling fan people", and how on occasion, Jim would say "hello" to Nicky through the surveilence equipment hidden in the ceiling fans.

- 4 -

Q) Ask Nicholas about the late night meetings we would go to, and how there were 6, 7-10 federal agents at our home, holding meetings concerning our case.

R) Ask Nicholas if he has ever seen his grandpa White, and what nationality he is.

S) Ask Nicholas about his uncle Matthew hypnotizing me, and making me play an imaginary harmonica at one of the meetings, and also hypnotized to be an English waiter, serving drinks to the agents.

T) Ask Nicholas about seeing my wife's identical twin sister, Jennifer.

U) Shawn Warwick, my friend (and possibly brother) from Phoenix dated Jennifer, although I'm sure he will lie about it, because he doesn't want his wife Julie to know.

(V) Both Matthew Clark and his brother Steve Clark are federal agents (F.B.I., but may be C.I.A. by now). There has to be some record of them somewhere in the agencies.

W) My father, agent Ken White is, or was in the C.I.A. Because he got angry with me and broke my wife's arm, used $30,000.00 for personal use, and threatened the life of Agent Jason Greene, Mr. White is in prison. If you can find him, he is the one who was in charge after F.B.I agent Allan Norris disappeared in '96 or '97.

X) Agent Allen Norris was in charge of our case when it started on August 28th, 1993. There has to be some form of records or documentation concerning our case at the F.B.I., unless they don't want the information out because of what agent Norris did to us. Allegedly, he was in love with my wife and came on to her, tried to set me up to be killed, and stole $80,000.00 of our money, then disappeared.

~~My~~ ~~_____~~

-5-

Z) Matthew and Steve Clark's dads obituary is in the Duluth News Tribune. I think he died ten years ago, and he is listed as an F.B.I. agent. He was almost my adoptive father.

AA)* Talk to my wife. I don't know if she will tell the truth or is going to "throw me under the bus", but she knows more about what went on than I do.

BB) Do a lineage D.N.A. test on me to prove or disprove the assertion that Mr. Ken White is my biological father, and he is of Chinese and Japanese ancestry.

CC) Mary Kay Voigt of St. Paul Mn., her sister Judy, and Steve Sanderson were with me the first time I ever saw my twin brother Matthew at the Fox and Hounds Supper Club in Little Canada, Mn. They all commented on what and who they saw that night, April of 1980. Contact Mary Kay's brother, Jim Voigt (Elk River, Mn.,), to find Mary Kay and Judy, and find out about that night.

All of the potential evidence which I have mentioned here, has been ignored by my attorney, the judge and the staff at F.M.C. Butner. I can prove that our "case" exists, and that I am not "delusional." In my declaration Audette; evidence #1, I list close to ninety times we had to run, and details as to why we had to run.

My wife is privy to all of this information and much more. She knew about agent Ken White since the early 1980's, and knew he was my father years before I did. I cannot help the complexity, nor the bizarre nature of my life. I did not sign up for this, it was just handed to me as fact.

I want my nightmare to end. I want the truth made public, so everyone will finally realize that I have been telling the truth for twenty one long years, and going through pure hell with my family.

-6-

My wife and I deserve to be left alone, at least for the few short years we have left to share together. That's all we have ever wanted, just to be left alone.

signed _Steve Andette_ this 25th day of _February_ 2015

*Note: all of the "evidence" presented herein, supports and helps explain the overall case as presented in Andette; evidence #1

CC: Butner Legal Department

2-22-15

To whom it may concern,

Could you please send me my public defenders address and phone number. His name is attorney Brian Berelli in Phoenix, Az.

Thank you,

Steve Audette
#47584074
F.M.C. Butner ⟶ P.O. 1600
Butner, N.C.
    27509