Steve Audette
_____
plaintiff
v.
U.S. of America
F.M.C Butner
Medical Staff
Dr. Nogo (sp?)
Dr. Reed (sp?)
Dr. Herbal (sp?)
Dr. Stock (sp?)
Administration
Warden
Assistant Wardens
All Unnamed Staff, Heads of Departments
Fed. Bureau of Prisons
et. Al.
_____
defendants

U.S. District Court
Ninth Division
Phoenix, Az.   No: CR-14-0858-01-PHX-SPL

FILED
RECEIVED
FEB 09 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____

Motion: To seek punitive and monetary damages from F.M.C. Butner, staff and administration for injuries suffered (broken neck) and for cover up.

Comes now the plaintiff, Steve Audette pro per, grandson of Charles "Lucky" Luciano; and in keeping with my constitutional right to self defense, and my right to be heard in the court of law, and given I have been found to be competent by both Dr. Stribland Riley, psychologist at F.M.C. Butner, and the honorable judge Steve Logan, do submit the following:

### Motion

While at F.M.C. Butner for a psychological study (which I passed... thank you), I noticed that my left hip was getting worse, and it was starting to give out on me. I asked for a walker and was denied. For the entire month of March, I continued to ask for a walker and never received one. Around the last week of March, I fell in my cell and unknown to me at the time, I had broken my neck. I was ignored at my request for a neurological exam, as my hands were numb, and the C.O. Johnson never reported my fall. Two or three days later I fell again. Hands & arms were numb, dizzy, muscle spasms in neck, upper back etc. Given very simple muscle tests and told I was fine. I kept telling staff that something was wrong and they wouldn't believe me...

See detailed account attached. It is my professional opinion, as a doctor of chiropractic, that F.M.C. Butner and its staff, administration, the Fed. Bureau of Prisons

and the U.S. of America is guilty of intentional indifference, medical malpractice, patient endangerment, falsifying medical records, criminal tampering of medical records, inhumane treatment, medical fraud, negligence, physical and psychological torture and torment, Hiding and concealing the true nature of my injuries (a grade 2-3 spondylolisthesis - broken neck with spinal cord compression) to avoid a lawsuit.

Dr. Nogo came in to my cell, and told me he was going to alter my records so it would appear that I came in to F.M.C. Butner with a broken neck. Dr. Ochungen, the neurologist from Duke University did a second M.R.I scan, and found the broken neck, and Dr. Noger et. al. dropped him as my consultant, and would not call him back to go over his findings, basically hiding the truth. See detailed account attached.

I now have permanent nerve damage and spinal cord damage, severe loss of cervical range of motion, and the biomechanics of my spine is permanently altered and damaged. I have paraesthesia from my neck to my feet which are permanent, my hands arms are numb, muscle spasms in my pectoralis muscles, shoulders, upper back, neck, muscle weakness, laminectomies from C2-C6 and titanium plates and screws (spinal fusion) on the opposite sides. I am 55 years old (my actual age) and my life expectancy is about 79 years old. I am seeking monetary damages of 2 million dollars for each of my remaining 25 years of life, ten million for pain, suffering, physical and psychological torment, and 10 million in punitive damages =

$50 million (for remaining years of life)
$10 million (pain, suffering etc.)
$10 million (punitive damages)
---
$70 million total.

I hold all submitted material as true and accurate to the best of my knowledge. Submitted the 8th day of February, 2016

Signed Steve Audette pro per.

