CR-14-858-PHX-SPL

FILED ___ LODGED
RECEIVED 2-10-16
FEB 17 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Your honor,

After I returned to CADC, I was thinking about what transpired at the hearing on 2-9-16. While I was in conference with attorney Borelli, I was telling him, that after all you had pointed out to me, that I might as well just ask the prosecutor if he would put the plea agreement back on the table, and I would sign it.

Attorney Borelli steered me away from asking permission to query the prosecution, stating that you wouldn't allow it, and there was no chance of it occurring, so I took his advice. Was this accurate, or was attorney Borelli helping the prosecution slip the noose over my neck?

After hearing what you said, trial and the truth became less appealing, and when I asked attorney Borelli if we went to trial his way, would I have a chance to tell my side of the story he said no, he wouldn't allow it.

In essence, I was given one option, and one option only. Proceed pro se. I am not taking this process, or the time expended lightly, and I don't mean to be difficult, But after being incarcerated for almost 2-years, Mr. Borelli has not investigated anything, and at the time of the hearing, I still hadn't heard anything at all about the discovery except a sheet containing my money transactions, and in all honesty, I feel like I'm being set up by my own attorney.

I do know what you were getting at by questioning me about "hearsay", and without my wife being allowed and/or convinced to come

forward to tell what one knows to be true, my "hearsay" testimony, and in anticipation of your directions to the jury to ignore any hearsay evidence will destroy any chance I may have had, and will lead to a 1000 year conviction.

I am asking for extreme leniency and understanding in this matter. The deck is so far stacked against me, there is no possible way, I can tell the truth and have it even matter. The truth won't do me a damn bit of good, except to lead to a self hanging —

I am therefore throwing myself at the mercy of the court, asking permission to have the plea agreement reconsidered and I will sign it with no prejudice. I understand what I have to agree to, and am willing to sign.

    Thank you for your patience and understanding,

    Sincerely

    Steve Anctette

Clerk of the Court
Fed Court
Ninth District
Phoenix, AZ.                                                                2-1-16

To whom it may concern,

    Please send me copies of all of the correspondence I sent to you but especially my confession sent to you from F.M.C. Butner in I believe April of 2015.

    Sincerely,
    Steve Audette # 47584074


cc  Copy of Confession in U.S.A v. Barry Bonds
    Copy of Confession in U.S.A v. Eric Lighter

The honorable judge Steve Logan,

    Your honor, would it be possible for you to send me copies of all of the correspondence I sent to you? I especially need a copy of the confession I sent to you, back in I believe April of 2015.

    Thank you,
    Steve Audette #47584074

cc: Copy of confession in U.S.A v. BARRY Bonds
    Copy of confession in U.S.A v. Eric Lighter

Steve Ouellette
#47539074
C.A.D.C.
infirmary
P.O. Box 6300
Florence, AZ
85132

Legal Mail

RECEIVED
FEB 16 2016

PHOENIX AZ 852
12 FEB 2016 PM 4 L

Notice
This correspondence is mailed
from ... institutional
institution
Its contents are uncensored

Sandra Day O'Connor
Fed. Court House
401 W. Washington St.
Phoenix, AZ 85108

Attn: The Honorable Judge Steve Logan