# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CRIMINAL MINUTES

CR-14-0858-01-PHX-SPL          DATE: 3/15/2016
Case Number

HON: STEVEN P. LOGAN

USA v. Steven Audette

DEFENDANT: X Present __ Not Present __ Released X Custody __ Writ (Defendant Pro Se)

Deputy Clerk: Christine Boucher          Court Reporter: Candy Potter

U.S.Atty: Andrew Stone and Kevin Rapp          Defense Atty: Brian Borrellin (stand by)
                                                                  X FPD ___ apptd ___ retd
=====================================================================
**PROCEEDINGS: / X / JURY TRIAL / / COURT TRIAL / X / VOIR DIRE / X / JURY SWORN**
Trial Day # 1

8:41 a.m. Parties present as stated above. Preliminary matters discussed. Defendant's Motion at Doc. 182 is withdrawn at request of the Defendant. 9:02 a.m. Court is in recess.

9:19 a.m. Prospective jurors present. Voir dire commences. 10:30 a.m. Prospective jurors exit the courtroom. Jurors 55, 31, and 51 are questioned individually. Jurors 23, 27, 32, 42, 46, and 54 will be stricken for hardship. 10:55 a.m. Court is in recess.

10:59 a.m. Court reconvenes. Prospective jurors are present. Jurors 23, 27, 32, 42, 46 and 54 are excused for hardship. Voir dire continues. 12:21 p.m. Court is in recess.

1:36 pm. Court reconvenes. Prospective jurors are present. Voir dire continues. Juror 45 is excused for hardship. 2:45 p.m. Prospective jurors exit the courtroom. Jurors 37, 43, and 7 are excused for hardship. Jurors 52, 2, 48, 51, 57, 12, 44 are stricken for cause. 3:07 p.m. Court is in recess while the parties make their strikes.

3:31 p.m. Court reconvenes. Jury is not present. Discussion is held regarding jury books. The parties have no Batson challenges. 3:34 p.m. Prospective jurors enter the courtroom. Jury panel of 14 jurors is administered the oath and preliminary instructed. 4:07 p.m. Jury exits the courtroom 4:10 p.m. Court is in recess and will reconvene on 3/16/2016 at 9:00 a.m.

                                                                  Time in court: 5 hrs. 29 min.