**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

CR-14-0858-01-PHX-SPL          DATE: 3/24/2016
Case Number

HON: STEVEN P. LOGAN

USA v.   Steven Audette

DEFENDANT: X  Present___Not Present__Released  X  Custody__Writ (Defendant Pro Se)

Deputy Clerk:  Christine Boucher              Court Reporter: Candy Potter

U.S.Atty: Andrew Stone and Kevin Rapp         Defense Atty: Brian Borrelli (stand by)
                                                   ___FPD  X  apptd ___retd
========================================================================
**PROCEEDINGS:  / X / JURY TRIAL /_/ COURT TRIAL  /___/ VOIR DIRE  /___/ JURY SWORN**
Trial Day # 5

9:10 a.m. Court reconvenes. Jury is not present. Discussion is held. 9:18 a.m. Jury enters the courtroom. **Defendant's case continues:** Valerie Pappas is sworn and examined. 9:40 a.m. Cross-examination. 9:45 a.m. Redirect. 9:47 a.m. Witness is excused. 10:03 a.m. Cross-examination. 10:05 a.m. Redirect. 10:06 a.m. Witness is excused. Defendant rests. No rebuttal case. Jury exits the courtroom. Defendant renews his motion for judgment of acquittal. The motion is denied. 10:17 a.m. Court is in recess.

10:36 a.m. Court reconvenes. Jury is not present. Discussion is held regarding instructions. 10:45 a.m. Court is in recess.

11:04 a.m. Court reconvenes. Jury is present. Government's closing arguments. 11:39 a.m. Jury exits the courtroom. 11:41 a.m. Court is in recess.

1:02 p.m. Court reconvenes. Jury is present. Defendant's closing arguments. 1:50 p.m. Government's rebuttal. 1:58 p.m. Final instructions are given to the jury. Jurors 3 and 9 are randomly selected as alternates. Jurors exit the courtroom and begin deliberations.  2:23 p.m. Court is in recess while the jury deliberates.

3:47 p.m. Court reconvenes. Jury is present. Defendant is found guilty as to Counts 1-91 of the Indictment. 3:53 p.m. Jury exits the courtroom and the admonition is lifted . Sentencing is set for June 13, 2016 at 1:30 p.m. The Court orders a presentence report be prepared. 3:54 p.m. Court is adjourned.

Time in court: 3 hrs. 21 min.