Eric Lighter
c/o 1617 Kapiolani Blvd. #1502
Honolulu, Hawaii 97814
Pro Se



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES | ) | CR.NO.-14-00858-SPL(1) |
| | ) | |
| v. | ) | ERIC LIGHTER'S JOINDER WITH |
| | ) | DEFENDANT AUDETTE'S MOTION FOR |
| STEVEN AUDETTE | ) | MISTRIAL AND RECUSAL (filed 4-5-2016); |
| | ) | CERTIFICATE OF SERVICE |

**ERIC LIGHTER'S JOINDER WITH DEFENDANT AUDETTE'S
MOTION FOR MISTRIAL AND RECUSAL (filed 4-5-2016)**

COMES NOW, ERIC LIGHTER, Amicus Petitioner and named Defense Witness, Pro Se ("EL"), and hereby submits this Joinder to herein Defendant Dr. Steven Audette's ("SA") Motion For Mistrial And Recusal, filed 4-5-2016 herein ("Motion"). EL has standing to make such Joinder due to (1) EL's long time request for the Court and Prosecution herein to take EL's Judeo-Christian Felony Confessions ("JCFC") to the U.S. Grand Juries ("GJ") for this venue, together with SA's felony confessions, (2) EL was/is a subpoenaed defense witness herein, (3) EL is currently a legitimate movant herein for EL's pending Request For Copy of Disposition of Eric Lighter's Petition For Amicus Curiae Status, Re: Request For Judicial Notice, And Re; Grand Jury Property (filed 10-26-2015); Exhibit "A"; Certificate of Service, filed 3-7-2016 herein ("EL Petition"). Regarding item no. (1) above, said EL Petition was apparently ruled upon but said JCFC of EL (and ostensibly SA) were--despite being the exclusive property of said GJ-- stolen and/or concealed from the GJ for this venue, and such 10-26-2015 Petition, any opposition, and any disposition was removed from the public docket sheet herein (apparently about herein docket item nos. 14-16). Along with the arguments, citations and Exhibits made in the instant Joinder, EL hereby incorporates in this Joinder the exhibits, citations (including legal and specified docket items in various named cases) and arguments in the pleadings already filed herein as is physically reprinted in full in this Joinder and relied upon herein by EL, and together with all of EL's pleadings (another term for same can be letter/briefs) in <u>U.S. v. Barry L. Bonds</u> [baseball great],

Case No. 11-0669, U.S. Court of Appeals for the Ninth Circuit, en banc. Such acts and omissions (said theft and/or concealment from GJ) are not only unconstitutional but in violation of numerous laws. For example, it is relevant to discuss the enforcement of (the discussed on EL's record herein) 18 USC § 3332(a), which states,

> (a) It shall be the duty of each such grand jury impaneled within any judicial district to inquire into offenses against the criminal laws of the United States alleged to have been committed within that district. Such alleged offenses may be brought to the attention of the grand jury by the court or by any attorney appearing on behalf of the United States for the presentation of evidence. Any such attorney receiving information concerning such an alleged offense from any other person **shall**, if requested by such other person, inform the grand jury of such alleged offense, the identity of such other person, and such attorney's action or recommendation. [*emphasis added*]

Enforcement of this statute, although variously oppressed by the Courts and Respondant, is enforceable and such persecution/oppression rebutted by, *inter alia*, U.S. v. Samango, 607 F.2d 877 (CA9, 1979) (indictment dismissed for Grand Jury bias), and Morales v. U.S., 580 Fed. Appx. 822 (CA11, 2014) (seeking prosecution of one's own self by Grand Jury not barred, especially in light of current prosecution and/or risk of further prosecution thereof). EL is at risk of further prosecution and abuses, misdeeds, and bias pursuant to this instant Joinder, and together with EL's other briefs herein. Indeed, theft of felony confession(s) is like theft of intellectual property owned by U.S. Grand Juries such as return(s) on Grand Jury subpoenas. SA was found to be wholly competent by the staff at the Federal Medical Center at Butner, North Carolina. It is competent to submit to GJ ones written JCFC (thus same are objects that can be subject to theft) as modeled by Jesus Christ who made His "good confession" to Pontius Pilate, I Timothy 6:13, for the misapplied charges He was innocent of (mainly sedition) as posted in three languages and nailed above Him on the cross. That is, Jesus rightly confessed truth even while innocent of the charges made against Him. Over two billion Christians do similarly (since we are forgiven upon proper request/acceptance) in one form or another, which commonly goes by the name of sacrament; see page 4 of Exhibit "C" of EL's 3-21-2016 Motion to Quash, etc. herein. Repentance is the largest subset of confession, and the Bible insists on both. Thus, said theft and/or concealment of felony confessions from GJ is certainly at least unconstitutional and illegal religious and racial (antisemitism) bias; and such "GJ tampering" is better detailed and explained on EL's record herein appointed and relied upon. In addition, SA's standby counsel Mr. Borrelli's

