THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: LRCrP 5.4
(Rule Number/Section)

United States of America )  U.S. Fed. Court

    plaintiff )  Ninth District  Nos: CR-14-0858-01-PHX-SPC

    v )  Phoenix, Az   Motion: Has Motion of Concealment

Steve Audette )  of felony confession and other

    defendant )  charges, be heard by the govern-

                            ing body over the current Fed

                            Court for deliberation

LODGED
COPIED
FILED
RECEIVED
APR 18 2016
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

    Comes now the defendant, Steve Audette, pro se, grandson of Lucky Luciano, and in keeping with my constitutional right to self defense, and my right to be heard in the court of law, and given that I have been found competent by Dr. Strickland-Riley, and the honorable judge Steve Logan do respectfully submit the following;

### Motion

    For my motion, that was submitted to the court, detailing the felony theft and concealment of my felony confession from the grand jury, along with other potential charges against judge Logan and attorney Brian Bovelli, as well as the prosecution and F.B.C. Butner's legal department as a representative of the department of justice, requests that said motion be heard by the governing individual or body for deliberation on aforementioned motion.

    I respectfully submit this document on this 15th day of April, 2016, and request that this motion be heard by the court as soon as possible.

    Signed, Steve Audette, pro se, 4-16-2016

Steve Audette, pro se
#47584074
F.M.C Butner 20
P.O. box 1600
Butner, N.C. 27509

EXHIBIT 20

| | | |
|---|---|---|
| United States of America ) | U.S. District Court | |
| plaintiff ) | 9th District | |
| V. ) | Phoenix, Az. | |
| Steve Audette ) | Case # CR-14-00858-PHX-SPL-1 | |
| defendant ) | | |

Re: Confession of Nine Murders

Comes now the defendant, Steve Audette, pro se, and does freely and voluntarily confess under penalty of perjury, that I was involved in a clandestine operation and case involving the Italian mafia, individuals with ties to the Charles "Lucky" Luciano crime family, as well as F.B.I and C.I.A agents and their respective agencies, and that in the course of this twenty one year operation, I was hypnotized and/or psychologically programed to participate and engage in the following crimes, late at night or in the early morning;

A) <u>Murder</u>. Nine individuals that I know of, and possibly more that could be discovered using hypnosis. These acts all took place between March, 1993 and May 2014 and include;
1. One man in garage space at 438 N. 57th Ave, West in Duluth, Mn., in February or March, 1993
2. One man in reception hall at 438 N. 57th Ave West in Duluth, Mn., in February or March, 1993
3. Unknown hitman on Cortez Street in Laredo, Texas, date unknown
4. Five or six hitmen (including a twenty two or so year old woman) in the forest of Georgetown Lake, Montana in 1998 or '99.
5. Dr. Steven Sommers (?) in cabin #5 at Eagles Nest Resort on Fish

—1—

Lake just north of Duluth, Mn. In winter of 1996-'97 when he
was attempting to rape my wife

B) Assault on federal agents
 1. Shot at agent Ken White, C.I.A while on Rio Grande River, date
 unknown
 2. Shot agent Matthew Clark (my twin brother) in the foot, date unknown
 3. Broke agent Ken White's left arm, date unknown.

C) Aided in the emancipation of two or three prisoners of Chinese ancestory
 from a prison I believe was in Nuevo Laredo, Mexico, date unknown
 (Mr. White's relatives).

D) Illegally cross international border, dates unknown.

E) Aided and abetted illegal aliens entering the United States, date
 unknown (Divemaster and family from Honduras).

F) Hid and stored bodies of hitmen in the woods of Georgetown Lake,
 Montana, date unknown.

G) Transported bodies of hitmen to funeral home for cremation.

H) Dismembered bodies of hitmen, and got rid of remains using buckets
 of acid, dates unknown

I) Trespassed, on a construction site, walking on I-beams four or five
 stories in the air, date unknown

J) Grand theft
 1. Stole a boat on the Rio Grande River, and turned it over to
 waiting federal agents up-river, date unknown
 2. Stole a police car in Mexico, date unknown
 3. Stole semi-tractor from H.E.B. grocery store in Laredo, Tx., date
 unknown.

K) Grand theft while awake. Ordered by agent white to take blue
 Pontiac Sunbird from Anaconda, Montana, date unknown

L) Wire fraud, as per Mr. White's orders.

-2-

20

M) Extortion, as per Mr. White's orders

N) Hid and stored body of hitman in trunk of car in Laredo, Tx. date unknown (at agents request)

It should be noted, that all of the crimes confessed to herein, occurred while defendant was in a hypnotic state with the exception of L, M, N and would be recalled at a later date. The defendant had no control over his actions nor their outcome. Hypnosis may bring to the surface other incidents.

I claim and attest, that this confession is true and accurate to the best of my knowledge and recollection, under penalty of perjury.

signed Steve Audette, this 4th day of March, 2015

* It should also be noted, that the defendant, Steve Audette, pro se is willing to take a polygraph, be subjected to hypnosis, sodium pentythal, and D.N.A. testing in order to ascertain the truth.

-3-