# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Steven Audette,<br><br>    Defendant. | No. CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant Steven Audette's "Motion/Petition: Demand a Mistrial Based on Suppression and Concealment of prima fascia (sic) testimonial evidence." (Doc. 247.) Despite numerous orders from this Court, Defendant again fails to state any legal basis for a "mistrial." The Court cannot determine whether Defendant seeks a renewal of his motion for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, whether he seeks a new trial under Rule 33, or whether he is attempting to appeal his guilty verdict. In this case, all of the listed options are untimely. The time has expired to file a Rule 29 or Rule 33 motion, and it is premature to file an appeal. Plaintiff clearly disagrees with the jury's verdict; however, his dislike of the verdict does not constitute a legal challenge.

**IT IS ORDERED** that Defendant's motion (Doc. 247) is **denied**.

Dated this 3rd day of June, 2016.

Honorable Steven P. Logan
United States District Judge