II A

Steven-Dale: of the family Audette  
sui juris, in propria persona, beyond  
Sea;  
Acceptor:  
Steve Audette #425940  
C.A.D.C.   P.O. box 6300  
infirmary   Florence, AZ 85132

Maritime/Admiralty case  
NO: CR-14-0898-01-PHX-SPL  

Steven-Dale: of the family  
Audette (in red ink)

FILED ✓   LODGED  
RECEIVED   COPY  
JUN 14 2016  
CLERK U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY _____ MD _____ DEPUTY

Affidavit in support of Steven-Dale: of the family Audette

I.   Affiant: states that Affiant was born in Duluth, Minnesota on the 29th day, of either September, one thousand nine hundred and fifty seven, or December, one thousand nine hundred and sixty;

II.  Affiant: states that Affiant is of majority age and competent to testify;

III. Affiant: states that Affiant is currently unlawfully detained and incarcerated at the Central Arizona Detention Center in Florence, Arizona, state;

IV.  Affiant: states that if Affiant was not unlawfully detained, Affiant would be inhabiting somewhere in Arizona, state;

Affiant states that;
1) Affiant states that Affiant and wife were under orders of agent Ken White;
2) Affiant states that Affiant and wife were ordered to get money from Louise Moore and others by agent Ken White;
3) Affiant states that Affiant and wife were under extreme duress

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.  
LCV 5.4 (Rule Number Needed)  
REFERENCE

-1-

intimidation and threats from Agent White;

4) Affiant states that burden of proof was not met, and the prosecution only proved evidence that was circumstantial;

5) Affiant states that Agent White is in prison somewhere in the prison system;

6) Affiant states that Matthew Clark is Affiant's identical twin brother;

7) Affiant states that Matthew Clark is an F.B.I. agent;

8) Affiant states that Paul Ross from Corpus Christi is Affiant's brother;

9) Affiant states that Kent Panil from Columbus, Ohio is Affiant's brother;

10) Affiant states that Dr. Owen Fuller from Memphis, Tenn., is Affiant's brother;

11) Affiant states that Dr. Shawn Warwick from Phoenix, Arizona may be Affiant's brother;

12) Affiant states that Nicholas Steven Falls is Affiant's son;

13) Affiant states that Nicholas Steven Falls was switched in the hospital by federal agents;

14) Affiant states that Affiant's son, was switched in the hospital, (St Paul Ramsey, in St Paul, MN.) for our daughter Hope's dying baby;

15) Affiant states that records from St. Paul Ramsey Hospital combined with D.N.A tests will prove babies were switched in the hospital;

16) Affiant states that Affiant's biological father, Ken White, CIA can corraberate Affiant's story;

17) Affiant states that Mathew Clark, F.B.I can corraberate Affiant's

-2-

story;

18) Affiant states that Steve Clark, F.B.I. knows the truth about Affiant's case;

19) Affiant states that Agent Ken White is Affiant's biological father;

20) Affiant states that all information was received from Affiant's wife, Joy;

21) Affiant states that Affiant tried to keep from borrowing money from Louise Moore;

22) Affiant states that Hope Jones lied on the stand at trial;

23) Affiant states that Nicholas Steven lied to ATF interrogator Van Werden;

24) Affiant states that the truth has not come out, and that conviction is based on lies;

25) Affiant states that the truth has been concealed and justice has not been served;

26) Affiant states that prosecution has to be held to address the burden of proof which was not done;

27) Affiant states that Affiant has been convicted based on lies and subjective interpretation of circumstantial evidence;

28) Affiant states that conviction and sentencing cannot take place lawfully, until prosecution fulfills its obligation to complete burden of proof;

Further Affiant Sayeth Naught

Uniform Commercial Code 1-108; 1-308

L.S. Steven-Dale: of the family Audette in red ink

-3-