RECEIVED COPY

JUL 18 2016

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

REFERENCE

CJVLR54

(Rule Number/Section)

THIS DOCUMENT IS NOT IN PROPER FORM, ACCORDING
TO FEDERAL AND/OR LOCAL, RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

U.S. Federal Court                                    United States of America

Ninth District     Maritime/Admiralty                  Plaintiff

Phoenix, Az.     No: CR-14-0858     or: AH-58

( Steven-Dale: of the family,
( Audette, sui juris, in propria

__Motion: Prosecutorial Misconduct__

Comes now the Petitioner/Defendant ( persona, beyond sea
Steven-Dale: of the family Audette, flesh
and blood, real man, sui juris, in propria persona, beyond sea,
grandson of Charles "Lucky" Luciano, and in keeping with my Constitu-
tional Rights, as set forth by the U.S. Constitution, ratified in 1787,
and the Bill of Rights, ratified in 1791 C.E (common Era)... and
having been found Competent by Dr. Stribland-Riley, psychologist at
F.M.C. Butner, and by the honorable judge Steve Logan, do respect-
fully submit the following; __Motion to reveal prosecutorial__
misconduct;

Prima fascia evidence, in the form of __my sworn testimony__ as a
witness was denied to me, by both the bench, and the prosecution.
Had the Petitioner/Defendant been allowed to testify, as promised
by both the bench, and then defense attorney Brian Borelli, the
outcome of said trial would have been different; guarenteed.

The facts about what happened; and the fact that both my
wife and I were under the orders of a federal agents has
been buried in the guise of Courtroom procedure by both the
bench, and the prosecution.

The prosecution and the bench, with the undertow of ineffective
assistance of legal representation, created a cumulative Courtroom
environment of misconduct, which violated due process; Cite: __Darden v__
__Wainwright__, 477 U.S. 168, 181 (1986), and it is the Contention of this
petitioner/defendant, that these cumulative errors resulted in →

- 1 -

Constitutional errors of the trial type, which warrant relief due to the substantial and injurious effect or influence in determining the jury's verdict; Cite: _Wood v Ryan_, 693 F 3d, 1104, 1113 (9th Cir, 2012); _Brecht v Abrahamson_, 507, U.S. 619, 637-38 (1993); and _Bains V Cambra_, 204 F 3d 964 (9th Cir 2000), in the nature of _Donnelly V De Christoforo_, 416 U.S. 637, 643 (1974)

In this trial, there was a concerted effort, by the prosecution, the bench, and then _counsel_ for the defense Brian Bonelli, to prevent the defendant/petitioner from testifying. The leeway, that should have been granted a nonattorney, Pro Se individual was not, and a Kangaroo court was in effect - one in which the procedural protections of the law are not afforded the defendant/petitioner, but _were in_ fact used to conceal and suppress the entire/testimony from the jury.

This, in conjunction with the character assassination allowed by the recorded phone conversation of defendant/petitioner under extreme duress, and the prosecutor stating "this is who he is" (in effect), and when defendant/petitioner brought up the fact that Louise Moore's home was broken in to by members of the mob, and the prosecutor stated to the jury, that this was merely a coincidence, out of order, _since_ the defense had the floor, and the bench said nothing to the prosecutor, or the jury.

Also at issue was the emotional display presented to the jury at trial, by Louise Moore, Leah Marshal, Shawn Warwick, and Julie Bacino-Warwick. The crux of this is the fact that A.T.F. agents et al., wrongfully, and unlawfully, without concrete proof, told these individuals that I was a conman and a liar.

That is a lie!! I have told the truth from day one. By denying me D.N.A testing, and hypnosis, and by the prosecutions "scheme"

-2-

to ensure a lock solid conviction, this entire court and trial has turned in to an abomination. The court should grant a motion for mistrial, only when a party's chance of receiving a fair trial has been irreparably damaged by prejudice that is incurable by admonition or instruction; cite People v Avila (2006) 58 Cal 4th, 491, 573, 43, Cal. Rpt 3d 1, 133 P. 3d 1076. This is what has transpired.

