FILED ___ LODGE
RECEIVED ___ COPY
JUL 18 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 5.4 (RULE NUMBER/SECTION)

U.S. Fed. Court
Ninth Division          Maritime/Admiralty Case
Phoenix, Az             No: CR-14-0858-01-PHX-SPL

( U.S. of America
( plaintiff
( v
( Steven-Dale: of the family
( Audette, sui juris, in
( propria persona, beyond
( sea / defendant

Motion: to have my concealed Confession heard before a convened grand jury

Comes now the defendant, Steven-Dale: of the family Audette, sui juris, in propria persona, beyond sea, man of flesh and blood and not STEVE AUDETTE, Pro Se, all caps, the corporation, does respectfully submit the following:

<u>Motion</u>: to have the court convene a grand jury and defendant be allowed to present case of felony confession of nine murders and other crimes committed when under hypnosis by federal agents. Federal agents Matthew Clark F.B.I, defendants twin brother; Steve Clark, F.B.I, Matthews brother by adoption from Duluth, Mn; Agent Ken White, C.I.A., defendants biological father; former agent Mary Joyce Audette, CIA defendants wife all have the expertise and knowledge to hypnotize individuals and this technique was used on the defendant on numerous occasions.

Mary Joyce Audette, admitted to defendant that she used this technique on the defendant, and over the course of our 21 year "case", there were numerous occasions where illegal activities were engaged in. The defendant submitted a voluntary confession to the honorable judge Logan, attorney for the defense Brian Bonelli, the prosecution, and the legal department at F.M.C Butner as the representative of the U.S. department of justice. My felony confession

-1-

was never submitted to the grand jury, and as a potential felony confession, it becomes the property of the grand jury under the mandate of the grand jury.

Bailment was established with the honorable judge Logan; Brian Bonelli, then legal counsel; the prosecution; and the legal department at F.M.C. Butner representing the department of justice, when delivery of the confession occurred, and acceptance of the subject matter was obtained by each bailee.

Constructive bailment relationship may exist between parties, and no agreement, verbal or written is necessary. Bailment may be created by operation of law. An individual comes into lawful possession of property of another (no formal agreement need exist) when possession becomes a constructive element for the bailee, when justice so requires.

Because of the nature of Steven-Dale: of the family Audette's felony confession, and the numerous felonies committed under government sanctioned hypnosis/psychological programming, in general, when the public interest so requires, the court must order that one or more grand juries be summoned. A grand jury must have 16-23 members and the court must order that enough legally qualified persons be summoned to meet this requirement.

I, Steven-Dale: of the family Audette, defendant in the current Maritime/Admiralty court case no: CR-14-0858-01-PHX-SPL respectfully move that a grand jury be convened at the request of the honorable judge Logan, and that the defendant be allowed to exercise his right under the first Amendment, freedom of religion, and appear before the grand jury in answer to my

-2-

felony confession which has been concealed from the grand jury for well over a year by the honorable judge Logan; attorney for the defense Brian Bonelli; the prosecution in case no: CR-14-0858-01-PHX-SPL; and the legal department at F.M.C. Butner.

    To not allow the defendant to address the grand jury in answer to the felony confession is going against the mandate of the grand jury, and is also ~~this is~~ within the public interest to do so.

    I respectfully submit this motion, and hold that its contents are true and accurate to the best of my knowledge under penalty of perjury. ~~July~~ twelfth, 2016 C.E. (common era)

                    L.S. Steve Audette