IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Steven Audette,<br><br>    Defendant. | No. CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

  Before the Court are Defendant Steven Audette's post-trial motions. (Docs. 263, 265, 268, 269, and 270.)

  Defendant files a "Motion: to be granted legal representation (a public defender) for the sentencing hearing on August 15." (Doc. 263.) Additionally, Defendant brings a "Motion: To have new counsel represent defendant/petitioner at sentencing." (Doc. 270.) On February 9, 2016, Defendant requested to represent himself. After extensive questioning by this Court ensuring Defendant knew the ramifications of his actions, the Court granted his request and ordered Federal Public Defender Brian Borelli to remain on as standby counsel. (Doc. 150.) Now Defendant seeks representation at sentencing. Defendant knowingly and adamantly waived his constitutional rights to an attorney. The Court will not appoint new counsel. Mr. Borelli, however, remains as standby counsel.

  Next, Defendant files a "Motion: to request to be evaluated by a neuro-psychologist." (Doc. 269.) Defendant does not provide any legal authority by which the Court could provide such relief. Defendant has been evaluated and this Court found

Defendant competent to stand trial. Given the posture of the case, such a request is outside the scope of the Court's authority. The Court previously addressed the remainder of the motions, they are noncompliant with LRCiv. 7.1 and 7.2, and they will be summarily stricken. (Docs. 265, 268.) Accordingly,

**IT IS ORDERED** that Defendant's motions (Docs. 263, 269, 270) are **denied**.

**IT IS FURTHER ORDERED** that Defendant's motions (Docs. 265, 268) are **stricken** for noncompliance with LRCiv. 7.1 and 7.2 and for failure to sufficiently state the legal basis for the relief requested.

Dated this 20th day of July, 2016.

Honorable Steven P. Logan
United States District Judge