U.S. Federal Court
Ninth District
Phoenix, Arizona

Case # CR-14-0858-01-PHX-SPL
Motion: to quash from
evidence ~~audio/voice~~
Exhibit no 112, Redacted
Exhibit 31 - Recorded Phone Call
1/14/2014, 2:10 p.m  (Warwick - Audette)

United States of America
                    plaintiff
         v.
Steve Audette
                    defendant

FILED ___ LODGED
RECEIVED ___ COPY
JUL 22 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ E. DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE 16(iv)5.4
(Rule Number/Section)

Comes now the defendant, Steve Audette, Pro Se, and do submit the following Motion;

That the telephone conversation between Warwick and Audette be quashed. The only purpose the ~~censored~~ recorded conversation serves is to paint an unfair, prejudiced presentation of the defendant which is neither true nor accurate. The defendant maintains that this amounts to character assassination, and is overly prejudicial. It is an isolated incident of the defendant at an instant in time under extreme duress.

I respectfully submit this motion 7-18-16, 2016
L.S. Steve Audette, Pro Se

Steve Burdette
#475 87 074
CADC
[illegible]
PO Box 200
Florence, Ariz
85132

Notice
This Correspondence
is mailed
from a Correctional Institution
it's contents are [illegible]

Legal Mail

PHOENIX AZ 852
20 JUL 2016 PM 5 L

TO: Sandra Day O'Connor Fed. Courthouse
401 Washington Street
Phoenix, Arizona
85108

Attn: Clerk of the Court

RECEIVED
JUL 22 2016
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003$2118 C037