U.S. Federal Court
Ninth District     Case No: CR-14-0858-01-    United States of America
Phoenix, AZ                                                    Plaintiff

FILED ☑  LODGED ☐
RECEIVED ☐  COPY ☐
AUG 01 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CrR+P 5.4 (Rule Number/Section)

Motion:                                          Steve Audette

To submit Affidavit of Testimony on the record defendant for the record, as uncontested fact.

Comes now the defendant, Steve Audette, Pro Se, grandson of Lucky Luciano, does respectfully submit the following;

Defendant did as of recent, submit a 152 page, 4473 line Affidavit of testimonial facts. Lack of response to affiant questions, statements and facts, stand as facts... everything is contract, commerce law of land by contract against universal, notice and valid. Cite: Tweel v U.S. and, If an affidavit is unrebutted, it stands as truth in commerce, signed under penalty of perjury.

Also, since the only parties in a position to either reject or challenge said affidavit is the defendant, and defendants' wife, and prosecution has by slight of procedural plea bargain hand suppressed the truth from my wife/co-defendant Mary Joyce Audette, The defendant is the only individual in a position to reject the affiant statements contained therein, and therefore, the contents of abovementioned affidavit stands as fact in the present court. Cite: Kis v U.S. "If an affidavit is unrebutted, it stands as truth in commerce, signed under penalty of perjury.

To reiterate, the 152 page, 4473 line, affidavit of testimonial fact stands as uncontested fact in the case CR-14-0858-01-PHX-SPC, and is fact in contract, commerce, law of land by contract against universal, notice and valid.

Respectfully submitted this 28th day of July, 2016; L.S. Steve Audette