THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **CIVLR 5.4**
(Rule Number/Section)

U.S. Federal Court
Ninth Division    Case No: CR-14-0858-01-PHX-SPL
Phoenix, Az.     Motion: To request legal
                 representation which I never
                 waived.

United States of America
                    plaintiff
          v
Steve Audette
                    defendant

Comes now the defendant, Steve Audette, PRO SE, grandson of Lucky Luciano, and does submit the following;

Motion: to request legal representation for the sentencing phase of these proceedings. The defendant was forced into proceeding in a Pro Se capacity, due to fact that attorney Borrelli was going to use the insanity plea. When I informed him that there was no way I would entertain the idea of using the insanity plea, he informed me, that if, in his professional opinion it would be my best option, it is exactly what we would do, and if I wanted to get my "stay" out, I would have to proceed PRO SE.

I did not want to proceed PRO SE, but attorney Borrelli left me no choice. Now, I am told that I have waived my constitutional rights? Never. I never knowingly, or in any other form relinquished my constitutional rights to legal representation, and I move, that I be allowed my constitutional right to legal _effective_ representation Cite: Sandoval v Calderon 231 F 3d 1140, 1148 (9th Cir 2000), and Court may not infer a waiver of the right to counsel.

Submitted this 29th day of July, 2016

L.S. Steve Audette,

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 01 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY