THIS DOCUMENT IS IN IMPROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _Rule 5.4_
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 10 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America ) U.S. Fed. Court
plaintiff ) District Nine  NO: CR-14-0858-01-PHX-SPL
v ) Phoenix, AZ    Motion: To request litigation and
Steve Audette )              current indictment in St. Louis
defendant )                  County, Minnesota to run
                             concurrent and be incorporated
                             into current case.

Comes now the defendant, Steve Audette, PRO SE, grandson of Charles "Lucky" Luciano, and does submit the following motion;

To have the Court contact the St. Louis County, District Court, and to have current case in Duluth, MN run concurrent with case no CR-14-0858-01-PHX-SPL, as case in Duluth is actually a part of the current case in Phoenix, Arizona, and plaintiff, Kurt Tarnowski is part of the list that restitution is going to be reimbursed to.

Pursuant to 563.1c                        Supreme Court Rule
as cited U.S v Stetson

Respectfully submitted this 8TH day of August 2016

L.S. _Steve Audette, Pro Se_

Steve Audette
#47584074
C.A.D.C.
Infirmary
P.O. Box 6300
Florence, AZ
85132

Legal Mail

NOTICE
THIS CORRESPONDENCE
IS MAILED
FROM A CORRECTIONAL
INSTITUTION
ITS CONTENTS ARE UNCENSORED

PHOENIX AZ 852
06 AUG 2016 PM 9 L

U.S. District Court
Ninth District
401 N Washington St
Phoenix, AZ
85003-2118

Attn: Clerk of the Court

85003-213099

RECEIVED
AUG 10 2016
CLERK U S DISTRICT COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA