IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Steven Audette,<br><br>　　　　　Defendant. | No. CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant Steven Audette's "Motion to have affidavit entered into record for presentation at sentencing." (Doc. 282.) The Court construes the motion as one for reconsideration of its denial of his "Motion: To submit affidavit of Testimony on the record, for the record, as uncontested fact." (Doc. 274.) The jury determines the facts of the case, as it did here. Defendant cannot place anything on the record as uncontested fact. Alternatively, if Defendant is seeking the Court's consideration of his affidavit along with other sentencing materials, the Court will consider all relevant documents. As Defendant's motion lacks clarity, the Court will deny the motion as written. Accordingly,

**IT IS ORDERED** that Defendant's motion (Doc. 282) is **denied**.

Dated this 15th day of August, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge