IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Steven Audette,<br><br>　　　　　　Defendant. | No. CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant Steven Audette's "Motion: To request litigation and current indictment in St. Louis County, Minnesota to run concurrent and be incorporated into current case." (Doc. 283.) Defendant seeks to incorporate a pending civil case into the current criminal case. Having considered the motion,

**IT IS ORDERED** that Defendant's motion (Doc. 283) is **denied**.

Dated this 15th day of August, 2016.

　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　United States District Judge