Steve Audette, Pro Se
# 475 84074
CADC
P.O. box 6300
Florence, AZ
85132

United States of America  )   U.S. District Court
    plaintiff             )   Ninth District
        v                 )   Phoenix, AZ
Steve Audette             )   Case # CR-14-0858-PHX-SPL
    defendant             )   Re: Confession of nine murders

Comes now the defendant, Steve Audette, Pro Se, and does freely and voluntarily confess under penalty of perjury, that I was involved in a clandestine operation and case, involving the Italian mafia, individuals with ties to the Charles "Lucky" Luciano crime family, as well as F.B.I and C.I.A. agents, and their respective agencies, and that in the course of this twenty one year operation, I was hypnotized and/or psychologically programmed to participate and engage in the following crimes, late at night or in the early morning;

A) Murder: Nine individuals that I know of, and possibly more that could be discovered using hypnosis. These acts all took place between March 1993 and May 2014 and include;
1) One man in reception hall at 438 N. 57th Ave. West in Duluth, Mn. in February or March 1993
2) One man in garage space at 438 N. 57th Ave. West in Duluth, Mn. in February or March 1993
3) Unknown hitman on Cortez Street in Laredo, TX. date unknown.
4) Five or six hitmen (including a twenty two or so year old woman) in the forest of Georgetown Lake, Montana in 1998 or '99.
5) Dr. Steve Sommers (?) in cabin #5 at Eagles Nest on Fish



Lake just north of Duluth, Mn. In winter of 1996-'97 when he was attempting to rape my wife

B) Assault on federal agents
  1. Shot at agent Ken White, C.I.A. while on Rio Grande River, date unknown
  2. Shot agent Matthew Clark (my twin brother) in the foot, date unknown
  3. Broke agent Ken White's left arm, date unknown.

C) Aided in the emancipation of two or three prisoners of Chinese ancestry from a prison I believe was in Nuevo Laredo, Mexico, date unknown (Mr. White's relatives).

D) Illegally cross international border, dates unknown.

E) Aided and abetted illegal aliens entering the United States, date unknown (Divemaster and family from Honduras).

F) Hid and stored bodies of hitmen in the woods of Georgetown Lake, Montana, date unknown.

G) Transported bodies of hitmen to funeral home for cremation.

H) Dismembered bodies of hitmen, and got rid of remains using buckets of acid, dates unknown

I) Trespassed on a construction site, walking on I-beams four or five stories in the air, date unknown

J) Grand theft
  1. Stole a boat on the Rio Grande River, and turned it over to waiting federal agents up-river, date unknown
  2. Stole a police car in Mexico, date unknown
  3. Stole semi-tractor from H.E.B. grocery store in Laredo, Tx., date unknown.

K) Grand theft while awake. Ordered by agent White to take blue Pontiac Sunbird from Anaconda, Montana, date unknown

L) Wire fraud, as per Mr. White's orders.

20

M) Extortion, as per Mr. White's orders
N) Hid and stored body of hitman in trunk of car in Laredo, TX. date unknown (at agents request)

It should be noted, that all of the crimes confessed to herein, occurred while defendant was in a hypnotic state with the exception of L, M, N and would be recalled at a later date. The defendant had no control over his actions nor their outcome. Hypnosis may bring to the surface other incidents.

I claim and attest, that this confession is true and accurate to the best of my knowledge and recollection, under penalty of perjury.

signed Steve Audette, this 4th day of March, 2015

* It should also be noted, that the defendant, Steve Audette, pro se is willing to take a polygraph, be subjected to hypnosis, sodium pentothal, and D.N.A. testing in order to ascertain the truth.

-3-

Matthew Hurd, Assistant Chief for
Sean O'Neil, Chief, Administrative
Appeals Staff.

Re: Appeal: DOJ-AP-2016-003604
Request: 1350729

<u>For The Record</u>                                     8-13-16

To whom it may concern,

I have sent several letters to your office, asking for help, proving that there was a 21 year case that my wife and I have been a part of which involves the Italian mafia.

The F.B.I. is very well aware of what we went through and who was involved, but they are continuing the facade that they can neither admit to, or have knowledge of any case that we are involved with due to and pursuant to U.S.C. §552a(j)(2) & 5 USC §552(b)(7)(E). Exemption 7(E) concerns records or information compiled for law enforcement purposes, the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

Your agency is very well aware of the case we were involved with for 21 years, and also some of the agents involved: Agent Ken White, C.I.A (my biological father); Agent Matthew Clark, F.B.I (my biological identical twin brother); Agent Steve Clark, F.B.I, Matthew Clark's brother by illegal adoption; Agent Jason Green (sr), C.I.A. (my biological son); Agent Allen Norris, F.B.I.

I will do whatever it takes to expose the truth, and prove what I am saying is true. Now you are saying that the records that I am asking for have been destroyed... well that is curious, given those records are part of an active case, spanning 21 years.

Your response states that the F.B.I's response was "correct and that it conducted an adequate, reasonable search for records responsive to your request." I think there may have been a mistake in this response. Replace the word "correct" with "corrupt" and it is closer to the truth.

your agency, and your agents used me to fund your operation for 21 years, and then when it exploded in our faces, you all just walked away and left my wife and I "holding the bag."

Your agents illegally crossed Honduran nationals, a man by the name of Pedro, his wife, young daughter, and an overweight elderly woman in to the U.S. across the Rio Grande River. I know because I was there; your agents broke three Chinese nationals out of a Mexican Prison in Nuevo Laredo, relatives of agent Ken White, C.I.A.. I know, because I was there; your agents dismembered bodies, and contracted with funeral homes to dispose of human remains that were killed in our case... I know because I was privy to this information; your agents used hypnosis on me, in order to better use me at night to help carry out certain "activities"... See my confession to the grand jury; Your agents hypnotized Julie Bacino, and for her punishment for telling her uncle everything about our case, had her dismembering bodies and putting the remains into buckets of acid;

I deserve the truth!! You have all left me to go to prison, and have further destroyed my life. I want the truth! And now it is the agency's position that if I am "dissatisfied"... the FOIA permits (me) to file a lawsuit in federal district Court in accordance with 5 U.S.C. §552(a)(4)(B)... which I should see come to fruition by the time I'm in my ninety's.

And they say you can't trust our government.

Sincerely,
Steve Audette

-2-