X FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 2 2 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

United States of America ) United States District Court
Plaintiff ) Ninth District
V. ) Phoenix, Az.
Steve Audette )
Defendant )

Case no: CR-14-0858-01-PHX-SPL

Defendant's: Rebuttal to Prosecution's Objections to Presentence Investigations Report.

Comes Now the defendant, Steve Audette, Pro Se, grandson of Charles "Lucky" Luciano, and does respond to the prosecution's objections to the Presentencing Report as follows;

1) The loss is greater than $2,500,000.00 This is inaccurate. At trial, there were four individuals described as "victims", and no other "victims" were mentioned or documented. The total amount of losses were ~~less than~~ $2,300,000.00

A] In the plea agreement, supplied to the defendants wife, Mary Joyce Audette by the prosecution, the total loss pursuant to U.S.S.G. § 2B1.1 is between $1,000,000 - $2.5 million. Restitution was set at $2,300,000 "to all victims directly or proximately harmed by the defendants "relevant conduct"... not greater than $2,500,000.00 There is the question of parity

B] In the plea agreement supplied to the defendant by the prosecution but which was not accepted, the restitution amount was $2,300,000 "to all victims directly or proximately harmed by the defendants "relevant Conduct"... " not greater than $2,500,000." There is the question of parity

C] In trial documents, the total amount of losses are $1,000,000 - $2.5 million dollars, not greater than $2,500,000.00 There is the question of parity.

The defendant testified that I had a piece of paper with the amounts I owed people. which is accurate. Defendants running total contained estimates of money that I wanted to give above and beyond what was

LODGED ___ FILED ___
COPY ___ RECEIVED ___
AUG 22 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

owed. Accordingly, under USSG § 2B1.1(b)(1)(H), Defendants' level should remain at 16, as prosecution has presented in all of its other documents submitted to the court. It is highly suspect that now, a two point increase is requested.

2) <u>The offense involved more than ten victims, so two levels should be added (USSG § 2B1.1 (b)(2)(A)).</u> All through the trial, the only "victims" to come forward were Louise Moore, Leah Marshal, Shawn Warrick, and Julie Bacino. There were no other individuals present, or mentioned at trial, or in any other documentation. Any other personal information or monies borrowed from family and friends has never been brought up in these proceedings, and the defendants intents to pay individuals back is independent of these proceedings.

Therefore, there should not be a two point increase under USSG § 2B1.1(b)(2)(A). Again, I question the prosecutions integrity.

3) <u>Defendant Told victims He was operating under the orders of Government Officials.</u> Whether the prosecution, or judge Logan, or attorney Bonelli believes me or not, I believe 110% that the money I <u>borrowed</u> went to federal agent Ken White, C.I.A (my biological father), for a 21 year case. Point... you weren't there.

The prosecution has stated that there was no such clandestine operation, and I maintain, that there was, and I can prove parts of it. Nobody has heard my entire account of what I know to be true under penalty of perjury. Prosecutions expert witness admitted under oath, he could not account for all clandestine cases.

In a F.O.I.A response that I received several times (see F.B.I documents), it is stated; Subsection of Title 5, US Code 552 (b)(7) "records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information (E) would disclose techniques and procedures for

law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law."

Also;

(J)(2) "material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals."

..."This response neither confirms nor denies the existence of your subject's name on any watch lists... This response is limited to those records that are subject to the requirements of the FOIA."

The F.B.I is concealing our case for a reason. They were responsible for engaging in a number of illegal activities (see my manuscript, Altered States), see my confession.

Both my wife and I, were under orders from federal agents, agent Allen Norris, F.B.I. to begin with, and then from agent Ken White, C.I.A. For the 1000th time... these agents are real, and my wife knew them years before I did. MY WIFE IS, OR WAS A FEDERAL AGENT, ACCORDING TO HER!! She is the one who told me about my history, who I am, and why the mob was after me. SHE TOLD ME!!

See Potential Evidence in my manuscript. I did not misrepresent anything... I told the truth and there should not be a 2 point increase.

4) Defendant Often Relocated His Sophisticated Scheme to Different States

1st While it is true that defendant and his family moved over one hundred times, it was not to evade law enforcement. We had law enforcement with us the entire time. Ken White (AKA Kim Wang) CIA is my biological father. My wife called him in New York to take our case over when agent Norris disappeared from Hollywood, Alabama!! It was real, he is real, as is my identical twin brother

Matthew Clark, F.B.I., as is his brother, Steve Clark, F.B.I., as are the other agents that were involved in our case. I did not lie, I have not lied, and I really, strongly desire, that somebody would investigate like I've asked everyone to do. I HAVE NOT LIED!!!

