10-24-16

Judge Logan,

I am requesting help in locating, and being given permission to correspond with my wife. It has been almost 2 years since I was able to send a letter to my wife, and I consider this cruel and unusual punishment. Could you please assist me in locating and being able to write to my wife.

Thank you,
Steve Audette #47584074

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 04 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PHOENIX AZ 852
02 NOV 2016 PM 9

Notice
This Correspondence
is mailed
From a Correctional Institution
It's contents are
Uncensored

Honorable Judge Logan
U.S. Federal Courthouse
Ninth District
401 N. Washington St.
Phoenix, AZ.
85003-2118

LEGAL MAIL

Steve Audette
#47584074
C.A.D.C.
Infirmary
P.O. Box 6300
Florence, AZ

Legal Mail