CR-14-858-PHX-SPL

FILED ___ RECEIVED ___ COPY
FEB 15 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

2-6-17

Judge Logan,

I did not lie!! We really were running from the Italian mafia, and they really did go after Louise, Leah and Curtis, and they did go after Shawn and Julie.

When I contacted the F.B.I., I kept pushing for them to release the files pertainent to our case. They started out, stating there were no files at all. Then there were files, but they could neither confirm nor deny the existence. Then there were files which were all blanked out, but weren't connected with our 21 year case, and finally, after continuously pushing it, they found my files, but destroyed them? "The F.B.I could not determine whether they would have been responsive to your request."... but they just now decided to destroy them.

The F.B.I. has files and data from the 1920's on, in their archives, but they chose to destroy my files?

With all due respect your honor, you are, and were wrong about me. I <u>have</u> told the truth.

I did not intend to scare anybody into sending money. But I did try to make them realize who and what we were up against. They tried to kidnap our own children, and put a contract out on our son because they could not get to me. Louise and Shawn, Julie and Leah were going to get themselves killed, and they wouldn't believe me, just like you don't believe me. They would go after their children.

You were, and are wrong.

With all due respect,
Steve Audette #97584074



**U.S. Department of Justice**
Office of Information Policy
Suite 11050
1425 New York Avenue, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Mr. Steve Audette
Register No. 47584-074
Central Arizona Detention Center
1155 North Pinal Parkway
Florence, AZ 85132

Re:  Appeal No. DOJ-AP-2016-003604
Request No. 1350729
MWH:JMB

**VIA: U.S. Mail**

Dear Mr. Audette:

You appealed from the action of the Federal Bureau of Investigation on your Freedom of Information Act request for access to records concerning an August 28, 1993 incident involving yourself, and a subsequent FBI investigation.

After carefully considering your appeal, I am affirming, on partly modified grounds, the FBI's action on your request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. To the extent that your request seeks access to records that would either confirm or deny an individual's placement on any government watch list, the FBI properly refused to confirm or deny the existence of any records responsive to your request because the existence of such records is protected from disclosure pursuant to 5 U.S.C. § 552a(j)(2) & 5 U.S.C. § 552(b)(7)(E). FOIA Exemption 7(E) concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions. This response should not be taken as an indication that records do or do not exist. Rather, this is the standard response made by the FBI.

Please be advised that certain records that might have been responsive to your request were destroyed, pursuant to the agency's record retention and disposition schedules approved by the National Archives and Records Administration. Because these records were destroyed, the FBI could not determine whether they would have been responsive to your request.

As to any other records, the FBI informed you that it could locate no main file records subject to the FOIA in its files. Please be advised that the FBI conducted a search for responsive records in its automated indices and in the manual indices of its Headquarters Office and Minneapolis Field Office. Accordingly, I have determined that the FBI's response was correct and that it conducted an adequate, reasonable search for records responsive to your request.

*[Handwritten annotations:]*

?!!?

→ Not True. I obtained 200+ pages, that were all whited out, and last page stated "investigation terminated. Mr. Audette has done nothing wrong."

→ F.B.I. **is** Concealing our case!! They are covering up what they did over the course of our 21 years on the run.

- 2 -

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

7/21/2016

X *[signature]*

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: MATTHEW HURD

Nick Oulette
#475894074
C.A.D.C.
P.O. Box 6300
Florence, AZ
85132

Legal Mail

The Honorable Judge
Sandra Day O'Connor Fed. Courthouse
401 Washington St.
Phoenix, AZ
85108

Notice
This Correspondence
is mailed
From a Correctional Institution
It's contents are
Uncensored