F.B.I Field Office
21711 West 7th St
Phoenix, AZ 85024

CR-14-858-PHX-SPL

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 27 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

2-13-17

To whom it may concern,

I want to report a crime. In December of 1999, my, and my wife's (Mary Joyce Audette, neé Roach) son, Nicholas, was placed, that is switched in the infant I.C.U. with our daughter's dying son, at St. Paul Ramsey Hospital.

My wife is the one who informed me of this, and she got the information from federal agents; Ken White, C.I.A.; Matthew Clark, F.B.I; Steve Clark, F.B.I, et. al.

Proof of this is attainable, and I demand to be interrogated by an agent in a position of authority, to initiate an internal investigation, in the presence of an attorney that will represent me.

I look forward to your response.

Mary Joyce Audette knows our entire story, but is concealing it.

Sincerely,

Steve Audette #47584074

#47583074

Certificate of Service copies have been forwarded on 2-13-17 to:
Judge Steve Logan
U.S. Attorney General
F.B.I Field Office, Phoenix, AZ
F.B.I Field office, Duluth, Mn.
Associated Press, N.Y.

Honorable
Senator Elizabeth Warren
Hart Senate Office Bldg
Wash, D.C. 20510-2202

2-5-17

Your Honor,

I apologize for this hodge podge of information, but I am involved in a dilemma of monumental proportions, and I just don't know where to turn.

For 21 years, me, my wife, and our children were on the run from the Italian mafia. I opted out of the witness protection program, because the agent in charge of our case, Allen Norris, F.B.I. stationed in Laredo, TX told my wife and I that he could resolve our "mess" within two years... he was wrong.

Allen Norris disappeared when we were in hiding in a cabin in Hollywood, Alabama. My wife called in another agent she knew, Agent Ken White, C.I.A., and he was in charge of our case for 18 years, up until the time that our case exploded in our faces.

The F.B.I. used me to finance a 21 year war against the mafia associated with mob boss, Lucky Luciano. The reason they came after me, is because I am his grandson, and I refused to work for them. The agents involved in my case; agent Ken White, C.I.A.; agent Matthew Clark, F.B.I (my identical twin brother, separated at birth); agent Steve Clark, F.B.I, Matthew's "brother" by illegal adoption,; agent Jason Greene, F.B.I(?) et. al. and the agencies they represent have all turned their backs on me, and left me "holding the bag".

I followed the orders of federal agents, and for that, I have been convicted of extortion and wire fraud, and have been sentenced to 20 years in prison. My wife endorsed lies, supplied to her by the prosecution, for exchange of a greatly reduced sentence.

To make matters even worse, because of my "story", I was

-1-

sent to F.M.C. Butner in North Carolina for a psych. evaluation (which I passed), but while there, and due to intentional indifference, I was allowed to fall and hit the floor, and I broke my neck, and was diagnosed with spinal cord compression.

I was "allowed" to fall and hit the floor a total of five times before they would bring in a neurologist to examine me, and this would take one full month. My injury was not surgically addressed for five (5) full months, in which time I ended up with permanent nerve damage, and evidence of upper motor nerve damage.

My wife turned on me, even though she knows the truth, and our entire story. I have not heard from her, in over a year.

Please, if you can, help me. I have done all I can within the confines of prison to get my story out and investigated, but I have no help, and my court appointed attorneys, the judge, and the prosecution have all worked against me, going so far as to conceal the truth.

Please respond to my plea for help, and/or pass this information on to somebody who may be able to help me.

Thank you, Sincerly,
Steve Audette, # 47587074

F.B.I Field Office
21711 West 7th St.
Phoenix, AZ 85024                              2-13-17

To whom it may concern,

I want to report a crime. In early, 1961, my "step" grandfather, Ralph Fanaselle, illegaly sold, and or adopted out, ~~his~~ his underaged daughter Adelle's infant sons. He accomplished this with the help of a corrupt medical doctor by the name of William D. Rudie, of Duluth, MN. Dr. Rudie falsifie'd birth certificates and other records.

Proof of this is attainable by the use of D.N.A. on my brothers, seperated at birth; Steve Andette, Duluth, MN; Matthew Clark, F.B.I (and my identical twin brother), Duluth, MN; Kent Panil, Columbus, Ohio; Dan Fuller, optometrist, Memphis, TN; Paul Ross, Corpus Christi, TX; Shawn Warwick, D.C., Phoenix, AZ (possibly).

I demand to be interogated by an agent in a position of authority that can initiate an investigation.

I look forward to your response.

Mary Joyce Andette knows our entire story, but is concealing it.

Sincerly                                       #47583074
Steve Andette #47584074

                Certificat of Service   Copies have been forwarded on 2-13-17
                                                                       To:

Judge Steve Logan, Phoenix, AZ
U.S. Attorney General, Wash. D.C.
F.B.I Field office, Phoenix, AZ
F.B.I Field office, Duluth, MN
Associated Press, N.Y., N.Y.

To: Associated Press

2-5-17

To whom it may concern,

This is a rebuttal to the news release "Man, Steven Audette, sentenced for scamming three Scottsdale residents out of 3.5 million". This is a blatant lie, based on circumstantial evidence, and the amount contradicts the prosecutions own documents, and is a scam, in and of its own right, to increase my prison term.

There is much more going on here, but judge Logan, my defense attorney, Brian Bonelli, and the prosecution concealed, and prevented me from presenting my defense the way that I saw fit, and in fact, taylored my defense to their own liking.

I am the grandson of Charles "Lucky" Luciano, the mob boss from New York, and on August 28th, 1993, the Italian mafia did give me an ultimatum... work for them, or if I declined, they would kill me, my wife, and my children. I said "no".

