John W. McBee
3104 E. Camelback Road
PMB 851
Phoenix, AZ  85016
AZ State Bar No. 018497
Office – 602-903-7710
Fax – 602-532-7077
Email – mcbee@cox.net
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Steven Audette,<br>    Defendant. | No. CR 14-00858-SPL<br><br>Request for Supplemental Sentencing Recommendation |

The Defendant, by and through undersigned counsel, respectfully requests that this Court recommend to the Bureau of Prison that Mr. Audette be housed in Minnesota for the duration of his incarceration. Mr. Audette is from the state, and has many relatives residing within it. Therefore, he would prefer to be housed in Minnesota so that his family would have easier access for visitation purposes. Accordingly, Counsel would implore this Court to issue a supplemental sentencing recommendation to the Bureau of Prisons.

RESPECTFULLY SUBMITTED this Fourteenth Day of March, 2017,

By:     /s/ John W. McBee
        John W. McBee
        Attorney for the Defendant

CERTIFICATE OF SERVICE

On March 14, 2017, I, John W. McBee, attorney for the Defendant, Steven Audette, filed the Defendant's Request for a Supplemental Court Sentencing Recommendation. Based on my training and experience with electronic filing in the federal courts, it is my understanding that a copy of this request will be electronically served upon opposing counsels, Andrew Stone and Kevin Rapp, upon its submission to the Court.

Respectfully submitted this 14th day of March, 2017.

/s/ John W. McBee
John W. McBee
Attorney for Defendant