3-13-17

Your Honor,

1) I am respectfully requesting, that I be allowed to remain at the C.A.D.C. infirmary in Florence, AZ. I have my Appeal which is pending, and one, possibly two lawsuits which I am also filing in Phoenix. It makes no sense to me, logistically or monetarily to send me to another location, when I am just going to have to be sent back to Phoenix, and probably housed again in the infirmary at C.A.D.C.

If I do have to be moved, I am requesting that I be sent to a hospital unit in Minnesota, to be near my family. I have been told that there is a hospital unit in Rochester, Mn, and one in Sandstone, Mn.

2) Also, I need to find out, who my Appelate attorney is going to be, so that I can get started on my Appeal.

3) And, I have not been able to communicate with my wife in almost 2 years. This is cruel and unusual punishment. I have a right to correspond with my wife, and I would appreciate knowing where she is, and her address, so that I can contact her.

Thank you in advance,
Steve Audette #47584074

4) I am dropping all lawsuits filed, except for my lawsuit against F.M.C. Butner. The reason is monetary - I cannot afford 60% of monies every month in my account, taken for lawsuits.

& My "attorney", attorney McBee will not help me. He got his paycheck for my case, and now he's done with me.

Steve Audette
#175894074
A.D.C.
P.O. Box 6300
Florence, AZ. 85232-6300

**Notice**
**This Correspondence is mailed From a Correctional Institution It's contents are Uncensored**

85003≈2118 C011

PHOENIX AZ 852
15 MAR 2017 PM 10 L

Clerk of Court / Honorable Judge Logan
U.S. Ninth District Court House
401 W. Washington St.
Phoenix, AZ
    85003-2118