FILED

MAR 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STEVEN AUDETTE, <br><br> Defendant-Appellant. | No. 17-10017 <br><br> D.C. No. 2:14-cr-00858-SPL <br> District of Arizona, <br> Phoenix <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, John W. McBee, Esq., to be relieved as counsel of record and for appointment of new counsel (Docket Entry No. 8) is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the District of Arizona, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant shall designate the reporter's transcript by May 31, 2017. The transcript is due May 31, 2017. The opening brief and excerpts of record are due

July 10, 2017; the answering brief is due August 9, 2017; and the optional reply brief is due within 14 days after service of the answering brief.

On February 3, 2017, this court received appellant's pro se motion for appointment of counsel, which the court served electronically on appellant's appointed counsel. Because appellant is represented by counsel, only counsel may file motions, and this court therefore declines to entertain the submission. (Docket Entry No 5).

The Clerk shall serve this order on appellant individually at Reg. No. Reg. No. 47584-074, Central Arizona Detention Center, P.O. Box 6300, Florence, Arizona 85132.

The Clerk shall also serve this order on former counsel.