JON M. SANDS
Federal Public Defender
ELIZABETH J. KRUSCHEK, #025081
Assistant Federal Public Defender
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
(602) 382-2700   voice
(602) 382-2800   facsimile
Elizabeth_kruschek@fd.org
*Attorneys for Defendant Audette*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 2:14-cr-00858-SPL |
|---|---|
| Plaintiff, | **Motion to Unseal Docket Items for Purposes of Assembling the Appellate Record** |
| vs. | |
| Steven Audette, | |
| Defendant. | |

Mr. Audette has filed a notice of appeal from this Court's judgment and commitment order. (Dkt. #332) On April 7, 2017, the Court appointed Assistant Federal Public Defender Elizabeth J. Kruschek to represent Mr. Audette in his pending direct appeal. (Dkt. #336) Ms. Kruschek did not represent Mr. Audette in connection with the proceedings before this Court.

A review of the docket in this case suggests that certain docket entries remain under seal. In order to properly review this case for potential appeal issues, counsel must review these documents. Accordingly, counsel respectfully asks the Court to unseal these items for the purpose of providing them to Mr. Audette's appellate counsel. (The docket items requested are listed in the attached proposed order.) Undersigned counsel conferred with Dana Carpenter, counsel for the co-defendant, and Mr. Carpenter informed her that docket items 17, 24-1, 62, 65, 67-68, and 70-1 are sealed as to the co-defendant and should remain sealed.  Accordingly, undersigned counsel is not asking that those docket entries be unsealed and delivered to her. Undersigned counsel also contacted the government's counsel, who informed her that they did not have any concern with the request in this motion.

Counsel further respectfully requests that the Court deliver these documents electronically in order to facilitate assembly of the excerpts of record. *See generally* 9th Cir. R. 30-1. If counsel determines that any of the sealed items should be included in the excerpts of record, she will file them under seal with the court of appeals.

Respectfully submitted:               April 12, 2017.

JON M. SANDS
Federal Public Defender

 *s/Elizabeth J. Kruschek*
ELIZABETH J. KRUSCHEK
Assistant Federal Public Defender
*Attorney for Defendant Audette*

**CERTIFICATE OF SERVICE**

I certify that on April 12, 2017, I caused the foregoing document to be filed with the Clerk of Court for the United States District Court for the District of Arizona using the CM/ECF system. I further certify that all case participants are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Elizabeth J. Kruschek*
ELIZABETH J. KRUSCHEK
Assistant Federal Public Defender
*Attorney for Defendant Frater*