I arrived in F.M.C. Butner, ready for surgery of my left hip (severe osteoarthritis). Due to excessive walking, hip began to buckle. Started asking for a walker, kept being denied. Asked for walker from middle of Feb., and all through March. Wrote request forms, asked doctors, nurses, doctor assistants, kept getting turned down. Asked at least 10 times if not more. Saw physician's assistant Overton, and he saw x-rays of left hip. Told me I needed hip replacement, but probably wouldn't get it because I was pre-trial. Saw physical therapist, who "examined" me, and gave me a cane. I was in unit 1-G. Hip was still "giving out" on me (buckling) and I continued to ask for a walker. Did the best I could with a cane. Last week in March, went to use toilet after lock down, left leg dropped out from beneath me, and I hit the floor with such force, I broke my neck, although it would go undiagnosed for another few weeks. Immediately after I hit the floor, I noticed that my hands were going numb. I was crawling on the floor, trying to get back on my bunk, and my cell mate pushed the call button for help. C.O. Johnson came in, saw me crawling on the floor and said "Oh he's O.K." and locked the door back. Nurse Patterson, the nurse on duty never came in to check on me, and my first fall went unreported. The next day, I reported that my hands were numb, and I was told that I was faking it (or malingering). I also continued to ask for a walker because my left leg was giving out even more, and I was told I didn't need one. After this first fall, I found I could no longer walk to the cafeteria to eat, and when I told nurse Patterson this, she told me either I walk to the cafeteria to eat or I don't eat. A couple nights later, I fell again trying to make it to the toilet. This time, Dr. Nogo and another doctor (Indian I think) examined me in my cell, and they said I was fine. I told them that my hands were numb, and they just ignored me. I told them I was a chiropractor, and that I knew what I was talking about, and they just laughed at me like I didn't know what I was talking about. The next few days, I couldn't walk, and my hands kept getting more numb. Nurse Patterson and nurse Reid ignored my requests to see an M.D. or neurologist. Instead, they attributed my numb hands to me "faking it" for attention. I couldn't get down to the cafeteria to eat, so the only way I got anything was the other inmates. Rick Specks, Patrick Wolumba, Arnold Begay, and Eric Lights, and commander Pons all helped me with food, and were witnesses to me trying to get a walker and also hurting myself. On April 1st, in the morning, there was a meeting with me, nurse Patterson, Reid, the C.O.'s, Dr. Nogo, and my psychologist Dr. Riley. I kept telling them that my hands were numb, and that I could no longer walk because I had hurt my left hip even more. They all accused me of malingering,

-1-

"sane" inmates are housed, and inmates with more "serious" psychological problems are housed. Also, I was taken out of my Kakhi uniform (general population) and more freedom, and put into an orange jumpsuit in 2-E which meant 24 hour lock down and no free movement. I was in a cell with a Mr. Rico(?), who is suffering from more serious psychological problems. Before I went to my cell, there was another meeting in 2-E, and I was told by the staff there, that I was faking it, and that I was doing it for attention. I kept telling them that I wasn't faking it, and that my hands were numb, and they just kept ignoring me. Then C.O. Carey told me that I was a liar and a fake, and he and I got into a big argument. Everybody at that meeting was convinced I was faking it. In or about April 3rd or so, I fell a third time, and my cellmate pushed the call button. The nurse, I think it was Conley came, and she got Dr. Nogo, who examined me, and again, gave me a "clean bill of health". I told him my hands are numb, and I was having numbness into my arms, muscle spasms, headaches, dizziness etc., and again, I was ignored. Nurse Conley, and C.O. Carey, convinced I was faking it, told all the other inmates and staff members not to help me do anything. I could no longer bathe, dress myself, walk, so I stayed in the same clothes for four weeks, and was unable to take a shower. For several days, I was unable to eat, because they insisted I carry my own tray to the table on the unit, and I just couldn't do it, trying to walk with a cane, numb arms and hands, dizzy, muscle spasms, and restless leg syndrome, and a left hip that I could no longer put weight on. A fellow inmate, Brian Pollock, who is in a wheelchair, started to bring my food tray to me, and since C.O. Carey liked him, he didn't say anything. My neurological symptoms kept getting worse, and I kept trying to tell the staff, and my psychologist, Dr. Riley that I needed to see a neurologist, that something was wrong, but they would not listen. I begged them, I wrote requests, I tried to get anybody to listen to me, and nobody would. Nurse Riley and C.O. Carey did everything they could to make my life as miserable as they could. Talking down to me, making derogatory comments; One time, I was taking my medicine, and when I tipped my head back, I got dizzy and fell up against the window at the nurse's station. Nurse Conley asked "Are you going to fall again Mr. Audette?" I told her "your compassion is simply overwhelming" and she stated "I don't have much, do I?" I said "No, Happy Easter".