failure and refusal to call EL to arrange for transportation to trial as a witness herein is grounds for being replaced and a mistrial declared. Regarding JCFC being competent for JC and the subject bias being material, this Court is asked to additionally please review the following relevant excerpts form the 177 page docket item no. <u>Bonds</u>, first at page 149 therein (1 page excerpt) and then pages 133-138 therein.

(149 of 177)

Case: 11-10669, 11/06/2013, ID: 8854403, DktEntry: 43-19, Page 11 of 12

> Romans 14:23, as lack of faith/trust/obedience in/to God is the main sin in the Bible, Genesis 3:16-19, I Samuel 15:22-23. At the minimum, my JCFC are competent. Attached is a 3-16-2015 letter from a man who claims he was a successful chiropractor with degrees in theology and psychology, and has issues similar to the Bonds appeal; I make no comment or reliance thereon except that I am very skeptical. Yet I am hesitant to call him delusional since he insistently volunteers for hypnosis, sodium pentathol and polygraph; and even a false confession is a valid reason for GJ review, and even if somewhat delusional there may be crime besides crimes against GJ.

### What Did Jesus Teach About the Bible?   375

#### CONCLUSION AND SUMMARY

Jesus taught that the Jewish Old Testament is the inerrant Word of God, and he promised that the rest of God's Word would come through his apostles. The apostles, who were authenticated by miracles, wrote or confirmed 27 books. All major books were immediately recognized as part of God's Word by those connected with the apostles themselves. And all of the 27 books were later recognized as authentic by the early church councils. In other words, the Bible we have today is the true, inerrant Word of God.

Since the Bible is our established standard for truth, anything that contradicts a teaching in the Bible is false. This *does not* mean there is no truth in other religions. It simply means that any specific teaching that contradicts a teaching of the Bible is false.

Now, let's review the conclusions we've drawn since chapter 1:

1. Truth about reality is knowable.
2. The opposite of true is false.
3. It is true that the theistic God exists. This is evidenced by the:
   a. Beginning of the universe (Cosmological Argument)
   b. Design of the universe (Teleological Argument/ Anthropic Principle)
   c. Design of life (Teleological Argument)
   d. Moral Law (Moral Argument)
4. If God exists, then miracles are possible.
5. Miracles can be used to confirm a message from God (i.e., as acts of God to confirm a word from God).
6. The New Testament is historically reliable. This is evidenced by:
   a. Early testimony
   b. Eyewitness testimony
   c. Uninvented (authentic) testimony
   d. Eyewitnesses who were not deceived
7. The New Testament says Jesus claimed to be God.
8. Jesus' claim to be God was miraculously confirmed by:
   a. His fulfillment of many prophecies about himself;
   b. His sinless life and miraculous deeds;
   c. His prediction and accomplishment of his resurrection.
9. Therefore, Jesus is God.
10. Whatever Jesus (who is God) teaches is true.

376   I DON'T HAVE ENOUGH FAITH TO BE AN ATHEIST ✓

11. Jesus taught that the Bible is the Word of God.
12. Therefore, it is true that the Bible is the Word of God (and anything opposed to it is false).

Let's go back to chapter 8 to unpack the implications of this. The evidence we had gathered up to chapter 8 (points 1–3 above) helped us conclude that all nontheistic worldviews and religions are false. This left us to consider the three major theistic world religions: Judaism, Christianity, and Islam. Which one of them is true? The evidence presented in chapters 9 through 14 (points 4-12 above) now yield their verdict:

- The revelation of Judaism is true, but it is incomplete. It lacks the New Testament.
- The revelation of Islam has some truth, but it errs on some fundamental teachings, including its denial of the deity and resurrection of Christ (Suras 5:75; 4:157-159).
- Only the revelation of Christianity is the complete, inerrant Word of God.