The prosecution, stated in court, at one of the hearings, that its primary goal was justice. I argue the fact, that in light of what the prosecutor did, both before and during trial, in conjunction with the bench, and defendant's own attorney, it was not the truth or justice that was served, it was a conviction at all costs... at the ~~cost~~ **cost** of the truth and justice

This all started with ineffective assistance of counsel. Attorney Bovello stated to me, that if I went to trial, and he was my defense attorney, he would not allow me to tell my "story", but that I would be subjected to the insanity ~~plea~~ defense. I informed him "over my dead body," so he stated that he would use the defense that would be the best in his "professional" opinion, otherwise I would have to go PRO SE.

The trap was set. I had no choice but to go PRO SE I had surgery on my neck with constant neurological symptoms, a left hip replacement surgery, and waiting for it hip replacement surgery, and judge Logan would not grant me an extension. The prosecution had been allowed over two years with which to organize a case. I had four weeks to come up with a defense, learn enough about the law to represent myself and also learn about case law, constitutional law, rules of federal evidence ... it was impossible, and the prosecution, Brian Bovelli, and judge Logan knew it.

I had ineffective assistance of counsel, WHICH IS A violation of defendant's right to

-3-

present a defense to the jury, and a prosecutorial "double team" by judge Logan and the prosecution. This prosecutorial double team, in conjunction with the prosecution's character assassination and defamation presented to the jury, both before, and during final argument, and two years of ineffective counsel from Brian Borelli, who did nothing but sit back and wait for me to sign the plea agreement, and not once work on a defense in conjunction with the truth, as I know it to be, and all of these elements led to a disparaged defense case, which is the reason defendant / petitioner simply gave up on the stand at trial.

There was a definite, and corrupt denial of due process, and that absence of fairness, perpetrated not only by the prosecution, but also by judge Logan and defense attorney Brian Borelli, fatally infected the trial, and the jury with prejudice towards the character of the defendant / petitioner, and prevented a fair trial Cite: *Lisenba V California* 314 U.S., 219, 236, 62 S. CT. 28 86, L. Ed. 166 (1991).

If the evidence which the defense was allowed to submit, and that which could have been submitted, but was effectively suppressed and concealed by the prosecution, judge Logan, and attorney Borelli, there is a reasonable probability that it would have affected the outcome of the jury's verdict and these proceedings. Cite: *Carmody V Adams* 706 F, 3d 1148, 1163 (9TH Cir 2013). It is the contention of the defendant / petitioner, that there would most definitely be but for errors made, the result of these proceedings would be different Cite: *Clark*, 789 F 3d A 725

Reasonable probability is equated to an undermining of the confidence in the outcome of the proceedings, in that the difference in results would be substantial and not merely conceivable.

The prosecution, in conjunction with character assassination, condoned by judge Logan, (the impartial referee), showed an obvious biased in the manner in which

-4-

it presented the evidence, cite U.S. V Samango 607 F2d, 877, 881 (9th Cir., 1979), quote U.S. V Welsh 522 F 2d, 1359, 1360 (9th Cir 1978).

The prosecution also engaged in deception, in that it took a recording of a phone call under extreme duress, and attributed this as a definition of the defendant's overall personality. The prosecutors behavior deprived the defendant of his federal right to due process, the right to present a defense, and to self defense, and therefore, the conviction is a travesty of justice. Conduct that falls short of this standard may still constitute misconduct, ... if it involves the use of deception or reprehensible methods to persuade the trial Court or the jury. Cite Darden V Wainwright, 477 U.S., 168, 181, 106, S CT. 2464 91 L. Ed 2d 144

The right to testify is personal, and it is also protected by the Constitution of the United States, ratified in 1787, and may only be relinquished by the defendant; Cite Jones V Barnes 463 U.S. 745, 751, 103 S CT. 3308, 77 L Ed. 2d 987 (1985). However, in the current Maritime/Admiralty Case No: CR-14-0858-01-PHX-SPC, the right to testify has been effectively denied the defendant/petitioner by the prosecution and the bench.