We were not arrested in Laredo, TX, because at that time, they stated we had done nothing wrong. Our lives were further ruined, because of what the agents did. They took our last $500.00, and left us with a starting business, that now, nobody would come to. We had no choice, but to sell as much of our things as we could, and then to move in with relatives... but not because of law enforcement, but because of the mob. THEY WERE actively hunting for us, and with all of the attention drawn to us, we had to leave and move in with our daughter Hope.

When we left Hope's for defendant's wifes brother Ricky. We did so because the mob would find us, not because of the federal agents, because as far as we knew, we were free to go and had done nothing wrong. We didn't know about "extortion" and "wire fraud" until the day they arrested us. We had no idea. We thought it was a big mistake and it was already over as pursuant to USSG § 2B1.1 (6)(10)... level should not be increased by two levels.

Second, defendant's offense did not involve a myriad of misrepresentations. It consisted of two (2). "My car broke down, can you loan me some money so I can get back home," and "you aren't going to believe me when I tell you, but my world blew up in my face, because I found out that I am the grandson of "Lucky" Luciano, and they are trying to kill me because I said "No"... I am not lying, and please, don't call my family or my ex-wife Chris, because

AS PER MR WHITES ORDERS

their phones are tapped, and it will cause us problems if you call them. Please help us if you can, and if you can't, or dont want to, I'll understand. I'll pay you back, either when I get back to Duluth, or just as soon as I can."

It was not a lie, or a scheme, or a scam. I borrowed money in the beginning to rent motel rooms (motel 6), or for food or gas so we could keep running FROM THE ITALIAN MAFIA!! There was nothing sophisticated about it, and it doesn't matter who does, or does not believe it... I know it to be true now, and I know it was true then just as my wife knows it was. Her job now, just like the other agents is for damaged control... make me out to be a crazy scheming crook, and bury the case and what went on.

I was told by my wife, who to have money wired to, but in the beginning, the money was sent directly to me, but then we had to move right away, because the mob knew where I was.

I did not ever touch the money, spend the money, or have anything to do with the money. When Mr. White took our case over at my wife's request, he would tell her how much money he wanted, and/or needed, and my wife would then tell me. She would pick the money up under assumed names, to try to remain hidden, or on occasion, we would have to use the help of a family member or friend to have money wired to us, but 99.9% of the time, the lions share of the money went to the federal agents.

The only exception was Kent Parill, one of my brothers seperated at birth (a D.N.A test will prove that I'm telling the truth). I did not know about the amount of money sent to him BUT my wife told me that he had lost his home, had nowhere to live, and needed help.

In a letter sent to attorney Borelli from the prosecution, it is stated that sophisticated means were not used, and the same belief is reiterated in the defendant's wife's plea agreement. "... scheme to defraud did not involve sophisticated means as described in § 2B1.1(b)(10)(C)" There is also the question of parity.

Also, in the plea agreement presented to the defendant but not accepted, 3.6.(2) page 3 states "... the parties further agree that the scheme to defraud did not involve sophisticated means as described in § 2B1.1(b)(10)(C) Comment (n. 9 (A))." Two additional levels are not appropriate or indicated as verified by the prosecutions own legal contracts presented to the court.

5) <u>Defendant Targeted a Vulnerable Victim</u> This heading, in and of itself is not true or accurate. To begin with, the defendant didn't "target" anybody, especially not Louise Moore. This scenario has been fabricated by law enforcement, and perpetuated by the prosecution.

The defendant did not know Louise Moore, and did not even know that Shawn Warwick got his patient involved in our "mess". There was no mens rea (criminal intent) on the part of the defendant nor was there ever.

When agent White found out that Shawn had dragged another person into our nightmare, he was angry, and I told Shawn that he should not have done this without permission from Mr. White. For quite a while, I was not aware that Louise Moore was even helping Shawn.

For quite a while, I was not aware of Louise Moore's condition, because I was told that Shawn had done a miracle curing

her of her ailment, where the medical profession (including her own father) had failed her. I was also told, by Louise Moore, that inspite of her physical condition, she considered herself, as did others, to be very intelligent, very good at business, and a savy business woman who ran her own businesses. Age was never a factor, because Louise Moore didn't make it one. Inspite of her age, Louise Moore was sharp, intelligent, and very much in touch with the business environment.

When Mr. White ordered me to call Louise Moore directly from Princeton, Minnesota, it was for a very serious reason. Although Shawn had helped us tremendously, he had one very dangerous fault. He would send the money we needed to survive, but it may take him a week or more before he got it done, and agents' lives and others were hanging in the balance. Agents were getting shot and almost killed because of this delay.