For the next 21 years, we were on the run with federal agents protecting us. The first agent in charge was Allen Norris, F.B.I., and after 2-3 years, he disappeared when we were in hiding in Hollywood, Alabama. My wife contacted another agent she knew by the name of Ken White (AKA, Kim Wong) C.I.A., and he took our case over.

The federal government, the F.B.I in particular, used me to fund their 21 year war against the Italian mob, and then when our operation got busted in to by other federal agents, they simply walked away, and left me holding the bag, including the one person I thought I could trust... my wife.

- 1 -

Our government is distancing itself from our case, because of what the agents did (illegally). The F.B.I in particular are concealing the truth, but there are aspects of our case that they can't conceal, which will prove that I am telling the truth.

To convict me, without my right to investigation into my testimony is contrary to due process, and has violated my constitutional rights. I challenged the court to prove that I am lying. Do just <u>one</u> D.N.A. test, and allow hypnosis as ruled admissable by the supreme court, and the truth would begin to be exposed.

— My "story" began long before I was born, and I can prove parts that our government, the F.B.I can't conceal.

— Me, and my five brothers were illegally "adopted" out by Ralph Tanasette (my biological mother's "step" father) with the help of a corrupt M.D. by the name of William S Rudie. My brothers are; Matthew Clark, F.B.I, Duluth, MN. (my identical twin brother); Don Fuller, optometrist, Memphis, TN; Paul Ross, construction manager, Corpus Christi, TX; Kent Parrill, entrepreneur, Columbus, Ohio; and possibly Shawn Warwick, chiropractor, Phoenix, AZ. D.N.A. tests on them and me should shed light on what my wife told me, and she got from agent Ken White... my biological father.

— Agent white, (AKA Kim Wang) is of Chinese <u>and</u> Japanese heritage, and if I was told the truth, a D.N.A. lineage test should show that I have the same ancestry, which contradicts my official birth certificate, which is a fake.

— D.N.A. tests will show, that Adelle Davey, (nee' Tanasette) is my biological mother, as can be proven by comparing my mitochondrial

-2-

D.N.A with that of my half brothers, Mike and Marc Davey of Duluth, MN.

- D.N.A. tests will show, that our daughter Hope's son, Nicholas, is not her son, but her brother. Agents switched our healthy son, with our daughter Hope's dying son in the St. Paul Ramsey Hospital in St. Paul, MN., in December of 1999. Hospital records will bear this out.
- D.N.A. tests will prove that Marianne "Dolly" Gleason (nee' Audette, nee' Zanaselle) is not my biological mother, as she continuously states... she is lying for a reason.
- My wife, Mary Joyce Audette, admitted to Julie Warrick in interrogation files, that she has an identical twin sister by the name of Gennifer ~~another~~. She and her sister worked for our government, dating men in organized crime, and collecting information on them.
- Agent Ken White, my father, ordered us to borrow the money we did for our operation, and if I voiced my objections, he took it out on my wife. The last time, he broke my wife's arm, and beat her in the face with a glass bottle.
- I sent a confession, which contained crimes I was involved in, while in a hypnotic state and/or psychologically programmed by the federal agents in charge of our case.
- My felony confession has been concealed, and prevented from submittance to the grand jury for two years. Deliberation on a felony confession is the mandate of the grand jury.
- The federal agents in our case, partook in a number of questionable activities which I am privy to.
- My wife knows the entire truth, and she was my boss, my handler in our 21 year case. All of the information I got, came from agent white, then to my wife, and finally to me. I made

-3-

none of this up.

    The truth is being concealed, and glossed over by the Court, judge Logan, the defense attorney, and the prosecution. The circumstantial evidence which they convicted me on, does not even come close to telling the whole story. I am not a conman, or a thief, and I never threatened anybody. I did tell the character of the "people" who were after us all.

    If you want <u>the truth</u>, which I can back up with D.N.A. tests, come and interview me. Better yet, do a D.N.A test and prove me wrong.

    Sincerly,
Steve Ardette

1/13/2017

KNXV

WEATHER    TRAFFIC 9    ALL SECTIONS

Man, Steven Audette, sentenced for scamming three Scottsdale residents out of $3.5 million - ABC15 Arizona

57°

# Man, Steven Audette, sentenced for scamming three Scottsdale residents out of $3.5 million

**BY:** Associated Press
**POSTED:** 3:43 PM, Jan 13, 2017
**UPDATED:** 3:44 PM, Jan 13, 2017
**TAG:** central phoenix | phoenix metro

Share Article

PHOENIX - A Minnesota man guilty of extorting Arizonans out of $3.5 million was sentenced on Thursday to 20 years in federal prison.

A jury found 59-year-old Steven Audette guilty in March of one count of conspiracy and 90 counts of wire fraud. His wife, Mary Roach, pleaded guilty in the scam and was sentenced to nearly three years in prison.

Authorities say Audette tricked three Scottsdale, Arizona, residents into believing he was on the run from the mafia and needed money to pay federal authorities for their protection.

Audette stole nearly $3.5 million from his victims after threatening to kill their family if they didn't turn over the money.

Police say he pulled off the scheme from Arizona, Minnesota, Texas and Alabama.

Copyright 2017 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

http://www.abc15.com/news/region-phoenix-metro/central-phoenix/man-steven-audette-sentenced-for-scamming-three-scottsdale-residents-out-of-35-million    1/6

Steve Audette
#47584074
A.D.C.
Kingman
P.O. Box 6300
Kingman, AZ
85132

Legal Mail

Att: Clerk of Court
Judge Logan

U.S. Federal Court
Ninth District
401 N. Wash. St.
Phoenix, AZ
85003-2118

PHOENIX AZ 852
21 FEB 2017 PM 1 L

8500382130 C011