-2-

a couple of days later, nurse Conley and a good friend of mine, Dr. Nogo, decided that I was malingering, and I could not be moved. I asked to see Dr. Gonzales. I had been moved out of the cell with Mr. Rios, because I told my psychologist, that if she didn't get me out of that cell with him, I was going to go crazy. After nurse Conley and I had our "disagreement" (one of several) I turned to head for my cell, and as I tried walking with my cane, my left leg gave out and I fell and hit the floor for a fourth time. This time, my head hit the floor, and I ended up with a gash in my head which required 3 stitches, and I ended up with positional vertigo. Again I was examined by Dr. Nogo, who stitched me up, did a very cursory exam, and told me I was fine. I again, tried to get him to listen to me, and I told him about my increasing neurological symptoms, and he acted like I was lying or didn't know what I was talking about. My left leg was now completely gone, and I kept asking for a walker, and as always, I was denied. I think it was the next day, I had an MRI scan done on my head, to rule out neoplasm (tumor) and subdural hematoma etc. I told my psychologist that it would come back negative, and everybody would be more convinced I was malingering. Just as I had suspected, it came back negative, and the staff treated me even worse. I kept on trying to get somebody to listen to me. My hands were completely numb, I had muscle spasms in my neck, upper back, arms, shoulders, leg cramps, restless leg syndrome, loss of cough reflex, urological and productive neurological symptoms, pectoralis muscle spasms, paraesthesias in thorax front and back, thigh and calf numbness, headaches, and positional vertigo. After this fourth fall I was finally given a walker, but my hip was so far gone, I couldn't use it. I told the staff that I now needed a wheelchair, and the attitude was you wanted a walker, we gave you one, now use it. With the cranial MRI scan negative, I was branded a malingerer and a fake. Physician's Assistant Overton came in to the unit, and I told him about all of my symptoms, and he looked at my hands, stated he could see my veins, so my hands weren't swollen... I was fine. I was getting frantic, I had neurological symptoms and nobody was listening to me. Finally, Dr. Riley noticed that my hands were swollen and red, and she convinced the medical staff to do another cervical MRI scan (which I got sedated for by nurse Asch). A day or two after the second MRI scan, I had an exam set up with a contract neurologist from Duke University by the name of Dr. Schurgar. It was around April 28th, four weeks after my first fall, and after a total of five falls. (The fifth fall happened in my cell, and I fell on my right leg, and I couldn't get up. I called out for help, and nurse Conley told the other inmates to just leave me on the floor... luckily they didn't listen). When it was time for my exam, I told nurse Conley that I couldn't make it using a walker, I was dizzy and my left leg would give out.

-3-

the day before, but to this "walk" to the elevator and a little further, and I had to come back to the unit, but she wouldn't listen. I told her, that if I fell again it would be on her head. Nurse Conley told me, "Either use my walker to get to the neurological exam with Dr. Schurgar, or she would mark me as noncompliant." I got my walker, and headed towards my exam, about 100 yards away. As I was passing C.O. Carey, he made fun of the way I was walking. I almost fell 3 times on my way to the exam. Dr. Schurgar examined me, and when he learned I am a chiropractor and I could read X-rays and M.R.I scans, he put my 2nd MRI scan up on the computer, and what I saw, was a grade 2-3 spondylolisthesis (broken neck), with spinal cord compression. It explained all of my symptoms. I had broken my neck, and had fallen 5 times. Almost like having five car accidents in a one month period. I asked Dr. Schurgar to do me a favor, and show nurse Conley. He brought Nurse Conley and two other nurses to the exam room, and showed them that I was not faking it. When I got back to the unit (in a wheelchair which was taken away when I got back) and word got out that I had broken my neck, C.O. Carey looked at me and said "I still think you're a fake and a liar." I told him "How the hell do you figure I'm faking this? Maybe you need to go and talk to the neurologist!" He just walked away. I thought that would be it. I was told, by Dr. Schurgar, F.M.C. Butner's own contract neurologist, that I had a broken neck with spinal cord compression, and it was a surgical problem which involved the central nervous system, and when you are still dealing with the central nervous system, you don't mess around. After my exam on April 28th, the medical staff at F.M.C. Butner began to show its intentions... to cover up the fact that I had fallen and broken my neck. Dr. Nogo, told a fellow inmate, Arnold Beguy, that I didn't break my neck. I approached Dr. Nogo, and asked him what he meant by telling my friend that I didn't break my neck, and he told me that you don't need a broken neck for a spondylolisthesis. I told him I was a doctor of chiropractic, and that you cannot have a spondylolisthesis without a broken neck... it is pathonomonic. I tried to keep arguing until I told him to "stop insulting my intelligence and my expertise." He just replied "O.K." The "games" continued. Another M.D., Dr. Herbal told me that the spinal cord isn't part of the central nervous system (trying to downplay the seriousness of my injury). I was scheduled to see a neurosurgeon at the U of North Carolina, Chapel Hill, in another 3 months,