Could we be wrong about all this? It's possible. *But in light of the evidence, critics, skeptics, and those of other faiths need to have a lot more faith than we do.*

> This logic chart is similar in format to my overall JCFC analysis; see Job Chapters 38-42, I Samuel 15:22-23, I Timothy 2:1-2, Colossians 1:12-14, I Thessalonians 5:18, 16-17, Hebrews 10:19-39. The difference is that in mine I stress tolerance equals respect for other beliefs, etc.

The above graphic is from <u>I Don't Have Enough Faith To Be An Atheist</u>, by Frank Turek and Norman Geisler, Crossway (2004). The following is from <u>The Case For Christ</u>, by Lee Strobel, Zondervan (1998). These graphics elucidate well the sanity of Jesus's said "good confession", as well as the sanity and wisdom of using Jesus as one's role model.

## 8

# THE PSYCHOLOGICAL EVIDENCE

*Was Jesus Crazy When He Claimed to Be the Son of God?*

When a psychologist or psychiatrist testifies, he shall wear a cone-shaped hat that is not less than two feet tall. The surface of the hat shall be imprinted with stars and lightning bolts. Additionally, he shall be required to don a white beard that is not less than eighteen inches in length and shall punctuate crucial elements of his testimony by stabbing the air with a wand. Whenever a psychologist or psychiatrist provides testimony, the bailiff shall contemporaneously dim the courtroom lights and administer two strikes to a Chinese gong.

By suggesting this amendment to the state statutes in 1997, New Mexico state senator Duncan Scott left no doubt about his attitude toward experts who testify that defendants are insane and therefore not legally responsible for their crimes. Apparently, Scott's cynicism was shared by a majority of his colleagues—they voted to approve his tongue-in-cheek proposal! The joke got as far as the House of Representatives, which eventually blocked it from becoming law.[1]

Admittedly, there's an undercurrent of skepticism in courthouses over psychiatrists and psychologists who testify concerning the mental state of defendants, their ability to cooperate with their attorney in preparing their defense, and whether they were legally insane at the time they committed their crime. Even so, most lawyers recognize that mental health professionals offer important insights for the criminal justice system.

I recall a case in which a mild-mannered housewife stood accused of murdering her husband. At first glance she appeared no

144

different from anybody's mother—well dressed, pleasant, kindly, looking as if she had just emerged from baking a fresh batch of chocolate chip cookies for the neighborhood children. I scoffed when a psychologist testified she was mentally unable to stand trial.

Then her lawyer put her on the witness stand. Initially her testimony was clear, rational, and lucid. However, slowly it became more and more bizarre as she described, calmly and with great seriousness, how she had been assaulted by a succession of famous individuals, including Dwight Eisenhower and the ghost of Napoleon. By the time she finished, nobody in the courtroom doubted that she was totally out of touch with reality. The judge committed her to a mental institution until she was well enough to face the charges against her.

Looks can be deceiving. It's the psychologist's job to peer beneath the defendant's veneer and draw conclusions concerning his or her mental condition. It's an inexact science, which means mistakes and even abuses can occur, but overall psychological testimony provides important safeguards for defendants.

How does all this relate to Jesus? In the preceding chapter Dr. Ben Witherington III offered convincing evidence that even the earliest material about Jesus showed he was claiming to be God incarnate. That naturally raises the issue of whether Jesus was crazy when he made those assertions.

In search of an expert's assessment of Jesus' mental state, I drove to a suburban Chicago office building to elicit testimony from one of the country's leading authorities on psychological issues.

### THE SEVENTH INTERVIEW: GARY R. COLLINS, PH.D.

With a master's degree in psychology from the University of Toronto and a doctorate in clinical psychology from Purdue University, Collins has been studying, teaching, and writing about human behavior for thirty-five years. He was a professor of psychology at Trinity Evangelical Divinity School for two decades, most of that time as chairman of its psychology division.

A live wire with boundless energy and enthusiasm, Collins is a prolific author. He has written nearly 150 articles for journals and other periodicals and currently is editor of *Christian Counseling Today* and contributing editor of the *Journal of Psychology and Theology*.