As examples, the judge, Steve Logan, conferred with the prosecution as to whether hypnosis should be allowed for the defense. Judge Logan was practicing law, from the bench, with the prosecuting attorney. Again, this is not only prosecutorial misconduct, but also a conflict of interest in its most blatant form.

Another example of the prosecutions manipulation of evidence, was in the emotional presentation, the emotional manifestations by the "victims" or the family of the victims during a criminal trial. The excessive presentation of emotions is grounds for a reversal, new trial, or a mistrial 31 A CR 4th 229. None of these individuals behaved in this MANNER

-5-

while we were all under the verbal agreement set up by myself and the four individuals, until law enforcement who broke into our 21 year case told unsubstantiated lies about the defendant/petitioner.

The defendant/petitioner, hid the truth about the mob being after Louise and her family for four entire months, trying to prevent her from becoming excessively worried... and YES!!, it really did happen. THE MOB WAS AFTER LOUISE AND HER FAMILY!!

Julie Bacino-Warwich, when we told her that Shawn may be a brother of mine, that is, related to the Lucino's was proud of the fact and made the comment "The Bacino's and Lucino's, together at last." I still don't think she gets the entire implications of this situation.

Shawn, Louise, and Leah were fine, as long as the end of our mess was in sight, and I would be able to get to my inheritance and pay them back. Granted, Louise and Leah were scared when I told them the truth about the mob being after them, but just like I told them, Agent White, Agent Matthew Clark, Agent Steve Clark, and the rest of the people that we had working on our case, took care of the problem.

The prosecution, played in to the heightened emotions of Louise, Leah, Shawn and Julie, who now all had an ax to grind. Falsely accused of "stealing" their money and pulling the "wool over their eyes," I was now a conman and a thief. The prosecution played in to/the law enforcements lies, and continued those lies into trial. I was never allowed to address those lies.

The prosecution also made my evidence, what little I had into the trial, something that was thrown out by judge Logan; I remembered close to ninety plus we had to run to, and the prosecution, and judge Logan decided that my memory wasn't that good, plus I had no receipts... I got shot down because

- 6 -

they conferred together, and I had a bad memory, and no receipts. Then, in a 180 degree about face, when it came to hypnosis, the prosecution, again conferring with judge Logan, decided that I had a great memory, and hypnosis was not indicated because it would not help my already great memory. The prosecution, along with the nonbiased self proclaimed nonprejudice judge Logan, is picking the defendant / petitioners defense for him, and leaving him with nothing.

The prosecution, along with judge Logan, effectively stripped me of my defense, and then, at trial, prevented the defendant / petitioners, my reliable witness testimony from ever reaching the jury of my peers.

This court, this trial, this prosecution, this judge, and this court appointed public defender, were all prejudiced, biased, and all collaborating together for one goal... to prosecute the defendant / petitioner, simply because its what the corrupt system is designed to do.

The prosecutorial misconduct violates due process when it has resulted in substantial injurious effect or influence in the jury determining the verdict. Given the gravity of what has transpired in this kangaroo, Constitutionally inept Courtroom and trial, this scenario is a given: Cite Ortiz-Sandoval v Gomez, 81 F 3d, 891, 899 (1996), also O'Brenski V Maass, 915 F 2d, 418, 420 (1990);

A Criminal defendants due process rights are violated when prosecutorial misconduct renders a trial, fundamentally unfair resulting in a conviction which is a denial of due process Cite: Smith v Phillips, 455 U.S. 209, 219 (1982); Darden v Wainwright, 477 U.S. 168 (1986); Johnson v Sublett 63, F 3d, 926 (1995); Greer v Miller 438 U.S. 756, 765 (1987); Donnelly V Dechristoforo, 416 U.S. 637, 643 (1974); Turner V Calderon 281, F 3d 851, 868 (2002).