Shawn called Louise, and she gave me permission to call her directly. Shawn gave me her number with Louise Moore's approval. The defendant told Louise Moore the entire truth... that my family and I were running from the mob, and the seriousness of our situation, as well as who my biological grandfather was... I also told her that I would greatly appreciate her help, but if she chose not to help us, that I would understand.

Again, under oath, and under penalty of perjury, I stand by the truth as I know it to be, and I told Louise Moore that same truth. Louise Moore, again was not forced, intimidated, or coerced into helping us, and I promised her, that I would pay her back. and I stand by that promise. I WILL PAY HER BACK, IF IT'S THE LAST THING I DO. From here on out, it will be my life's mission.

It was my belief, that Louise and I had a verbal agreement that was dictated unfortunatly by our own federal government and the agent representing the federal agency and our government, Agent Ken White. Why would I think I was doing anything wrong by following the orders of federal agents... and YES, they were, are bona fide federal agents, and our case really did, or does exist.

Louise Moore's illness was not an issue for years. My wife would get orders from Mr White, and she in turn would instruct me on what they wanted me to do. Louise stated to me many times, that Shawn had done miracles with her health (her words, not the defendants). She did not identify herself as a vulnerable victim, but as a person who wanted to help us. I, in turn, promised to pay her back, and that promise still stands, regardless of court ordered restitution.

Louise Moore would only state her discontent, towards the end of our verbal contract, when Mr. White, for whatever reason started asking for more money, more frequently. Whether judge Logan, or attorney Bonelli, or the prosecution believes me or not, I know, and I am 110% certain, and will testify under oath, under penalty of perjury, that there were many times that Louise Moore's help was a matter of life and death.

Examples of these incidences include, but are not limited to; Mr. White being shot in the chest with a shotgun... this same incident took our one month old daughter from us; my brother Jim being found on the street with his wife and two daughters, and his oldest daughter dying of some type of infection that same day, in the arms of my brother Matthew; my brother Matthew being abducted

by the mob, and being tortured because they thought it was me, and when they found out he was a federal agent, they started amputating his fingers and toes; Agent Brown, C.I.A. and a friend of Mr. White's being abducted, and his legs amputated at the knees by hitmen in the mob; my brother Jim being shot and almost killed; Jim's wife being abducted, and sold in to the sex slave industry in Asia, and contracting the Aids virus... she died a few years later due to lack of treatment.

These are not just "stories", they are the reality of what we were living for 21 years. Louise Moore and her family, because of talking were targeted by the mob three times that I was made aware of, and I had no reason to doubt these as reality. After all I had seen and been exposed to, I knew, 110% that these incidences were true.

Louise was not ever a target to frivolously take money from her, nor were Leah, Shawn or Julie. For whatever reason, the burden of keeping everything operating in Compliance with Mr. White's orders fell on me and my wife, and then in turn, on Louise Moore. I fought, and argued, and talked back, and refused, and told Mr. White over the "bugs and cameras" in our home that Louise could not keep funding our "operation," and his reply, through my wife was, "she has it, we know she has it, you need to convince her to get this done, and it will be over soon." But it never was.

I explained our situation to Louise Moore, that I was trying to end this, but Mr. White warned me, that if I kept retaliating, he would "pull the plug" and we would all be dead within a week. Mr. White also told us, that the defendant has a large inheritence coming from his grandfather, and that when all was said and done,

I would be able to pay everyone back. This information came from my wife to me and originally from M. White.

Louise Moore, identified herself as an intelligent, savvy, successful businesswoman, and at trial, she even stated the same sentiment. As far as the defendant knew, Louise Moore's health concerns did not interfere in the verbal agreement she had with the defendant, and most of the conversations between Louise and defendant centered around what she and defendant would do with the money we were suppose to get when our case was over.

Louise Moore knew, and understood, that the defendant could not pay her back until the case was over, and defendant could get to his inheritence, as told by agent Ken White. Law enforcement on both sides of our "mess" ended this for us.

The defendant explained the truth to Louise Moore, Leah Marshall, Shawn Warwick, and Julie Bacino, not to scare them, but to try to get through to them how serious our situation was for all of us, and to please stop talking!! Julie called her uncle in Chicago with known ties to the mob, and told him everything. Shawn, Julie and Leah told Johnny Bonnano everything, because they were all alot closer than what they let on. Johnny Bonnano, on the request of a couple of our "friends" went so far as to put a tracking device on our car, and to send some of his men to find out about us. Shawn and Julie told all of their friends about us (Megan, Todd et al.). M. White ordered me to shut them up. Then Louise called her son and told him everything.