-4-

I was losing nerve cells no longer the cord compression was present and not being surgically corrected, so I asked for a meeting with Drs. Nogo, Harbul, and Reed, the acting clinical director in the absence of Dr. Stocks, as well as my psychologist, Dr. Riley. At that meeting, Dr. Nogo told me that Dr. Schurgar had not mentioned anything in his report about a broken neck or a spondylolisthesis (I knew he was lying). I told all four of them, that for Dr. Schurgar to not put that in his report, after he went over it with me for 15 minutes, and showed nurse Conley and two other nurses the MRI scan of my cervical spine would be like Dr. Riley treating a patient with schizophrenia and not mentioning it in her report... it wouldn't happen. Then Dr. Nogo told me that my problem was from a pre-existing condition, spinal stenosis at C2-C5 (the levels above the fracture site), and that they had set up a surgery with the neurosurgeon on those levels. I told them that I knew what I saw on the second MRI scan Dr. Schurgar went over with me, and Dr. Nogo told me that I was mistaken, that a second MRI scan had never been done, and that I didn't see what I thought I did. I couldn't believe what I was hearing. I told Dr. Nogo, that nurse Asch had to sedate me to go through the second MRI scan, and all three just stared at me. I then told them, that I knew what they were doing. They were trying to reduce or totally negate their liability and/or culpability in case I sued F.M.C. Butner, by claiming my "problems" were a result of a pre-existing condition. Then Dr. Reed told me "Either you take the surgery we have lined up for you, or you go without, and get sent back to Arizona the way you are." My symptoms were getting worse, and they were driving me out of my mind, I opted for the surgery, knowing full well that my symptoms were a result of a broken neck with spinal cord compression, but hoping that the neurosurgeon would correct the problem maybe without telling me, along with the non-symptomatic spinal stenosis at C2-C5. I had two pre-surgery consultations with the neurosurgeon. The first one ended before it started, because the MRI scans and x-rays were never sent by Fed-ex overnight like the woman in records had promised. When I told the neurosurgeon I had broken my neck he seemed completely surprised, and he said he couldn't do anything without the MRI scan and x-rays. A month later, another consultation was set up, and since the scans are there, he told me that he would do the operation that was scheduled, on the

-5-

problem, but he wouldn't listen. He told me, that he would do surgery on a "healed" fracture. I asked him to call Dr. Schurgar at Duke, and have him go over his findings and diagnosis, and he told me he wouldn't do that. It is the same thing that Drs Nogo, Reed and Herbal told me. They told me, that Dr. Schurgar didn't consult for F.M.C. Butner anymore, and that they wouldn't contact him. What has happened is, I not only broke my neck, I did damage to my neck and my left hip in five separate falls that F.M.C. Butner, and it's medical staff failed to prevent. To hide this fact, they are making it appear that I came in to Butner with a broken neck that healed. My broken neck, healed (out of alignment, and with spinal cord compression) in 6-8 weeks. I didn't see the neurosurgeon until my neck had healed, and Dr. Nogo probably told him that I was the one trying to pull a fast one, when in fact, it was Dr. Nogo and the others that were being dishonest. Around July 28th, I had the "placebo" surgery which did nothing except give me more problems. The surgeon, did laminectomies at C2-C5, and then fused those segments using titanium plates and screws. The true problem still exists... spinal cord compression at the levels below C5. F.M.C Butner's Dr. Nogo, even confronted me, and told me, he was going to make it appear that I came in to F.M.C Butner with a broken neck. When I told him he was a liar, and how could he sleep at night, he told me "I sleep just fine, thank you". My symptoms did not improve after the "placebo" operation, and in fact have gotten worse, and now, I have altered biomechanics at C2-C5, titanium plates and screws and laminectomies at the same levels, and am more prone to degeneration at C1-2 & C5-6. I am also, unable to walk, due to the damage to my left hip, and am in a wheelchair. F.M.C. Butner has destroyed my health. My cervical spine has literally been destroyed, and my symptoms are still present, and even worse. Spinal cord compression has been present since the end of March, almost 9 full months. F.M.C. Butner, Drs Nogo, Herbal, and Reed, and Stock, as well as the administration has condemned me to