He also has produced an astounding forty-five books on psychology-related topics, including *The Magnificent Mind; Family*

Shock; Can You Trust Psychology?; and the classic textbook *Christian Counseling: A Comprehensive Guide*. In addition, he was general editor of the thirty-volume *Resources for Christian Counseling*, a series of books for mental health professionals.

I found Collins in his bright and airy office at the American Association of Christian Counselors, a fifteen-thousand-member society of which he is the president. With salt-and-pepper hair and silver-rimmed glasses, he was looking dapper in a maroon turtleneck sweater, herringbone sports jacket, and gray slacks (but sorry, no pointy hat or flowing white beard).

I started our interview by gesturing out the window, where snow was gently falling on evergreen trees. "A few miles in that direction is a state mental institution," I said. "If we were to go over there, I'm sure we'd find some people who claim that they're God. We'd say they were insane. Jesus said he was God—was he crazy, too?"

"If you want the short answer," Collins said with a chuckle, "it's no."

But, I insisted, this is a legitimate topic that's worthy of further analysis. Experts say that people suffering from delusional psychosis may appear rational much of the time yet can have grandiose beliefs that they are superlative individuals. Some can even attract followers who believe they're geniuses. Maybe that's what happened with Jesus, I suggested.

"Well, it's true that people with psychological difficulties will often claim to be somebody they're not," Collins replied as he clasped his hands behind his head. "They'll sometimes claim to be Jesus himself or the president of the United States or someone else famous—like Lee Strobel," he quipped.

"However," he continued, "psychologists don't just look at what a person says. They'll go much deeper than that. They'll look at a person's emotions, because disturbed individuals frequently show inappropriate depression, or they might be vehemently angry, or perhaps they're plagued with anxiety. But look at Jesus: he never demonstrated inappropriate emotions. For instance, he cried at the death of his friend Lazarus—that's natural for an emotionally healthy individual."

"He certainly got angry at times," I asserted.

"Yes, he did, but it was a healthy kind of anger at people taking advantage of the downtrodden by lining their pockets at the temple. He wasn't just irrationally ticked off because someone was annoying him; this was a righteous reaction against injustice and the blatant mistreatment of people.

"Other deluded people will have misperceptions," he added. "They think people are watching them or are trying to get them when they're not. They're out of contact with reality. They misperceive the actions of other people and accuse them of doing things they have no intention of ever doing. Again, we don't see this in Jesus. He was obviously in contact with reality. He wasn't paranoid, although he rightfully understood that there were some very real dangers around him.

"Or people with psychological difficulties may have thinking disorders—they can't carry on a logical conversation, they'll jump to faulty conclusions, they're irrational. We don't see this in Jesus. He spoke clearly, powerfully, and eloquently. He was brilliant and had absolutely amazing insights into human nature.

"Another sign of mental disturbances is unsuitable behavior, such as dressing oddly or being unable to relate socially to others. Jesus' behavior was quite in line with what would be expected, and he had deep and abiding relationships with a wide variety of people from different walks of life."

He paused, although I sensed he wasn't finished yet. I prompted him to continue by asking, "What else do you observe about him?"

Collins gazed out the window at the beautiful and peaceful snow-blanketed landscape. When he resumed, it was as if he were reminiscing about an old friend.

"He was loving but didn't let his compassion immobilize him; he didn't have a bloated ego, even though he was often surrounded by adoring crowds; he maintained balance despite an often demanding lifestyle; he always knew what he was doing and where he was going; he cared deeply about people, including women and children, who weren't seen as being important back then; he was able to accept people while not merely winking at their sin; he responded to individuals based on where they were at and what they uniquely needed."

"So, Doctor—your diagnosis?" I asked.

"All in all, I just don't see signs that Jesus was suffering from any known mental illness," he concluded, adding with a smile, "He was much healthier than anyone else I know—including me!"

## "RAVING MAD"

Granted, as we look back through history, we don't see obvious signs of delusion in Jesus. But what about people who were directly interacting with him? What did they see from their much closer vantage point?

"Some people who were on the scene in the first century would vehemently disagree with you," I pointed out to Collins. "They did conclude that Jesus was crazy. John 10:20 tells us that many Jews thought he was 'demon-possessed and raving mad.' Those are strong words!"

"Yes, but that's hardly a diagnosis by a trained mental health professional," Collins countered. "Look at what prompted those words—Jesus' moving and profound teaching about being the Good Shepherd. They were reacting because his assertions about himself were so far beyond their understanding of the norm, not because Jesus was truly mentally unbalanced.