Prosecutorial misconduct, deprives the defendant of a fair trial guaranteed by due process clause if it prejudicially effects the substantial rights of the defendant/petitioner Cite: U.S. v Yarbrough, 852 F 2d 1522, 1539 (9th Cir 1988) and Smith v Phillips 455 U.S. 209, 219, 102 S Ct, 940 71 L Ed. 2d 78 (1982).

Also, the supreme court established that the combined effect of multiple trial Court errors violates due process, where it renders the resulting criminal trial fundamentally unfair even though no single error rises to the level of Constitutional violation or would independently warrant reversal; Cite Parle V Runnels, 505 F 3d, 922, 927 (9th Cir 2007) and Chambers V Mississippi, 410 U.S 284, 298, 302-03, 93, S Ct. 1038, 35 L Ed 2d 297 (1973).

Improper Argument does not, per se, violate a defendant's Constitutional rights Marcuso V Olivares 292 F 3d 939 (9th Cir 2002) Cite Thompson V Borg 74 F 3d 1571, 1576 (9th Cir 1996)

Although it is true that the defendant/petitioner contends that there have been multiple lesser, sub-constitutional infractions leading up to cumulative errors which have resulted in an unfair, biased, and prejudiced trial and verdict, defendant/petitioner does also believe that there have been the Constitutional violations of the fifth amendment in the Concealment and prevention of the right to present my testimony to the jury at trial, and violation of the sixth and fourteenth amendments in the right to due process. The sixth amendment was also violated, in that the defendant/petitioner has the right to counsel, which includes the right to be represented by counsel with individual loyalties, a sixth amendment right to conflict free representation, and to compel one charged with a grievous crime to undergo trial and assistance with an adversarial Counsel is to deny sixth amendment

-8-

rights: Cite _Wood v Georgia_ 450 U.S. 261, 271, 101 S CT 1097 67 L. Ed 2d 220 (1981) and _Campbell V Rice_, 408 F 3d 1166, 1170 (9th Cir) (en banc)

Although it is true that the prosecution is protected by absolute immunity for any actions if the prosecutor acts within the scope of his or her authority and in a quasi-judicial capacity _Ybarro V Reno-Thunderbird Mobile Homes Vill_, 723 F 2d 675, 678 (9th Cir 1984). The touchstone of due process analysis in a case of alleged prosecutorial misconduct is the fairness of the trial, not the culpability of the prosecutor _Smith V Phillips_, 455 U.S. 209, 219 1025, CT 940 71 L Ed. 2d 78 (1982).

The trial in Maritime / Admiralty case no: CR-14-0858-01-PHX-SPL was far from fair. To this date, still, even after trial, the entire truth about how and why my wife and I were put in the position of having to borrow the large sums of money we were ordered to borrow, and then to pass that money on to federal agents has yet to be heard, and by Constitutional Law, the defendant / petitioner has the right to deliver and explain his testimony to the jury. This was denied him.

Due to biased and prejudiced on the part of the judge, the prosecution, and the defense attorney turned assistance of counsel, this trial was part of a kangaroo court, and justice was not served, in large part due to the deliberate prosecutorial misconduct of the prosecution. See attached Addendum Plea Agreement

I cite _U.S. V Smith_, 231 U.S. 469, 91 L Ed 1610 (1947), and given, that a federal judge has the power and authority to grant a new trial by jury, if for no other reason, than to meet the requirement in the interest of justice, I move in light of said injustice, that the

-9-

honorable judge Logan respectfully exercise that right, or recuse himself, and allow a nonbiased, nonprejudiced federal magistrate to take his place and rule on this aforementioned matter.

I contend, that my wife's plea agreement changed attitudes towards the defendant.

I hold this document to be true, under penalty of perjury.

I respectfully submit this document this 5th day of July, 2016.

L.S. signed; Steven-Dale: of the family Audette, sui juris, in propria persona, beyond sea (in red ink).