Again, 99.9% of the time, Louise and I simply had a verbal arrangement, an agreement, without problems. We were both waiting to be set free from this nightmare, and when all was said and done

federal agents screwed us over on both sides.

I take responsibility for my actions, and realize that I definitely made the wrong decision. If I had to do it all over again, I would have joined the mob. They would have definitely treated me better than my own government. It is truly a very sad realization.

What we were all going through was not a joke or a scam or a scheme to take Louise Moores, or anybody elses money. We were constantly being hunted and attacked by the Italian mafia, and those they hired, and they did go after Louise Moore and her family! The statement that the defendant threatened Louise Moore, her family and children, and grandchildren is a lie, and is being taken out of context.

I explained to Louise, albeit when I was very scared and upset, that the hitmen, and the people they hire have no qualms about injuring, or killing entire families, including children, and they would go so far as to send body parts to us to get what they want. I apologized to Louise for the comment, but told her that they all had to stop talking! It was not a threat, any more than telling somebody that if they play with fire, they could get seriously burnt.

Louise Moore, because of phone calls and talking, found herself in a situation where the money Agent White urgently needed was not only needed for the agents on our case, but even more so to get themselves out of a very serious situation.

Agent White would scream at my wife, to get it through "my little pea brain", that I had to shut them up, because they were going to get us all killed. My job became, not only to

call and borrow money without question, but to also shut everybody up. Nobody would listen, and when I would pass on to Mr. White that everybody stated they weren't talking, Mr. White would yell at my wife, telling her to tell me that they were still talking.

I had no reason to believe otherwise. I did not ever threaten Louise, Leah, Shawn or Julie. I told them the truth, that they had to stop talking and do what Mr. White ordered us all to do, because we all had no choice. We were all ordered to stop talking, including me. My wife, because of her training, knew better than to talk.

Finally, in frustration, I told Louise, that if she kept talking, "why don't we just remove the middleman (her), and I could send the mob right to her door." It was not meant as a threat, it was meant as a rhetorical statement, and I even apologized to Louise, and reassured her, that I would never do anything like that, but that I was worried about her and her family, as well as Shawn and Julie, but they all had to stop talking... their safety depended on it.

Louise Moore, Leah Marshall, Shawn Warwick, and Julie Bacino were never threatened by the defendant, not ever. The Italian mafia, did go after Louise Moore 3 times, and Shawn Warwick 5 times according to what I was told, and again, given everything that I saw, and this defendant was exposed to, defendant had no reason to doubt that it happened.

Another point, is that there were four months, that defendant begged for money because the mob was after defendant and his family, when in fact, the mafia was after Louise and her family. I was under orders, to not tell Louise the truth, for fear it

would scare her into panicing. After four months, I was given permission to tell Louise the truth. The agents who had been doing battle, and Mr. White screaming at my wife to get me "on it", had all they could do to keep everybody safe with no supplies and not enough help.

Again, on page five, it is stated that I borrowed in excess of $2.5 million, and this is not accurate, nor consistent with all of the prosecutions other "legal," and "submitted" documents. The amount that is reiterated over and over again in the prosecutions own documents is 2.3 million dollars, the amount of restitution. Question Parity.

There was also, no running fraud on the part of the defendant. Louise Moore, as far as the defendant was aware, was being cared for by the "miracle worker", Dr. Shawn Warwick, and his energy balancing methods. Louise Moore also stated, as she did in her testimony at trial, that inspite of her age, she is an intelligent, capable, savy and successful businesswoman, who agreed to help the defendant and his family. It is not fraud if I told Louise Moore the truth, which I have, and I did. I can't help the fact, that our government is full of liars and dishonest individuals, as is my own family, including my wife, my "mother" and my children... but I can prove they are lying.

Our case, what we went through was real. The defendant never had any of the money, nor ever touched the money in any form. For the most part, neither did the defendants wife. The money was given to Mr. White, just as the defendant said it was. Other family members had access to the money, by and large to allow us to have the money wired to us via names other than ours, because the mob was looking for us.

Again, Louise Moore did not come across as a frail, weak willed non-sophisticated woman. She came across as a very intelligent businesswoman who believed in me, and trusted me, and I did not let her down. I told everybody the truth. My wife, Hope, Nicholas, even my "mother" are lying for one reason or another, and I can prove it. I can prove many elements of our case which will at least raise reasonable doubt, but I have been shut down before I had a chance to prove what I know.