-6-

permanent nerve damage, and the partial loss of my newly acquired bio-mechanics in my cervical spine, and a number of neurological symptoms which I may never be able to correct. What Dr. Nogo, Herbal, Reed, Stock and the administration at F.M.C. Butner have done is criminal, and they should all be prosecuted to the fullest extent of the law. I was at their mercy, and they showed what kind of immoral, unethical thugs are employed by our federal government, and the B.O.P. (bureau of prisons). I have been in pain, and suffering from severe neurological symptoms for over half a year, and Dr. Nogo thought it was funny. Thanks to Dr. Nogo, Dr. Herbal, Dr. Reed, Dr. Stock, and the administration that did nothing to investigate the blatant disregard for me as a person, malpractice, intentional indifference, criminal tampering and altering of medical records, my quality of life, as meager as it was, was taken away from me. There is no justice, in the Criminal Justice System. It is a corrupt, depraved system, which caters to those with psychological pre-dispositions of wanting to "lord" above those who end up at their mercy and have no legal protection and no rights what-so-ever. From what I experienced and observed, F.M.C. Butner is guilty of intentional indifference, malpractice, patient endangerment, inhumane treatment, criminal tampering and alteration of medical records, medical fraud, exposing a patient to unnecessary and potentially life threatening surgery, physical and psychological torture just to name a few, as well as negligence. In my attempt to resolve my situation, I talked to and wrote to the warden, two assistant wardens, director of nursing, director of medicine, director of physical therapy, clinical director, all medical doctors involved in my care (Nogo, Reed, Herbal, Stock), Occupational Health director, Nurses (Nixon, Asch, Yoder et al.) and every administrator I could contact. In almost seven months of attempting to obtain help for my deteriorating condition, there was no help to be found in a federal medical center, and apparently, only a deep seeded bureaucratic predisposition to cover up my situation, as opposed to true medical care in keeping with the hippocratic oath. I have been mistreated and in their attempt to manipulate and hide the truth about my injuries, F.M.C. Butner's medical staff further damaged my already damaged body, and then continued to cover up my deteriorating health for their own protection and benefit. A further x-ray study, taken on 10-7-15, showed a cervical spine (post surgical) with a reversal

-7-

disc height at C5-C6-C7, however, indicates a grade 2-3 spondylolisthesis, which would be found in something of the nature of a severe whiplash injury, such as a high speed auto accident. Retrospectively, I suffered and experienced 5 automobile accident type axial compression force injuries to my cervical spine, which would explain the severe damage indicated on the latest x-ray study. All of these accidents that I was subjected to could have easily been avoided, had the medical staff simply supplied me with a walker, but because of the intentional indifference to my health and me as a human being in general, I am the one who has had to pay the ultimate price... with my deteriorating health.

It is my wish and my goal, to have true justice prevail in my continued mistreatment.

I swear that the information in this correspondence are true and accurate to the best of my knowledge, under penalty of perjury. Dr. Steve Audette, #97584074, 10-12-15

what I saw on the 2nd MRI scan, that Dr. Schwegger from Duke went over with me for 15 minutes, and showed nurse Conley and two other nurses. As far as I recall, disc spaces were still intact and the only apparent abnormality was the textbook example of the grade 2-3 spondylolisthesis with spinal cord compression.

The normal cervical curve is a lordosis.

- C1 atlas
- C2 axis
- C3
- C4 POSTERIOR / FRACTURE
- C5-C6 spondylolisthesis / Site of CORD COMPRESSION / SPINAL CORD
- C7
- DISC SPACE

ANTERIOR / POSTERIOR

SPONDYLOLISTHESIS GIVES A "STAIR STEP" MISALIGNMENT

what I saw on x-rays taken at C.A.D.C. on 10-7-15?
Reversed cervical indicative of post traumatic event, such as car accident (or 5 falls).
C2,3,4,5 have lamina removed, and on opposite side, fusion with titanium plates and screws.

- C1
- C2
- C3
- C4
- C5
- "Healed" C5-6 spondylolisthesis with spinal cord compression
- C6
- C7

Loss of disc height, indicative of severe trauma such as cervical flexion/extension injury, like high speed auto accident. (disc, ligament, soft tissue damage, peripheral nerve compression).

PRE-SURGICAL
- FRONT VERTEBRAL BODY / DISC
- SPINAL CORD
- LAMINA
- SPINOUS PROCESS

POST SURGICAL
- LAMINECTOMY = MORE SPACE FOR CORD
- Titanium plate with screws/connect and fuse vertebrae to the one below it.

MRI SCAN ON 10-27-15

-8-