"And notice that their comments were immediately challenged by others, who said in verse 21, 'These are not the sayings of a man possessed by a demon. Can a demon open the eyes of the blind?'"

"Why is that significant?" I asked.

"Because Jesus wasn't just making outrageous claims about himself. He was backing them up with miraculous acts of compassion, like healing the blind.

"You see, if I claimed to be the president of the United States, that would be crazy. You'd look at me and see none of the trappings of the office of president. I wouldn't look like the president. People wouldn't accept my authority as president. No Secret Service agents would be guarding me. But if the real president claimed to be president, that wouldn't be crazy, because he *is* president and there would be plenty of confirming evidence of that.

"In an analogous way, Jesus didn't just claim to be God—he backed it up with amazing feats of healing, with astounding demonstrations of power over nature, with transcendent and unprecedented teaching, with divine insights into people, and ultimately with his own resurrection from the dead, which absolutely nobody else has been able to duplicate. So when Jesus claimed to be God, it wasn't crazy. It was the truth."

However, Collins' appeal to Jesus' miracles opened the door to other objections. "Some people have tried to shoot down these miracles that supposedly help authenticate Jesus' claim to being the Son of God," I said, pulling out a book from my briefcase. I read him the words of skeptic Charles Templeton.

> Many illnesses, then as now, were psychosomatic, and could be "cured" when the sufferer's perception changed. Just as today a placebo prescribed by a physician in whom the patient

> has faith can effect an apparent cure, so, in an early time, faith in the healer could banish adverse symptoms. With each success the healer's reputation would grow and his powers would, as a consequence, become more efficacious.

"Does this," I demanded, "explain away the miracles that supposedly back up Jesus' claim to being the Son of God?"

Collins' reaction surprised me. "I wouldn't have a whole lot of disagreement with what Templeton wrote," Collins replied.

"You wouldn't?"

"Not really. Might Jesus have sometimes healed by suggestion? I have no problem with that. Sometimes people can have a psychologically induced illness, and if they get a new purpose for living, a new direction, they don't need the illness anymore.

"The placebo effect? If you think you're going to get better, you often do get better. That's a well-established medical fact. And when people came to Jesus, they believed he could heal them, so he did. But the fact remains: regardless of how he did it, Jesus did heal them.

"Of course," he quickly added, "that doesn't explain all of Jesus' healings. Often a psychosomatic healing takes time; Jesus' healings were spontaneous. Many times people who are healed psychologically have their symptoms return a few days later, but we don't see any evidence of this. And Jesus healed conditions like lifelong blindness and leprosy, for which a psychosomatic explanation isn't very likely.

"On top of that, he brought people back from the dead—and death is not a psychologically induced state! Plus you have all of his nature miracles—the calming of the sea, turning water into wine. They defy naturalistic answers."

Well ... maybe. However, Collins' mention of the miracle of turning water into wine brought up another possible explanation of Jesus' amazing feats.

## JESUS THE HYPNOTIST

Have you ever seen a stage hypnotist give water to someone they've put in a trance and then suggest to them that they were drinking wine? They smack their lips, they get giddy, they start feeling intoxicated, just as if they were swigging a cheap Bordeaux.

British author Ian Wilson has raised the question of whether this is how Jesus convinced the wedding guests at Cana that he had transformed jugs of water into the finest fermented libation.

In fact, Wilson discusses the possibility that Jesus may have been a master hypnotist, which could explain the supposedly supernatural aspects of his life. For instance, hypnosis could account for his exorcisms; his transfiguration, during which three of his followers saw his face glow and his garments shine as white as light; and even his healings. As evidence, Wilson cites the modern example of a sixteen-year-old boy whose serious skin disorder was inexplicably healed through hypnotic suggestion.

Perhaps Lazarus wasn't really brought back from the dead. Couldn't he have been in a deathlike trance that had been induced by hypnosis? As for the Resurrection, Jesus "could have effectively conditioned [the disciples] to hallucinate his appearances in response to certain pre-arranged cues (the breaking of bread?) for a predetermined period after his death," Wilson speculated.[3]

This would even explain the enigmatic reference in the gospels to Jesus' inability to perform many miracles in his hometown of Nazareth. Said Wilson,

> Jesus failed precisely where *as a hypnotist* we would most expect him to fail, among those who knew him best, those who had seen him grow up as an ordinary child. Largely responsible for any hypnotist's success rate are the awe and mystery with which he surrounds himself, and these essential factors would have been entirely lacking in Jesus' home town.[4]

"You have to admit," I said to Collins, "that this is a rather interesting way of trying to explain away Jesus' miracles."