<u>Certificate of Service</u> mailed on 7-10-16

U.S. Fed Court
Ninth District
Clerk of the Court
401 N. Wash. St.
Phoenix, Az
    85003-2118

Dept of Justice
Atty General, Honorable
Loretta Lynch
Mail Referral Unit
Wash., D.C. 20530

| U.S. Fed Court | Addendum, Plea Agreement, | ( United States of America |
|---|---|---|
| Ninth District | Prosecutorial Misconduct | ( plaintiff |
| Phoenix, Az | Maritime /admiralty Court | ( V |
| | NO: CR-14-0858-01-PHX-SPL | ( Steven-Dale: of the |
| | | ( family Audette |
| Comes now, the defendant / petitioner | | ( defendant |

Steven-Dale: of the family Audette, flesh and
blood, real man, sui juris, in propria persona, beyond sea, grand
son of charles "Lucky" Luciano, and in keeping with my Constitutional
rights as set forth by the United States Constitution, ratified in 1787,
and the Bill of Rights, 1791 C.E. (Common Era), having been found
competent by Dr. Stubland Riley and the honorable judge Steve
Logan, do respectfully submit the following;

    Motion: Prosecutorial Misconduct / Plea Agreement

To reveal prosecutorial misconduct due to A) The fabrication of
the plea agreement confession, based on circumstantial evidence.
B) Coercion and intimidation by the prosecutor in obtaining the
endorsement of the plea agreement by the defendant, utilizing the
point system;

A) The plea agreement confession, is a fabrication of conjecture based
solely on circumstantial evidence, and not based on the truth,
determined by investigation and facts, and as such, is supplied
to the defendant by the prosecution. It becomes a tool of manip-
ulation for the prosecution. This "fabricated" confession is at best
nothing more than allegations waiting for satisfaction, as a means
to a quick conviction, and in this case, based on lies.

    In the present case, the defendant / petitioner, Mary Joyce Audette
is coerced and intimidated in to endorsing a plea agreement which
states that her husband, Steven-Dale: of the family Audette, contrived a

-18-

scheme to defraud individuals of their money, and that she was aware of this scheme. This is a blatant lie, as is the entire fabricated, contrived plea agreement confession, my wife was intimidated in to signing.

This fabricated scheme, set in motion by the prosecution is for one purpose, and one purpose only... to ensure a conviction. The facts behind the "alleged crime", or allegation, can only be ascertained by an investigation in to not only the prosecutions circumstantial evidence, but also the defense's presentation of the truth as he/she knows it to be. This was not done, nor was an objective truth arrived at, for presentation and ratification in the plea agreement.

The plea agreement is one huge lie, and as a legal document, submitted to a Federal Court, it represents an obstruction of justice, and a false document awaiting for ratification, for the promise of a greatly reduced sentence. There is no possibility of ammending the false document, and it is either sign, endorse, and accept these lies as truth for a reduced sentence, or dont sign, risk trial, and a prison term of greatly increased time.

Mary Joyce Audette, was forced in to turning against her husband in exchange for a three year sentence, because the alternative was to risk a trial, and with the possibility of at least a twenty year prison sentence.

The allegations based on circumstantial evidence have not been proven nor disproven through thorough investigation, deliberation and due process under the fourteenth amendment, the right of compulsory process under the sixth amendment, and the presentation

-28-

of the defenses evidence under the fifth Amendment, in the form of reliable eye witness testimony.

The prosecution was allowed free and total range of testimony by forensic experts, law enforcement, and witnesses, and the defense was allowed... nothing. I

With all do respect, it is not up to the prosecution, and conferring with a supposedly non-biased, non-prejudiced judge, to determine the defense strategy. The only individual, that knows what happened to me and my family, besides my wife, and the defendant / petitioner, Steven-Dale: of the family Audette, sui juris, in propria persona, beyond sea, and my testimony, which is a viable, reliable, eye witness account of the truth, under penalty of perjury, has been purposefully, unlawfully, ignored and concealed by the bench, judge Logan, the prosecution, and my own court appointed attorney.

This is a blatant example of disregard for due process, and to force, and intimidate, and introduce lies to the petitioner / defendant, Mary Joyce Audette as ratifiable facts of truth in a court of justice, and in a legal document, submitted to the United States Federal, Ninth District Court, represents fraud, obstruction of justice and perjury, but it is perpetrated by the federal government itself, most specifically the prosecution, in full view and acceptance of a federal judge / magistrate.