The reason I turned down the plea agreement is because it stated, do you agree, that you set up a scheme to take Louise Moore's money... and the answer is then, and is still NO!! I did not set up a scheme, a scam, or anything else to steal money from anyone. I told the truth, and we were under orders.

Louise Moore, the defendant, and our families were held hostage by our own government, agent Ken White in particular. He is a real person, he is an actual federal agent... the defendant's wife knows him, and has known him since the early 1980's. She told me she did.

The defendant fought back the only way the defendant could, by refusing to call Louise, stating that defendant would no longer cooperate, and we were told, that if defendant didn't cooperate, agent White would "pull the plug", and we would all be dead in a week... all of us.

I tried to keep from calling Louise for money hundreds of times and my wife would come home with poke marks all over, where she was bruised by "my dad", agent White, and each time my wife would plead with me "Just shut your mouth and please just do what that asshole wants you to do. Please don't talk back, but if

that "chink" hits me again, I swear I'm going to shoot him."

The last time I talked back to Mr. White, he broke my wife's right arm, and beat her in the face with a glass bottle.

I had never seen nor met Louise Moore until the day of my trial but she has to know one thing... I didn't lie. Our case was real, and the money went to the federal agents, just like I said it did. Louise Moore trusted me, and she believed in me, and I couldn't have her think that I stole her money... I didn't. I did not let her down, I didn't lie, and if I had true investigation, access to D.N.A testing like the prosecution does, hypnosis, and an attorney that would have really wanted to win my case for me, I could prove that I am not lying.

Again, I did not ever threaten Louise Moore her family, or Shawn Warwick and his family. In fact, the opposite is true. I tried, without success to get them all to stop talking, as per my orders from Mr. White via my wife. I tried, without success, to impress upon them just how serious and dangerous everything was becoming, because too many people knew what was going on in our lives, but nobody took it seriously enough to stop talking. Any "threats" are being taken out of context custody of the federal agents. The comments made were intended, but not directed at Louise Moore or her family, any more than telling someone that playing with fire could end up in severe burns.

Every time Louise and I would have an argument or misunderstanding we always apologized to each other, and I explained to her, that I was just afraid and overly stressed over our entire "mess", and I really didn't know how much more I could take either. We were all at the mercy of Mr. White, and he as much as told us

that we belonged to the federal government, and we belonged to him. None of us had a choice. Whether you believe me or not, I believe and am 110% certain, that our case really existed, that the Italian mafia was after us, and that all of our lives were in danger at one point or another.

Louise Moore kept us all alive, and saved a number of people, agents and family members alike. I did not and have not lied. I have tried to get the truth out, and have asked for a polygraph, hypnosis, D.N.A. testing, subpoena of records from St. Louis County records and from St. Paul Ramsey Hospital. I have tried to get interrogated by the F.B.I and the D.E.A. but neither will respond. I have contacted the attorney generals office, and asked for a full investigation. I have contacted every investigative reporter I can think of, to investigate our "case" with no responses. I have written to Senators John McCain, Flake, Al Franken, and Ami Klobushar. I have contacted the Phoenix New Times, the Duluth News Tribune, East Valley Tribune, Arizona Republic News, New York Times, U.S.A. Today, WDIO T.V. in Duluth, KSAZ Fox 10 News, 60 minutes, Laura Bush, Bill Clinton, Geraldo Rivera, Jorge Vargas at Univision, The Today Show, Dr. Phil, and I have sent four requests in to book publishers to publish my book. I also contacted Jessie Ventura, Oprah Winfrey, and even Hollywood producers to look in to my story. I have written a number of letters to D.E.A. agent Christi Van Worden, ATF to interrogate me, she sent my letters back.

If I was a conman, and a crook, why would I be trying so hard to have my story scrutinized, not only by the media, but by law enforcement. Nobody has sat down and heard my entire story because everybody, including my own defense attorney and the judge have

written me off as a liar and a conman. Nothing could be further from the truth. I said NO to the Italian mafia, who tried to force me in to working for my "family". I followed the orders of federal agents, who jumped ship, and left me looking like a crook, and going to prison for following their orders. Justice in America?

Defendant, Steve Audette, Pro Se, respectfully submits this document, this 18th day of August, 2016

L.S. Steve Audette, Pro Se

Steve Audette
#47584074
C.A.D.C.
Infirmary
P.O. box 6300
[redacted]
[redacted]

RECEIVED

AUG 22 2016

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

This Correspondence
From a Correctional Institution
Non-Mailed
It's contents are
Uncensored

AUG 19 PM

U.S. District Court
Ninth District
401 N. Washington St
Phoenix, AZ
85003-2118

Attn: Clerk of Court

Legal Mail