There was a look of incredulity on his face. "This guy has a whole lot more faith in hypnosis than I do!" he exclaimed. "While it's a clever argument, it just doesn't stand up to analysis. It's full of holes."

One by one, Collins began to enumerate them. "First, there's the problem of a whole bunch of people being hypnotized. Not everybody is equally susceptible.

"Stage hypnotists will talk in a certain soothing tone of voice to the audience and watch for people who seem to be responding, and then they'll pick these people as their volunteers, because they're readily susceptible to hypnosis. In a big group many people are resistant. When Jesus multiplied the bread and fish, there were five thousand witnesses. How could he have hypnotized them all?

"Second, hypnosis doesn't generally work on people who are skeptics and doubters. So how did Jesus hypnotize his brother James,

who doubted him but later saw the resurrected Christ? How did he hypnotize Saul of Tarsus, the opponent of Christianity who never even met Jesus until he saw him after his resurrection? How did he hypnotize Thomas, who was so skeptical he wouldn't believe in the Resurrection until he put his fingers in the nail holes in Jesus' hands?

"Third, concerning the Resurrection, hypnosis wouldn't explain the empty tomb."

I jumped in. "I suppose someone could claim that the disciples had been hypnotized to imagine the tomb was empty," I offered.

"Even if that were possible," Collins replied, "Jesus certainly couldn't have hypnotized the Pharisees and Roman authorities, and they would have gladly produced his body if it had remained in the tomb. The fact that they didn't tells us the tomb was really empty.

"Fourth, look at the miracle of turning water into wine. Jesus never addressed the wedding guests. He didn't even suggest to the servants that the water had been turned into wine—he merely told them to take some water to the master of the banquet. He's the one who tasted it and said it was wine, with no prior prompting.

"Fifth, the skin healing that Wilson talks about wasn't spontaneous, was it?"

Actually, I said, the *British Medical Journal* says it took five days after the hypnosis for the reptilian skin, called ichthyosis, to fall off the teenager's left arm, and several more days for the skin to appear normal. The hypnotic success rate for dealing with other parts of his body over a period of several weeks was 50 to 95 percent.[5]

"Compare that," Collins said, "with Jesus healing ten lepers in Luke 17. They were instantaneously healed—and 100 percent. That's not explainable merely by hypnosis. And neither is his healing of a man with a shriveled hand in Mark 3. Even if people were in a trance and merely thought his hand had been healed, eventually they would have found out the truth. Hypnosis doesn't last a real long time.

"And finally, the gospels record all sorts of details about what Jesus said and did, but never once do they portray him as saying or doing anything that would suggest he was hypnotizing people. I could go on and on."

I laughed. "I told you it was an interesting explanation; I didn't say it was convincing!" I said. "Yet books are being written to advance these kinds of ideas."

"It's just amazing to me," Collins replied, "how people will grasp at anything to try to disprove Jesus' miracles."

### JESUS THE EXORCIST

Before we finished our interview, I wanted to tap into Collins' psychological expertise in one more area that skeptics find troubling.

"Jesus was an exorcist," I observed. "He talked to demons and cast them out of the people they supposedly possessed. But is it really rational to believe that evil spirits are responsible for some illnesses and bizarre behavior?"

Collins wasn't disturbed by the question. "From my theological beliefs, I accept that demons exist," he replied. "We live in a society in which many people believe in angels. They know there are spiritual forces out there, and it's not too hard to conclude that some might be malevolent. Where you see God working, sometimes those forces are more active, and that's what was probably going on in the time of Jesus."

I noticed Collins had referred to his theological beliefs and not his clinical experience. "Have you, as a psychologist, ever seen clear evidence of the demonic?" I asked.