This, in and of itself should be grounds for a mistrial and criminal proceedings. The plea agreement lies, presented to the defendant / petitioner by the prosecution and endorsed under coercion, intimidation and duress is explained by the following;

B) Methods and Tactics of the plea agreement employed by the prosecutors when utilizing the point system, as it is presented to the defendant / petitioner is a form of intimidation and coercion.

The plea agreement "Confession", with its fabricated "truth" is presented to the defendant / petitioner for endorsement, and it is not amendable, that is, it cannot be changed. Along with the points table, two scenarios are presented.

The first scenario is; sign the plea agreement, as is, non-amendable, with its allegations and lies and receive a greatly reduced sentence. In the present case, by implicating her husband in lies and a "scheme" to steal money which never occurred, my wife, Mary Joyce Audette received a greatly reduced sentence of three years.

Again, there is no provision for amendment of the fabricated lies of the plea agreement document, presented by the prosecution.

The second scenario, which would involve rejecting the plea agreement in its entirety, and then going to trial, where the judge and the prosecution work together, and using the point system, sentence to the maximum time in prison, and in the present case, that prison term was at least 20 years for my wife.

This is the reason that the federal court system has a 98% conviction rate. Through intimidation and coercion, utilizing the point system 98% of the ~~individuals~~ individuals sign a plea agreement. In other words, they plead guilty because there is a guarantee of a reduced sentence, and they avoid the possibility of receiving the maximum sentence. In the case of my wife, fear, coercion, and intimidation ~~~~ lies to endorse lies about her husband, and to save herself

-4/B-

the from the possibility of serving a twenty year sentence. Instead, she will be out in three.

I contend, that the point system with an intimidation factor intrinsically contained therein, and by the methods and tactics used in its use and presentation, and given the federal courts seeming predilection for punishing individuals who attempt to prove the truth, and their innocence by going to trial, is in fact a tool of coercion and intimidation, used by the prosecution and the federal court system to ensure a conviction. It is a procedural gun to the defendant's head, hence, the 98% conviction rate that the federal court system boasts.

The plea agreements are based not in truth and justice, or a crime committed, but more often than not, it is the ratification of lies, fabrications and allegations under coercion and intimidation to ensure a reduced ~~sentence~~ sentence. and a conviction

The desired effect of the plea agreement is to ensure a conviction at the cost of truth and justice, which is what I "lady justice" in part symbolized, and what the prosecutor declared he supported, represented and upheld.

The prosecutor knows exactly what he is doing, as does the judge, and attorney Bonelli. In the plea agreement, just to put the final nail in the coffin of truth and justice, on page 10 lines 21-25, it reads, and I quote ": The defendant shall swear under oath to the accuracy of this statement and, if the defendant should be called upon to testify about this matter in the future, any intentional material inconsistencies in the defendant's testimony may subject the defendant to additional penalties for perjury or false swearing, which may be enforced by the U.S. under this

-5 B-

agreement." In other words, endorse and agree to my lies, and if in the future we catch you telling the truth, you will go back to prison. The plea agreement further reads, on page 11 lines 3-5 "... to trial by jury, to confront, cross examine, and compel the attendance of witnesses, to present evidence in my defense, to remain silent and refuse to be a witness against myself by asserting my privilege against self incrimination, all with the assistance of counsel, and to be presumed innocent until proven guilty beyond a reasonable doubt."

The truth is, that the entire plea agreement is set up to ensure that truth and justice are being hidden and subverted in favor of conviction and serves to attain that end. Justice, supposedly the prosecutors main goal according to them, is being circumvented in favor of a 98% conviction rate. This again, is grounds for prosecutorial misconduct.

The government is effectively hiding the truth through the plea agreement, which is obstruction of justice for the sole purpose of obtaining a conviction at any cost. By my wife endorsing a lie, supplied by the government backed prosecution, she receives a greatly reduced sentence, and a conviction for her husband.