"I haven't personally, but then I haven't spent my whole career in clinical settings," he said. "My friends in clinical work have said that sometimes they have seen this, and these are not people who are inclined to see a demon behind every problem. They tend to be skeptical. The psychiatrist M. Scott Peck wrote a bit about this kind of thing in his book *People of the Lie*."[6]

I pointed out that Ian Wilson, in suggesting that Jesus may have used hypnosis to cure people who only believed they were possessed, said dismissively that no "realistic individual" would explain a state of possession "as the work of real demons."[7]

"To some degree, you find what you set out to find," Collins said in response. "People who deny the existence of the supernatural will find some way, no matter how far-fetched, to explain a situation apart from the demonic. They'll keep giving medication, keep drugging the person, but he or she doesn't get better. There are cases that don't respond to normal medical or psychiatric treatment."

"Could Jesus' exorcisms really have been psychosomatic healings?" I asked.

"Yes, in some cases, but again you have to look at the whole context. What about the man who was possessed and Jesus sent the demons into the pigs and the pigs ran off the cliff? What's going on if that was a psychosomatic situation? I think Jesus really did drive out demons, and I think some people do that today.

"At the same time, we shouldn't be too quick to jump to a demonic conclusion when faced with a recalcitrant problem. As C. S. Lewis put it, there are two equal and opposite errors we can fall into concerning demons: 'One is to disbelieve in their existence. The other is to believe, and to feel an excessive and unhealthy interest in them. They themselves are equally pleased with both errors.'"[8]

"You know, Gary, that idea might fly with the American Association of Christian Counselors, but would secular psychologists consider it rational to believe in the demonic?" I asked.

I thought Collins might take offense at the question, which came out sounding more condescending than I had intended, but he didn't.

"It's interesting how things are changing," he mused. "Our society today is caught up in 'spirituality.' That's a term that can mean almost anything, but it does recognize the supernatural. It's very interesting what psychologists are believing in these days. Some are into Eastern mystical stuff; some talk about the power of shamans to influence people's lives.

"Whereas twenty-five years ago the suggestion of demonic activity would have been immediately dismissed, many psychologists are beginning to recognize that maybe there are more things in heaven and earth than our philosophies can account for."

### "PREPOSTEROUS IMAGINATION!"

Collins and I had drifted a bit from the original point of our interview. As I thought about our talk while I was driving home, I returned to the central issue that had brought me to him: Jesus claimed to be God. Nobody is suggesting he was intentionally deceptive. And now Collins has concluded, based on thirty-five years of psychological experience, that he was not mentally impaired.

However, that left me with a new question: Did Jesus fulfill the attributes of God? After all, it's one thing to claim divinity; it's quite another to embody the characteristics that make God, God.

At a stoplight, I pulled a notebook out of my briefcase and scrawled a note to myself: *Track down D. A. Carson.* I knew that I'd want to talk to one of the country's leading theologians about this next matter.

In the meantime my talk with Gary Collins prompted me to spend time that night carefully rereading the discourses of Jesus. I could detect no sign of dementia, delusions, or paranoia. On the contrary, I was moved once more by his profound wisdom, his uncanny insights,

> ### 154 THE CASE FOR CHRIST
>
> his poetic eloquence, and his deep compassion. Historian Philip Schaff said it better than I can.
>
> > Is such an intellect—clear as the sky, bracing as the mountain air, sharp and penetrating as a sword, thoroughly healthy and vigorous, always ready and always self-possessed—liable to a radical and most serious delusion concerning his own character and mission? *Preposterous imagination!*
>
> #### Deliberations
> *Questions for Reflection or Group Study*
>
> 1. What are some of the differences between a patient in a mental hospital claiming to be God and Jesus making the same assertion about himself?
> 2. Read Jesus' teaching called the Beatitudes in Matthew 5:1–12. What observations can you make about his intellect, eloquence, compassion, insight into human nature, ability to teach profound truths, and overall psychological health?
> 3. Having read Collins' response to the theory that hypnosis can account for Jesus' miracles, do you believe this is a viable hypothesis? Why or why not?
>
> #### For Further Evidence
> *More Resources on This Topic*
>
> Collins, Gary R. *Can You Trust Psychology?* Downers Grove, Ill.: InterVarsity Press, 1988.
> ———. *Christian Counseling: A Comprehensive Guide.* Waco, Tex.: Word, 1988.
> ———. *The Soul Search.* Nashville: Nelson, 1998.
> Lewis, C. S. *The Screwtape Letters.* London: Collins-Fontana, 1942.

> ### NOTES 285
>
> 6. Ibid., 244.
> 7. Royce Gordon Gruenler, *New Approaches to Jesus and the Gospels* (Grand Rapids: Baker, 1982), 74.
> 8. James D. G. Dunn, *Jesus and the Spirit* (London: SCM Press, 1975), 60, cited in Craig, *Reasonable Faith*, 252, emphasis added.
>
> #### CHAPTER 8: THE PSYCHOLOGICAL EVIDENCE
>
> 1. Leland H. Gregory III, "Top Ten Government Bloopers," *George* (November 1997), 78.
> 2. Charles Templeton, *Farewell to God* (Toronto: McClelland & Stewart, 1996), 112.
> 3. Wilson, *Jesus: The Evidence*, 141.
> 4. Ibid., 109, emphasis in original.
> 5. "A Case of Congenital Ichthyosiform Erythrodermia of Brocq Treated by Hypnosis," *British Medical Journal* 2 (1952), 996, cited in Wilson, *Jesus: The Evidence*, 103.
> 6. M. Scott Peck, *People of the Lie* (New York: Touchstone, 1997).
> 7. Wilson, *Jesus: The Evidence*, 107.
> 8. C. S. Lewis, *The Screwtape Letters* (London: Collins-Fontana, 1942), 9.
> 9. Philip Schaff, *The Person of Christ* (New York: American Tract Society, 1918), 97, cited in McDowell, *Evidence That Demands a Verdict*, 107, emphasis added.
>
> #### CHAPTER 9: THE PROFILE EVIDENCE
>
> 1. Marla Donato, "That Guilty Look," *Chicago Tribune* (April 1, 1994).
> 2. Denny Johnson, "Police Add Electronic 'Sketch Artist' to Their Bag of Tricks," *Chicago Tribune* (June 22, 1997).
> 3. Templeton, *Farewell to God*, 230.
> 4. Morton Smith, "Biblical Arguments for Slavery," *Free Inquiry* (Spring 1987), 30.
> 5. Thomas Sowell, *Race and Culture* (New York: Basic, 1995).
> 6. Josh McDowell and Bart Larson, *Jesus: A Biblical Defense of His Deity* (San Bernardino, Calif.: Here's Life, 1983), 62–64.
>
> #### CHAPTER 10: THE FINGERPRINT EVIDENCE
>
> 1. Evans, *The Casebook of Forensic Detection*, 98–100.
> 2. Lee Strobel, "'Textbook' Thumbprint Aids Conviction in Coed's Killing," *Chicago Tribune* (June 29, 1976).
> 3. For basic details on fulfilled prophecies, see McDowell, *Evidence That Demands a Verdict*, 141–77.

Halting the felony theft and concealment of JCFC and other direct or imputed felony confessions from GJ is not "crazy", nor is granting the subject Motion, at least in an abundance of caution in vew of actual or possible/probable violations of, *inter alia*, First and Fifth Amend.s U.S. Constitution, Local Rule Civ. 83.5, Local Rule Crim. 57.16, 18 USC §§ 2, 3 ,4 641, 1001, 1502-03, 1512, 1621-23, 2071, 3332(a), 3501, and 42 USC § 2000bb. Such bias against JCFC, Christians and Jews yields misapplied laws/rules having the effect of "establishing" religious orthodoxy and prohibits free exercise of religion; i.e. banning non-allocution confessions; thus damaging EL and others.

_____    4-11-2016
ERIC LIGHTER                date

## CERTIFICATE OF SERVICE

I certify that a copy hereof was sent this day by fist class mail to the following:

Steven Audette
#47584-074
Central Arizona Detention Center, Infirmary
1155 North Pinal Parkway
P.O. Box 6300
Florence, AZ 85132

Andrew C. Stone, AUSA
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004

_____  4-11-2016
ERIC LIGHTER                date

Eric Lighter
c/o 1617 Kapiolani Blvd. #1502
Honolulu, Hawaii 97814

April 11, 2016

Clerk of the Court
U.S. District Court for the District of Arizona
401 West Washington Street, Suite 130
Phoenix, AZ 85003-2118

Re: <u>U.S. v. Steven Audette</u>, CR.No.-14-00858-SPL(1)

Greetings,

    Please file the enclosed Joinder and send me a filestamped copy in the also enclosed self-addressed, stamped envelope. Please inform me if you need anything further.

Yours truly,

Eric Lighter
encl.