My wife and I were initially in a lawsuit together as co-defendants, but were divided in order to conquer us. The government picked on the weaker partner, that is the woman, to accept the plea agreement for reduced time by endorsing lies.

The prosecution also engaged in character assassination and defamation of character which was permitted by judge Logan, in allowing the recording of the defendant / petitioner, under extreme

-6B-

duress (which does not define who, or what I am as an individual) to be played for the jury, greatly affecting the jury's verdict.

The prosecution told a blatant lie to the Court when it stated that a FOIPA had been done with the F.B.I's freedom of information office, and it turned up no case pertaining to the defendant. The defendant/petitioner did his own FOIPA case investigation with the F.B.I's freedom of information office, and a return letter stated that "... pursuant to FOIA exemption (b) (7) (E) and Privacy Act exemption (J) (2) [5 USC §§ 552 /552a (b) (7) (E), (J) (2) ], this response neither confirms nor denies the existence of your subjects name on any watch lists.

I also contend, that I have been tried and convicted in a false Court (Maritime / Admiralty Court) as STEVE AUDETTE, PRO SE, the Corporation, and not in a proper Court of the people, by the people and for the people, as ratified in the Bill of Rights, 1791, and the Constitution for the united States, ratified in 1787, C.E. (common era).

I contend, that the belief that my wife ratifies "the truth", a truth "supplied" to her by the prosecution which is in fact, one big lie, has further swayed the Court in favor of the false verdict and Conviction that it's obvious ~~that~~ it strived for.

I hold the contents of this document to be true to the best of my knowledge. Submitted on 7-7-16 Steven-Dale: of the family Audette (in red ink). Certificate of Service mailed on 7-10-16

U.S. Fed Court                          Dept of Justice
District Nine                           Atty Gen. Loretta Lynch
401 N. Wash. St.                        Bail Referral Unit
Phoenix, AZ 85003-2118                  Wash, D.C. 20530
Clerk of the Court            -9B-



Federal Bureau of Investigation

*Washington, D.C. 20535*

May 20, 2016

MR. STEVEN DALE AUDETTE
**47584074
CENTRAL ARIZONA DETENTION CENTER
INFIRMARY
POST OFFICE BOX 6300
FLORENCE, AZ 85132

FOIPA Request No.: 1350729-000
Subject: AUDETTE, STEVEN DALE
(AUGUST 28, 1993 FEDERAL CASE)

Dear Mr. Audette:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request.

Based on the information you provided, we conducted an additional search of the indices to our Central Records System. We were unable to identify main file records responsive to the FOIPA.

By standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

*[handwritten margin note: prosecutor lied. Doesn't Say Case doesn't exist.]*

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within sixty (60) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

*[signature]*

*[handwritten: Certificate of dishonor]*

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

# EXPLANATION OF EXEMPTIONS

## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)    (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

## SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)    information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service he release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

Steve Audette
Register No. 47584-074
C.A.D.C.
1155 North Pinal Parkway
Florence, AZ 85132

June 15, 2016

Dear Mr. Audette,

This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation regarding Request No. 1350729 was received by this Office on 06/13/2016.

The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2016-003604. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at the number above. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones
Digitally signed by Priscilla Jones
DN: cn=Priscilla Jones, o, ou,
email=priscilla.a.jones@usdoj.gov, c=US
Date: 2016.06.15 13:17:23 -04'00'

Priscilla Jones

Supervisory Administrative Specialist



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

May 17, 2016

Steve Audette
47584074
C.A.D.C
Po Box 6300
Florence, AZ 85132-6300

Dear Friend:

Thank you for your letter dated April 4, 2016 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on May 17, 2016 and assigned ID number 3264521.

Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 3264521 when requesting any information concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

May 17, 2016

Steve Audette
47584074
C.A.D.C
Po Box 6300
Florence, AZ 85132-6300

Dear Friend:

Thank you for your letter dated April 2, 2016 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on May 17, 2016 and assigned ID number 3264517.

Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 3264517 when requesting any information concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice