THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICE
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIVIL 5 4, 7.1(a)(1)
(Rule Number/Section)

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

MAY 2 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ HA _____ DEPUTY

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 17-10017 |
| ) | |
| Plaintiff-Appellee, ) | D.C. No. 2:14-cr-00858-SPL |
| ) | District of Arizona, Phoenix |
| v. ) | Hon. Steven Paul Logan, District Judge |
| ) | |
| STEVEN AUDETTE, ) | ERIC LIGHTER'S RENEWED PETITION TO |
| ) | APPEAR AS AMICUS CURIAE, |
| Defendant-Appellant. ) | re: CLAIMED JUDEO-CHRISTIAN FELONY |
| ) | CONFESSION(S) TO NINE MURDERS BY |
| ) | ALLEGED GRANDSON OF CHARLES |
| ) | "LUCKY" LUCIANO, APPELLANT HEREIN; |
| ) | REQUEST FOR INSTRUCTIONS; EXHIBIT "A"; |
| _____ ) | CERTIFICATE OF SERVICE |

**ERIC LIGHTER'S RENEWED PETITION TO APPEAR AS AMICUS CURIAE,
re: CLAIMED JUDEO-CHRISTIAN FELONY CONFESSION(S) TO NINE MURDERS
BY ALLEGED GRANDSON OF CHARLES "LUCKY" LUCIANO, APPELLANT
HEREIN; REQUEST FOR INSTRUCTIONS**

**EXHIBIT "A"**

**CERTIFICATE OF SERVICE**

This Petition supports Defendant-Appellant, and reversal of the Judgment.

Eric Lighter
c/o 1617 Kapiolani Blvd. #1502
Honolulu, Hawaii 97814
Pro Se
Telephone: (808) 640-6801

## INDEX

Table of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

Certificate of Compliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v

Statement of Related Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vi

A.     Background And Petitioner's Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

B.     Judeo-Christian Felony Confessions ("JCFC"), Request For Instructions . . . . . . . . . . . 2

C.     Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1.     EL Has Standing To Complain Or Give Notice . . . . . . . . . . . . . . . . . . . . . . . . . 5

2.     Two Types Of Biblical Forgiveness, Four Flavors Of Confession, 18 USC § 3332(a) . . . 8

3.     Only Slight Corroboration Needed For Confessions, Truth Is Knowable . . . . . . . . . . . 8

4.     Willful Blindness Condemned, Crime Victim, Nuremberg . . . . . . . . . . . . . . . . . . . 9

5.     Judicial Bias re GJ And Petit Jury . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

6.     History Of Confessions, Allocutions, False Confessions Should Go to GJ . . . . . . . . . 11

7.     Samango And Morales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

8.     Intellectual Property "Objects" (JCFC) Stolen By GJ Bailees . . . . . . . . . . . . . . . . . 12

9.     Grand Juries Are Supposed To Be Independent . . . . . . . . . . . . . . . . . . . . . . . . 13

D.     Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

## **TABLE OF AUTHORITIES**

## **CASES**

Bivens v. Six Unknown Named Agents, 403 U.S. 388, 29 LEd2d 619 (1971) . . . . . . . . . . . . . . 7

Blockburger v. U.S., 299, 304, 76 LEd2d 306 (1932) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Buono v. Norton, 212 F.Supp. 1202, 1210-1214 (CD Cal. 2002) . . . . . . . . . . . . . . . . . . . . . . . 6

Caperton v. Massey Coal Co., 173 LEd2d 1208 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Dailey v. Lappin, 555 F.Appx. 116 (CA3, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Deere v. Cullen, 718 F.3d 1124, 1163 (CA9 Cal. 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

De La Cruz v. Tormey, 582 F.2d 45, 50 (9th Cir. 1978) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Dickerson v. U.S., 530 U.S. 428, 147 LEd2d 305, 412 (2000) . . . . . . . . . . . . . . . . . . . . . . . . 6

Dixon v. Comm., 316 F.2d 1041 (CA9, 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Doody v. Ryan, 649 F.3d 986, 1008 (CA9, 2011) en banc . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Earhart v. Callen, 221 F.2d 160 (CA9, 1955) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Ferrara v. U.S., 456 .3d 278, 297 (CA 1, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Fisher v. Univ. of Tex., 186 LEd2d 474, 485 (2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Hall v. Sorrell, Case No. 5:14-cv-84 (D. Vt. 8-13-2015) U.S.Dist. LEXIS 106551 . . . . . . . . . 9

L. Hartman v. Commissioner, T.C. Memos 2008-124, 2009-124 . . . . . . . . . . . . . . . . . . . . . . 7

HHS v. Hobby Lobby, 189 L.ED2d 675 (2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Lemon v. Kurtman, 403 U.S. 602, 612-613, 29 LEd2d 745 (1971) . . . . . . . . . . . . . . . . . . . . 6

Lighter v. U.S. Grand Juries for NDCA, et al., CA9 CA9 No. 13-15876,
         2013 U.S.Dist. LEXIS 56632) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,6

Linda R.S. and Richard D., 410 U.S. 614, 616, 35 L.ED2D 536 (1973) . . . . . . . . . . . . . . . . . 6

In re Loprato, 511 F.2d 1150, 1153 (CA1, 1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Lujan v. Defenders of Wildlife, 504 U.S. 555, 560-561, 119 LEd2d 351 (1992) . . . . . . . . . . . 5

Morales v. U.S., CA11 No. 14-10391 (10-15-2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Pacemaker Diagnostic Clinic of America v. Instomedix, 725 F2d 537, 541 (CA9, 1984) . . . . . 10

Rice v. Cayetano, 582 U.S. 495, 517 LEd2d 1007 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Richmond v. J.A. Croson Co., 488 U.S. 469, 505, 102 LEd2d 854 (1989) . . . . . . . . . . . . . . . 10

In re Sony Gaming Network v. Customer Data Sec. Breach Litig.,
         903 F.Supp.2d 942, 944 (SD Cal. 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Stimac v. Wieking, 785 F.Supp.2d 1296, 1299 (CA9 NDCA 2011) . . . . . . . . . . . . . . . . . . . . 12

Texas v. Cobb, 532 U.S. 162, 149 LEd2d 321 (2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Theft of Judeo-Christian Felony Confessions, or Persecuted For Jesus In Silicon Valley
         (Hole In The Justice System), a Petition to U.S. Grand Juries . . . . . . . . . . . . . . . . . . . . 4

Town of Greece v. Galloway, 189 LEd2d 835, 849 (2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

Washington v.Trump, CA9 No. 17-35105, pp. 24-26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

U.S. v. Alcaraz-Garcia, 79 F.3d 769, 774 n.11 (CA9, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . 12

U.S. v. Antonio, 386 Fed. Appx. 678, 680 (CA9 Ariz. 2010) . . . . . . . . . . . . . . . . . . . . . . . . . . 9

U.S. v. Audette, CA9 No. 15-10177 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

U.S. v. Barry L. Bonds, CA9 No. 11-10669, en banc . . . . . . . . . . . . . . . . . . . . . 1,2,5,6,8-13

U.S. v.Dionisio, 410 U.S. 1 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

U.S. v. Drebin, 557 F.2d 1316, 1332 (CA9, 1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

U.S. v. F.S.J., 265 F.3d 764, 768-69 (CA9, 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

U.S. v. Gomes, 538 Fed. Appx. 799, 800 (CA9 Ariz. 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
U.S. v. Gomes-Perez, 695 F.3d 1104, 1109 (CA10, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
U.S. v. Heredia, 483 F.3d 913, 920 (CA9,2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
U.S. v. Liddle, 565 Fed. Appx. 607 (CA9, 2014) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
U.S. v. Lighter, cr. no. 05-215, USDC, NDCA-San Jose-EJD . . . . . . . . . . . . . . . . . . 1,6,8
U.S. v. Gomes-Perez, 695 F.3d 1104, 1109 (CA10, 2012) . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
U.S. v. Moore, 423 F.Supp. 858,860 (SD Wva, 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
U.S. v. Navarro-Vargas, 408 F.3d 1184, 1199 (CA9, 2005) en banc . . . . . . . . . . . . . . . . 13
U.S. v. Ofray-Campus, 534 F.3d 1, 33 (CA 1, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
U.S. v. Ramos-Atondo, 732 F.3d 1113, 119-20 (CA9, 2013) . . . . . . . . . . . . . . . . . . . . . . . 9
U.S. v. Rivera-Rodriguez, 761 F.3d 105, 111 (CA 1, 2014) . . . . . . . . . . . . . . . . . . . . . . . . 10
U.S. v. Rasheed, 663 F.2d 843, 852 (CA9 NDCA 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
U.S. v. Samango, 607 F.2d 877, 880-882 (CA9 HI 1997) . . . . . . . . . . . . . . . . . . . . . . 6,12
U.S. v. Sussman, 709 F.3d 155, 162 (CA3, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
U.S. v. Tilghman, 134 F.3d 414, 417 (DC Cir 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
U.S. v. Williams,  504 U.S. 36, 47, 55 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
U.S. v. Yi, 704 F.3d 800, 804-806 (CA9, 2013) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
U.S. Dept. Of Agriculture v. Moreno, 37 LEd2d 782, 785 (1972) . . . . . . . . . . . . . . . . . . 10
Vasquez v. Hillary, 474 U.S. 254, 261-64, 105 S.Ct. 617 (1986) . . . . . . . . . . . . . . . . . . . 6
Washington v. Recuenco, 548 U.S. 212, 218 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . .  14
Whitcomber v. Stevedoring Servs. of Am., 2 F.3d 312, 317 (CA9, 1993) . . . . . . . . . . . . . . . 13
Wolfson v. Concannon, 750 F.3d 1145, 1156 (CA9 Ariz. 2014) . . . . . . . . . . . . . . . . . . . . . 6
WWII Nuremberg Military Trials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

## CONSTITUTION

First Amendment U.S. Constitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2,3,5-7,10
Fifth Amendment U.S. Constitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2,3,10,14

## STATUTES

18 USC § 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 241 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 371 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 641 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1502 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1503 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,9
18 USC § 1510 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1512 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1513 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1519 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

18 USC § 1621 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1622 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1623 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 1702 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 17083 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
18 USC § 1708 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
18 USC § 2314 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
18 USC § 3332(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2,3,6,12,13
18 USC § 3501 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,6,8
18 USC § 3771 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
42 USC § 2000bb . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3,7
42 USC § 2000bb-2(1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**RULES**

Rule 6 FRCrP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Rule 17 FRCrP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Rule 17( c)(1) FRCrP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
Rule 41 FRCrP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

**LAW LIBRARY REFERENCES**

8A Am.Jur.2d, Bailment § 166, et seq., pp 685-686 and following (2009) . . . . . . . . . . . . . . . . 10
AmJur2d, Adverse Possession § 167, Bailor and Bailee . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Federal Practice an Procedure §§ 101, 271, 273 (1969), Wright . . . . . . . . . . . . . . . . . . . . . . . 13

**BIBLE REFERENCES**

Genesis 5:32, 10:21, 14:13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Leviticus 5:5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Job: 1:9-11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Job 12:7-10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Psalm 9, 18, 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Psalm 66:18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Jeremiah 1:17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Ezekiel 3:18, 22:30, 33:1-9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Habakkuk 2:14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
Matthew 5:43-48 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Matthew 5:25, 7:1-5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7,11
Matthew 12:43-45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Mark 14:56, 62, 68 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Mark 10:15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Luke 6:37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
John 18:36, 19:20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Acts 5:1-11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Acts 10:34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Acts 16:25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Romans 1:19-20, 12:11, 14:23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Romans 8:1, 12:3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Romans 8:28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Romans 14:13, 15:13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
1 Corinthians 5:6-8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4,5
1 Corinthians11:29-32 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Galatians 5:6-7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
Ephesians 4:29-31, 5:11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
1 Thessalonians 5:21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
1 Timothy 5:21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
1 Timothy 6:12-13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
James 1:16-17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
James 5:9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
1 John 1:9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
1 John 1:8-10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Revelations 2-3, 3:15-22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

## OTHER BOOKS

Bonhoeffer: Pastor, Martyr, Prophet, Spy, Eric Metaxas, Thomas Nelson, 2010, backflip . . . . . 7
From The Courtroom Of Heaven, To The Throne Of Grace And Mercy, by Jeanette Strauss,
        Glorious Creations, 2011, pp. 64-71, 87-93, 103-114 . . . . . . . . . . . . . . . . . . . . . . . . . 7
The Historical Jesus, Dr. Gary Habermas, College Press, 1999, pp. 147-148 . . . . . . . . . . . . . . . 1
I Don't Have Enough Faith To Be An Atheist, by Geisler and Turek, Crossway, 2004,
        p 293, citing a 1996 speech to Mississippi College School of Law . . . . . . . . . . . . . . . . . 9
The Interpreter's Dictionary of the Bible, Vol. 4 at p. 268 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
The Interpreter's Dictionary of the Bible, Vol. 4 at p. 552 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Messianic Judaism, A Modern Movement With An Ancient Past, Dr. David Stern,
        Lederer Books, 2007, p. 135 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
New International Version (Bible) Commentary, Vol. I at page 438, Abingdon Press 1989 . . . . 2
Operating in the Courts of Heaven, by Robert Henderson, Henderson Ministries, 2014,
        pp.50-52, 131, 134-137 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
Why Men Confess, 0. John Pogge, Thomas Nelson & Sons, See also Review of this book at
        University of Chicago Law Review: Vol. 27: Issue 1, Article 7,1959, p.26 . . . . . . . . . 11
Theft of Judeo-Christian Felony Confessions, or Persecuted For Jesus In Silicon Valley
        (Hole In The Justice System), a Petition to U.S. Grand Juries . . . . 4,passim, Exhibit "A"

## INTERNET

http://www.gty.org/resources/sermons/62-8/total-forgiveness-and-the-confession-of-sin . . . . . . 8
Wikipedia,"Adolph Eichmann" [5/1/2017] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

## CERTIFICATION OF COMPLIANCE

1.   This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B)

because, excluding parts of the document exempted by Fed. R. App. P. 32(f), this

document contains 6,500 words or less.

2.   This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and

the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been

prepared in a monospace typeface using Corel WordPerfect X7 in Times New Roman

font.

_Eric Lighter_    5-23-2017
ERIC LIGHTER/          date
Pro Se

## STATEMENT OF RELATED CASES

Pursuant to Circuit Rule 28-2.6, Petitionar staetes that he is unaware of any related cases

pending in this Court.

_E. Lighter_    5-23-2017
ERIC LIGHTER          date
Pro Se

COMES NOW, ERIC LIGHTER, Amicus Petitioner Pro Se ("EL"), and hereby petitions to (informally) appear as Amicus Curiae.

A.    <u>Background And Petitioner's Interest</u>

On 10-22-2015, the herein prosecution filed its "Notice of Confessions, Admission And Statements Pursuant to Local Rule 16.2", docket ("Dkt.") no. 119.

On 10-26-2015 EL (docketed via backdating and) filed herein (long after the fact) his "Petition For Amicus Curiae Status, Re: Request For Judicial Notice, And Re; Grand Jury Property", Dkt. no. 238 (no party objected), wherein EL noticed that, on or about 4-13-2015, he filed original felony confession(s) of herein defendant Audette in (1) <u>U.S. v. Lighter</u>, cr. no. 05-215, USDC, NDCA-San Jose-EJD (Dkt. 504 therein), and (2) an original or true and accurate copy of said confession(s) in <u>U.S. v. Barry L. Bonds</u> (baseball great), Ninth Circuit ("CA9") No. 11-10669, en banc (Dkt. 43-21, p.1-22). EL requested of the parties herein for consent to so appear per CA9 Rule 29-3, without objection, and hereby again requests for such consent. EL supports Defendant-Appellant, and a reversal of Judgment.

Said confession(s) included confession(s) to **at least nine(s) murders**, and also **included confession(s) to certain charge(s) Audette was indicted for herein**. Dr. Audette  (a chiropractor) was found competent per a 2015 FMC-Butner, N.C. stay. Said Dkt. No. 238 stated,

> "see also 1 Timothy 6:13, re Jesus' 'good confession' to Pontius Pilate [*afterwhich the Roman charge of essentially sedition was written in three languages on the cross above Jesus*]; and Leviticus 5:5, re Jewish confessions...Regarding race bias, anti-Semitism is prejudice against race."[1]

---

[1] A valid model for JCFC is 1 Timothy 6:13, which "this statement asserts that Jesus came before Pontius Pilate and made a good confession "and was likely one of the earliest oral Christian confessions of faith [*creeds*]", and thus quite important and orthodox, <u>The Historical Jesus</u>, Dr. Gary Habermas, College Press, 1999, pp. 147-148.  See also Rev. 2-3, Jesus is demanding Christians confess/repent AGAIN despite already being saved, or else He will spew them out, e.g. Rev.3:15-22. See also, 1 John 1:9, "If we confess our sins, he is faithful and just and will forgive us our sins and purify us from all unrighteousness..." Note, "If I did not confess

Previously, on or about 4-9-2015 Audette filed his confessions in this court ("CA9") via

CA9 No. 15-10177, but on 7-29-2015 the panel dismissed same for lack of jurisdiction. EL is a

whistleblower who seeks an end to retaliation (including "targeting" of EL) and persecution,

and/or ridicule based on religious and racial bias, including for publishing and/or joining

Audette's felony confessions.

B.    Judeo-Christian Felony Confessions ("JCFC"), Request For Instructions

Said confession(s) included voluntary admissions to *mens rea*, and said confessions were

apparently, obviously and/or expressly made as written intellectual type property of various U.S.

Grand Juries ("GJ"), made as Judeo-Christian religious sacrament(s) (as confession generally

represents a common sacrament for over two billion people); and pursuant to 18 USC 3332(a)[2]

and the First and Fifth (exclusive right of indictment or presentment) Amendments of the U.S.

Constitution, including as a result of constitutionally and statutorily impermissible bias against

---

sin in my heart God would not hear my prayers", Psalm 66:18.

Also, see EL's 2-10-2015 handwritten brief in Bonds, p. 2:

"...[re: gov't.] racism herein and in related cases, anti-Semitism is a race issue as well as a religious issue, e.g. my Judeo Christian felony confessions, Genesis 14:13 refers to the Hebrews as a race, '...to Abram [Abraham] the Hebrew.' The 'author [Moses] distinguishes Abram as a Hebrew (v.13), probably to distinguish his [race/tribe] from others mentioned,' New International Version (Bible) Commentary, Vol. I at page 438, Abingdon Press 1989. 'Semite. A person belonging to those people of mankind either having common descent from Shem the [oldest *honored*] son of Noah (Gen. 5:32) or speaking one of the Semitic languages. The term 'Semite' was first used in 1781 by A.L. Schlôzer to designate the descendants of Shem in the list of Gen. 10:21,' The Interpreter's Dictionary of the Bible, Vol. 4 at page 268, Abingdon Press 1996. 'Hebrew ...[t]he name of the ancestor Eber is probably the name of the people ... [t]he word is used by the Hebrews as a name for themselves ... [a]ccording to the genealogy in the table (Gen. 10:21 ff) the ancestor of the Hebrew is called Eber, son of Shem [oldest *honored*] son of Noah (Gen. 5:32).' Ibid. at page 552, Vol. 2. Hebrew or Jew (from Judah/Hebrew) is the eponym for the tribe or race from Shem [*can be pronounced Sem in Hebrew*] and Eber. Anti-Semitism is primarily against that race, since [*the*] eponym is a tribe or race named after an ancestor, as when JCFC are abused."

[2] 18 USC § 3332(a) "...Any such attorney receiving information concerning such an alleged offense from any other person **shall**, if requested by such other person, inform the grand jury of such alleged offense, the identity of such other person, and such attorney's action or recommendation..." [*emphasis added*].

religion and race. Said confession(s) were instead the subject felony theft by GJ bailees, who additionally thwarted, blocked, barred, ignored, denied even existing, and/or concealed from the GJ, in likely violation of, *inter alia*, the First and Fifth Amendments of the U.S. Constitution; and 18 USC §§ 2, 3 ,4, 241, 371 (no minimum value requirement), 641, 1001, 1018, 1502-03, 1510, 1512-13, 1519, 1621-23, 1703, 1708, 2071, 3332(a), 3501, and 42 USC § 2000bb; and the mis-application of same so that there are two applications of the same Constitutional Amendment, statute or rule: one for the not biased against privileged class and one for the masses.

On 3-7-2016, EL filed his "Request For Copy of Disposition of EL's Petition For Amicus Curiae Status (filed October 25, 2015)", Dkt. No. 178. On 3-22-2016, the District Court ordered EL's "Motion to Quash Subpoena" granted, Dkt. No. 193. On 4-18-2016, it Ordered via Dkt. No. 221 that EL did not file a Petition to Appear as Amicus Curiae and therefore two of EL's pleadings were wrongly stricken, Dkt. Nos. 216 and 219 (still on Pacer). On 4-25-2016, EL fled a "Motion For Correction of Order", etc., Dkt. No.231. On 4-27-2016, the Court ordered via Dkt. No. 234 that it finally found EL's Petition to Appear As Amicus Curiae after all, but that EL's requests were denied on the off-point basis that,

> "Amicus curiae status is generally afforded at the discretion of appellate cases, not at the trial court level." ??

On 3-16-2017, the District Court issued a judgment for a sentence substantially longer than the term recommended by the GJ bailees. During all litigation, the trial court ignored or denigrated discussion of Audette's confessions.

Audette claims he is the surviving heir to the late N.Y. mobster Charles "Lucky" Luciano, and that is at the real root of his problems. Yet the arguments herein seems at least generally

applicable to both Audette and EL. EL has objected on the record that his own JCFC were also the subject of felony theft by GJ bailees ("handlers"), who abused GJ. Any "Court bias' is believed originally sourced by GJ bailees, not judges. EL even sued the GJ for the Northern District of California ("NDCA") for failing to arrest him, etc., <u>Lighter v. U.S. Grand Juries for NDCA, et al.</u>, CA9 No. 13-15876, 2013 U.S.Dist. LEXIS 56632), but was instead wrongly accused of seeking to have others prosecuted. EL submitted another JCFC to the CA9 on 3-7-2014 (Dkt. No. 35 in CA9 No. 13-15876).  Thus, EL hereby submits as Exhibit "A" hereto the five page index to EL's 570 plus page "<u>Theft of Judeo-Christian Felony Confessions, or Persecuted For Jesus In Silicon Valley (Hole In The Justice System), a Petition to U.S. Grand Juries</u>" ("GJ Petition"), which GJ Petition is sent to one or more GJs as the sole property of GJ(s). Said GJ Petition clearly demonstrates EL has been so victimized and persecuted since at least 1986[3]. Like Audette, EL petitions the GJ to prosecute EL alone and no one else. The entire

---

[3] The U.S. GJ is arguably the most powerful legal mechanism on earth; even a U.S. President can get indicted. It can also be the only viable "hole" in the justice system. Before and after his wrongful remand, EL (and others) made JCFC, and even sued GJs for failing to arrest him. EL was then accused of trying to get others indicted despite his insistence that he was only seeking his own prosecution. He accused the "bailees" for the GJ of felony theft of his written confession(s) in violation of numerous laws and in unconstitutional bias against religion and race. Agents for GJ bailees pointedly called him incompetent for holding that he could not get fair treatment by the justice system due to his whistleblowing, JCFC, and scandals EL was/is involved with (detailed in said GJ Petition), etc., and  GJ bailees reportedly even threatened him with more charges unless he stopped confessing to GJs. The judicial system unconditionally ended his wrongful remand and paid his way to Hawaii the same day. Apparently this is a touchy subject. He claims he is innocent of what he was charged for but guilty of other crimes which he also joined with the GJ bailees, largely detailed in GJ Petition and/or the many pleadings cited therein. His view of "experts" is that they agreed with one another via *a priori*, industry standard anti-Theistic bias, with one "expert" merely relying on a prior "expert" and/or which relied on biased GJ bailees. This tends to show that bias detailed in said GJ Petition is contagious (condemned in 1 Corinthians 5:6-8), i.e. widely based on bias against JCFC and related and not on evidence therefore, as detailed in said GJ Petition (EL believes he was/is so "targeted").

At least "...God does not show favoritism..." Acts 10:34, or bias, 1 Timothy 5:21.

"Remember, God cannot compromise Himself as Judge to fulfill His Fatherly passion [*to variously bless us*]. We must grant Him legal right as Judge to satisfy the desires of His heart as Father. Otherwise the devil wins and God loses [*the devil's role is as accuser, e.g. Job 1:9-11*],

GJ Petition is the sole property of all GJ, and is now delivered to one or more GJ via mail.

Petitioner **requests instructions from the CA9** as to which GJ bailee to further confirm

delivery of said GJ Petition to GJ.[4]

C.   <u>Argument</u>

　　The U.S. Constitution First Amendment states *inter alia*,

　　"Congress shall make no law respecting an establishment of religion, or prohibiting the
　　free exercise thereof ..."

1.   <u>EL Has Standing To Complain Or Give Notice</u>

even though His passion is always to do us good. When we grasp the principle, we will stop
asking, 'Why didn't God do something?' whenever something bad happens. God cannot
intervene [*in free will*] until we give Him the legal right to do so. His passion is always to bless,
heal and show mercy. This is why James 1:16-17 tells us that it is God's passion always to do
good...When we read in Scripture that something [*apparently*] evil was done by 'by God'...God
did not 'do' it, he simply had to 'allow' it legally [*e.g. due to failure and/or refusal to
confess/repent*]. When the devil has a legal right to perform [*or inspire or tempt to*] evil, God
must allow it unless someone comes to the court of Heaven to contest that right...It appears that
everything is judged and evaluated in Heaven. Even when we are doing everything right, the
devil [*who before his fall was the ranking angel*] can still question our motives...Notice that God
grants repentance...is a legal activity that affects the courts of Heaven...When we [*confess and*]
repent, we grant God, as the Judge of all the legal right to render verdicts from His throne in
agreement with His Kingdom purpose.The Judge of all is waiting on us to give Him legal right to
manifest His goodness [*in His glory*]." <u>Operating in the Courts of Heaven</u>, by Robert Henderson,
Henderson Ministries, 2014, pp.50-52, 131, 134-137.

　　[4] From EL's 11-23-2015 handwritten brief in <u>Bonds</u>, p. 5 :

　　"Confession of sin is...primarily addressed to God, but may also made before
men...However, [t]he perfect <u>pattern of [**public**] confession</u> is given to us in Jesus Christ himself,
who witnessed a <u>good confession</u> before Pontius Pilate [*then the GJ/judge/gov't.*] (1 Tim. 6:12-
13). He confessed that He is the Christ (Mk. 14:62) [*blasphemy under Jewish law*] and that He is
a king (Jn. 18:36) [*sedition under Roman law*]. His confession was before men, over against the
false witness of His enemies (Mk. 14:56) and the denial of a disciple (Mk. 14:68), and was
infinitely more costly, with eternal consequences for all men.' (emphasis added) <u>The Illustrated
Bible Dictionary</u>, Part I, Inter-Varsity Press, 1998, pp. 309-310. Even though Pilate found Jesus
innocent, he condemned Jesus anyway; and the charge(s) (mainly sedition) was nailed to the
cross above Jesus, written in 3 languages, John 19:20. It may also be that '[i]t was the Adversary
(Satan) who infused ... anti-Jewish bias in the [Christian] Church [and elsewhere]. He hates the
Jews with unending fury because God chose to act in history through them. But Satan can enter
only where the is no [spiritual] defense against him.' (Matt. 12:43-45. <u>Messianic Judaism, A
Modern Movement With An Ancient Past</u>, Dr. David Stern, Lederer Books, 2007, p. 135. This is
seemingly why the subject bias is not only pervasive but contagious, 1 Cor. 5:6-7."

From EL's 1-12-2015 handwritten brief in <u>Bonds</u>, p. 32, and applicable herein:

"See Dkt. #479 in <u>U.S. v. Lighter</u> for my response to the GJ bailees' filed further opposition to JCFC and my claims of violations of constitutional and other rights. My further response would be merely to defend my religious devotions without wrath or malice, including as follows.

a.      [**EL filed and/or joined JCFC of Audette to/for GJ**] I have standing to complain [*or provide the instant notice and Petition*]. I have actual and further threatened injury resulting from putatively illegal actions, so a federal court may rightly assume jurisdiction over the controversy. Such injury includes being due to subject laws being mis-applied as aforesaid, with a nexus that is more direct than indirect. I have standing to contest the policies of the prosecuting authorities since I am being and face threatened prosecution [EL's *then attorney gave him a letter that reported the GJ bailees–DOJ– threatened further prosecution unless EL stopped confessing to the GJ*] (e.g. a matter which my former counsel...[*apparently a conflict* ]withdrew over [*and left the state*]). I am not attempting to prosecute others but rather myself alone, i.e. via JCFC. See <u>Linda R.S. and Richard D.</u>, 410 U.S. 614, 616, 35 L.ED2D 536 (1973) [*ruling that a private citizen lacks a judicially cognizable interest in the prosecution or non-prosecution of another*]. I have suffered 'injury in fact', an invasion of legally protected interests which are (a) concrete and particularized, e.g. JCFC, and (b) which are actual and imminently in danger of ongoing and increased injury to those interests and to me. There is more than a casual nexus between the injury and the conduct complained of. It is also likely that the injury will be redressed by a favorable decision. See <u>Lujan v. Defenders of Wildlife</u>, 504 U.S. 555, 560-561, 119 LEd2d 351 (1992).

b.      [*This*] defeats all three prongs of...'Lemon Test'. [*gov't.*] religious practice or symbol will survive an [*First Amendment*] Establishment Clause challenge when it (1) has a secular purpose, and (2) has a primary effect that neither advances or inhibits religion, and (3) that does not foster excessive state entanglement with religion,' <u>Buono v. Norton</u>, 212 F.Supp. 1202, 1210-1214 (CD Cal. 2002), citing <u>Lemon v. Kurtman</u>, 403 U.S. 602, 612-613, 29 LEd2d 745 (1971).[5]

c.      'Bias' is lack of impartiality, including for or against [*parties*], as well as by GJ ![,] <u>Wolfson v. Concannon</u>, 750 F.3d 1145, 1156 (CA9 Ariz. 2014). An indictment must be dismissed if from a biased GJ, <u>U.S. v. Samango</u>, 607 F.2d 877, 880-882 (CA9 HI 1997). [*See also, Vasquez v. Hillary, 474 U.S. 254, 261-64, 105 S.Ct. 617 (1986) (re systemic GJ bias)*]. The GJs in the instant case are/were biased due to, *inter alia*, theft and/or concealment of its intellectual property (JCFC) by GJ bailees, including until now.

d.      ...my confessions seem admissible, 18 USC § 3501. See also <u>Texas v. Cobb</u>, 532 U.S. 162, 149 LEd2d 321 (2001), <u>Blockburger v. U.S.</u>, 299, 304, 76 LEd2d 306 (1932), <u>Dickerson v. U.S.</u>, 530 U.S. 428, 147 LEd2d 305, 412 (2000), includes of confession law back to English law. A formal tribune met on my JCFC...evidenced by the 4-28-2014 [*CA9*] Order noted on page 1 at lines 13-15 of the 10-11-2014 letter brief [*re said CA9 Order that EL's felony confession(s) would not be reviewed in <u>Lighter v. U.S. Grand Juries NDCA</u> despite 18 USC § 3332(a) not*]

---

[5] This is confirmed in the famous 2-9-2017 CA9 ruling affirming the stay against President Trump's travel ban in <u>Washington v.Trump</u>, CA9 No. 17-35105, pp. 24-26, which EL relies upon, including, "...Likelihood of Success—Religious Discrimination...The Equal Protection Clause likewise prohibits the Government from impermissibly discriminating among persons based on religion. *De La Cruz v. Tormey*, 582 F.2d 45, 50 (9th Cir. 1978)." <u>Id.</u>

*limiting the burden to act just on the District Courts alone, but also the Circuit Courts]...*"

"e.      The U.S. Supreme Court recently issued decrees that support my assertions and claims. Town of Greece v. Galloway, 189 LEd2d 835, 849 (2014), ruled that the First Amendment says that the Courts can not decree religious orthodoxy, i.e. applying law that bars JCFC is illegal *[The impermissibly imposed orthodoxy effectively is the state mandate barring JCFC, etc., including by allowing theft of same from GJ].* HHS v. Hobby Lobby, 189 L.ED2D 675 (2014) ruled that 42 USC § 2000bb, et seq...[which] prohibits burdens to religious free expression *[by the gov't., and such burden]*... exists where...the *[gov't.]* puts substantial pressure on an adherent to substantially modify his behavior and to violate his beliefs,' Dailey v. Lappin, 555 F.Appx. 116 (CA3, 2014). The change was/is...[*helpful re]* retaliation or...vindictive/malicious prosecution *[against]* JCFC, bias against race and religion, and/or related whistleblowing, such as reaction to [*my*] whistleblowing[6] resulting in Dixon v. Comm., 316 F.2d 1041 (CA9, 2003), *[as amended, probably the largest IRS scandal in U.S, history, where reportedly the IRS Commissioner had to personally apologize, see also L. Hartman v. Commissioner, T.C. Memos 2008-124, 2009-124]*...Damages are available for claims brought against government officials acting under color of law or in their capacity as individuals, under 42 USC § 2000bb and/or Bivens, see Bivens v. Six Unknown Named Agents, 403 U.S. 388, 29 LEd2d 619 (1971). To establish Bivens liability, claimant must show that each gov't. official through the official's own actions violated the Constitution, Id. 42 USC § 2000bb-2(1) defines 'government' as an official

---

[6]   "Silence in the face of evil is itself evil. God will not hold us guiltless. Not to speak is to speak. Not to act is to act," *[WWII Lutheran pastor]* Dietrich Bonhoeffer, cited in Bonhoeffer: Pastor, Martyr, Prophet, Spy, Metaxas, T. Nelson, 2010, backflip. Judge one's own self only (Luke 6:37, 11:29-32), as what counts is faith working through love, Gal. 5:6. 'Prove all things, hold fast to that which is good', 1 Thess. 5:21, Romans 14:23, Galatians 6-7, Matthew 7:1-5. The Bible can require whistleblowing, Ezekiel 3:18, 22:30, 33:1-9, Ephesians 5:11, Romans 12:11. The herein bias, religious persecution and other scandals is worthy of whistleblowing, including as detailed in said GJ Petition.

"... If we sin against the Word of the Lord, our enemy will take advantage of his legal right to make us his lawful captive.

> *Settle matters quickly with your adversary who is taking you to court. Do it while you are still with him on the way, or he may hand you over to the judge, and the judge may hand you over to the officer, and you may be thrown into prison.—Matt.5:25.*

...if the enemy should come to me and accuse me of anything, I no longer waste time rebuking or binding him. I immediately go to the Lord and repent and ask forgiveness for any sins I may have committed *[including even when you are only or even possibly only one per cent or less guilty]*. If the enemy wants to torment you or accuse you in any way, don't waste time with him—take it to the *[Satan translates 'accuser']* Judge and get it settled. This will defeat the demonic accuser, turn the tables on him, and settle the case out of court *[in a vision, one saw]* the accuser...standing before the Judge. He was handing the Judge several files with names on them. The Lord asked him what they were and the accuser said, 'Judge, these are the records of sins of these particular people.' As the Judge looked them over, He held one of them up and said, 'This record has been *[spiritually covered with Christ's blood and]* expunged; destroy this record.' " From The Courtroom Of Heaven, To The Throne Of Grace And Mercy, by Jeanette Strauss, Glorious Creations, 2011, pp. 64-71, 87-93, 103-114. See Ephesians 4:29-31, Romans 1:19-20, Job 12:7-10.

(or other person acting under color of law) of the U.S."

2.    Two Types Of Biblical Forgiveness, Four Flavors Of Confession, 18 USC § 3501

There are two types of forgiveness, thus the need for ongoing confessions, Acts 5:1-11.

"There are two kinds of forgiveness...judicial forgiveness, or forensic forgiveness. The forgiveness that was purchased in full by the atonement that Jesus Christ rendered on our behalf. That kind of forgiveness frees us from the threat of eternal punishment, eternal condemnation and that's why those who are in Christ Jesus are not under condemnation, Romans 8:1. It is the forgiveness of justification. But then there's not just the judicial, there's the paternal forgiveness. This is granted by God not as judge, but as father. He is still grieved when His children sin. Yes we are justified, but He also wants us to be sanctified...[*and*] conformed to the image of Christ. He is pleased with that justification. He is displeased with the breach of sanctification. Forgiveness of justification takes care of judicial guilt, but it does not eliminate fatherly displeasure...from the presence and the consequences of sin. That is an on-going process...that's why we are always confessing and always being forgiven and being cleansed...the sin in your life, in your humanness, displeases the loving Father, retards your sanctification which also displeases Him and muddies up the image of Christ which you and I are to manifest." Dr. John MacArthur in "Total Forgiveness and the Confession of Sin, 1 John 1:8-10", 8-18- 2002, Grace To You, see http://www.gty.org/resources/sermons/62-8/total-forgiveness-and-the-confession-of-sin [*1-2-2017*]. Thus confession is required.

Quoting from EL's 1-27-2015 handwritten brief in Bonds, p. 3 (127 of 177) :

See Romans 12:3. "Here is a simple logical dialectic and revelation. Jesus ask that we share the gospel (the good news of salvation and redemption) with others by way of our testimony. A subset of testimony is our profession of faith that or testimony reveals. A subset of profession is our confession of the specifics of the righteousness of God which can be compared to our lack of righteousness without God or otherwise. A subset of confession is repentance, where we receive God's blessing admitting any wrongdoing and sincerely move to end such wrongdoing, wrong thinking, and wrong believing, whereupon we turn bad behavior/thinking/ believing (etc.) to the correct way of following or more to the perfection of God, i.e. by the Word of God, and/or direct revelation, etc...These four terms can be and sometimes are used interchangeably, to some degree."

18 USC § 3501 legally defines confession, and states,

"(a) In any criminal prosecution brought by the United States or by the District of Columbia, **a confession**, as defined in subsection (e) hereof, **shall be admissible in evidence if it is voluntarily given**..."

3.    Only Sight Corroboration Needed For Confessions, Truth Is Knowable

From EL's 11-23-2015 handwritten brief in U.S. v. Lighter, p. 1 :

"You [*Judge*] may recall [*Audette's*] claim to being...(Mafia) 'Lucky' Luciano's grandson... [*detailed*] JCFC-like confession to (9) murders plus via originally signed [*and originally hand written in blue ink*] copies which I filed herein (as whistleblower, etc.). Only 'slight corroboration may be sufficient' for admissibility of a confession (<u>Hall v. Sorrell</u>, Case No. 5:14-cv-84 (D. Vt. 8-13-2015) U.S.Dist. LEXIS 106551) when confessor is not 'overborne by circumstances,' <u>Doody v. Ryan</u>, 649 F.3d 986, 1008 (CA9, 2011) *en banc*."

From EL's 3-26-2015 handwritten pleading the <u>Bonds</u> case, Dkt. 43-19 (140 of 177):

"2. Supreme Court Justice Anthony Scalia pointed out the absurdity of those who doubt the historicity of the New Testament. In a remark biting with sarcasm ...'It is not irrational to accept the testimony of eyewitnesses who had nothing to gain [*and everything to lose*]...The [*worldly*] wise do not believe in the resurrection of the dead. So everything from Easter morning to the Ascension had to be made up by the groveling enthusiasts as part of their plan to get themselves martyred'." <u>I Don't Have Enough Faith To Be An Atheist</u>, by Geisler and Turek, Crossway, 2004, page 293, citing a 1996 speech to Mississippi College School of Law.

"That sounds...like my ongoing defense from seemingly overwhelming bias against [*JCFC*]..., Christians and Jews, religion and race. Certainly there is no guarantee that such efforts will legally help or hurt me [*EL's risk is in a live controversy*]...[b]ut see Matthew 5:43-48 (love and pray for your persecutors)...I am an **eyewitness** still whistleblowing anyway, and praising Jesus for it, Acts 16:25, Romans 8:28, Jeremiah 1:17. Bias is the opposite of tolerance, even though tolerance does not mean every belief is true, <u>Id</u>. at 46-48. Truth is knowable, is opposite false..."

4.   <u>Willful Blindness Condemned, Crime Victim, Nuremberg</u>

Continued from EL's 3-26-2015 handwritten pleading in the <u>Bonds</u>,

"...[*CA9 condemns*] such bias being met with, *inter alia*, more 'willful blindness' (to said bias), aka 'deliberate ignorance', or 'conscious avoidance', or 'deliberate indifference'...<u>U.S. v. Ramos-Atondo</u>, 732 F.3d 1113, 119-20 (CA9, 2013) ('deliberate ignorance') (also citing <u>U.S. v. Heredia</u>, 483 F.3d 913, 920 (CA9,2007) en banc ('deliberate ignorance' is 'willful blindness' and is different from recklessness and negligence); <u>U.S. v. Yi</u>, 704 F.3d 800, 804-806 (CA9, 2013) (conviction upheld based on inaction, i.e. failing to read documents [*is willful blindness*]; and <u>U.S. v. Liddle</u>, 565 Fed. Appx. 607 (CA9, 2014) (failure to investigate is a 'deliberate action')...no one could rightly say that the theft and/or concealment, etc. of JCFC, etc. from GJ is/are more serious offense(s)...same can and/or does affect all or most other felony cases since same is systemic, even 'structurally unconstitutional'...See also <u>U.S. v. Rasheed</u>, 663 F.2d 843, 852 (CA9 NDCA 1981)...'destruction or concealment of documents can fall within the prohibition of 18 USC § 1503 ('obstruction of justice'), especially GJ documents. See <u>U.S. v. Sussman</u>, 709 F.3d 155, 162 (CA3, 2013), regarding theft of government property (JCFC is/are gov't. property) and related obstruction of justice, 18 USC § 1503, [*is*] similar to felony theft of JCFC, etc. (and/or concealment) of same from GJ, et al. by GJ bailees.

"2. I am a joined party to the subject scheme of the GJ bailees. However, it may be that I (and others), under these circumstances (and related) may also be to a degree a 'crime victim', 18 USC § 3771, <u>U.S. v. Gomes</u>, 538 Fed. Appx. 799, 800 (CA9 Ariz. 2013), and <u>U.S. v. Antonio</u>,

386 Fed. Appx. 678, 680 (CA9 Ariz. 2010). Certainly the GJ are 'crime victims', just as may well be the Courts.

    "3. Thus I am probably correct to object to the subject theft, blocking, thwarting, ignoring, denial of even existing and/or concealment of JCFC, etc. from GJ, et al.; as well as the resulting two applications of law [*the worst crime prosecuted in the WWII Nuremberg Military Trials*], including based on the subject bias against JCFC, etc., i.e. against religion and race, Christians and Jews..."[7]

5.    <u>Judicial Bias re GJ And Petite Jury</u>

    Continued from EL's 3-26-2015 handwritten pleading in the <u>Bonds</u>,

    "5. The appearance of judicial bias [*or prosecutorial bias reflected on GJ*] requires a new trial [*or vacatur*] when there is material prejudice, as the demonstration of the appearance of judicial bias is akin to a showing of trial error, <u>U.S. v. Ofray-Campus</u>, 534 F.3d 1, 33 (CA 1, 2004), cited in <u>U.S. v. Rivera-Rodriguez</u>, 761 F.3d 105, 111 (CA 1, 2014). The Circuit Court(s) 'must review the record [*regarding judicial and related bias*] as a whole.' <u>Id.</u> at fn. 8, citing <u>U.S. v. Tilghman</u>, 134 F.3d 414, 417 (DC Cir 1998)."

    EL objects to other groups receiving process for their confessions/pleas (such as allocution makers) while JCFC, et al. are treated like a despised class [*Pacemaker Diagnostic Clinic of America v. Instomedix, 725 F2d 537, 541 (CA9, 1984)*]. EL's and likely Audette's stolen/concealed but extant and expected testimony as a GJ witness has/is being tampered with 18 USC § 1512. Also JCFC are delivered by mail owned by the GJ, so the mail of GJ has been/is

---

[7]    From EL's 1-12-2015 handwritten brief in <u>Bonds</u>, p. 1:
    "...herein 'two applications of law'...included material violations of the equal protection component of the Fifth Amendment of the U.S. Constitution, <u>U.S. Dept. Of Agriculture v. Moreno</u>, 37 LEd2d 782, 785 (1972)...I object to the unconstitutional (illegal) bias and bigotry herein...against religion and race re my [*JCFC to GJ, et al.*] are 'two applications of law' [*and also*] material violations of the...First Amendment..., <u>see</u> <u>Fisher v. Univ. of Tex.</u>, 186 LEd2d 474, 485 (2013), citing <u>Rice v. Cayetano</u>, 582 U.S. 495, 517 LEd2d 1007 (2001); <u>Richmond v. J.A. Croson Co.</u>, 488 U.S. 469, 505, 102 LEd2d 854 (1989)... See also <u>U.S. v. Drebin</u>, 557 F.2d 1316, 1332 (CA9, 1977), [*re*] conversion/theft under 18 USC § 2314 applies to intangibles...I have bonded my confessions for more than $5,000.00 without objection [*integrity bonds*]...confessions theft were interstate by GJ bailees [*they*] have not [*legally*] usurped the role of the GJs...Even if the bailment is limited, the bailment achieves criminal status in keeping all GJs separated from the [*JCFC*] in all ways...even considering GJ bailees to be mere fiduciaries...GJ bailees accepted said confessions but neither returned them nor forwarded them, they just kept the property of the GJs and even concealed same from them. In common law, that is theft...this is [*also*] trespass to chattel, 8A <u>Am.Jur.2d</u>, Bailment § 166, et seq., pp 685-686 and following (2009), at least to a material degree."

being tampered with by GJ bailees; 18 USC § 1703.

From my 2-10-2015 handwritten brief in Bonds, Dkt. 72, p. 8:

"11. The GJ bailees concealed from the GJ and petite jury [*my*] JCFC, the subject scheme I joined, and the [*subject*] bias; and that caused prejudice against me (structural error), Ferrara v. U.S., 456 .3d 278, 297 (CA 1, 2006). Judicial bias [*and GJ bias*] is structural error, Deere v. Cullen, 718 F.3d 1124, 1163 (CA9 Cal. 2013), also citing Caperton v. Massey Coal Co., 173 LEd2d 1208 (2009) (risk of bias)...Mark 10:15...'May the God of hope fill you with all joy and peace as you trust in Him, so that you may overflow with hope by the power of the Holy spirit,' Romans 15:13."

6.    History Of Confessions, Allocutions, False Confessions Should Go to GJ

See my 12-24-2014 handwritten pleading in Bonds, Dkt. No. 71, p.5,

"For thousands of years the goal of law was to obtain a confession. That is why torture was legal (and still is variously used today), [*such inquisitional system*] now largely replaced by an adversarial 'trial' system where the trial/case is supposed to end upon a confession (like my JCFC) or a plea bargain which is a form of confession (allocution) [*or an imputed confession, i.e. guilty verdict*]. Confessions were originally a religious sacrament, and [*generally*] for two billion Christians and Jews still are. A valid reason for my JCFC is the Bible instruction not to judge others but do judge myself so that God will not have to, Romans 14:13, 1 Corinthians 11:31-32, Matthew 7:1, James 5:9."

From In re: Lighter, U.S. Supreme Court No. 94-2094, p. 59 :

"For background reference, [*see*] 0. John Pogge, in Why Men Confess, *[Thomas Nelson & Sons, See also Review of this book at University of Chicago Law Review: Vol. 27: Issue 1, Article 7*],1959...p.26..'Ours is the accusatorial as opposed to inquisitorial system.' Under the accusatorial method there is an insistence that the investigating authorities get their case from other sources than the mouth of the accused. Under the inquisitorial system the investigators try to get the case from this very source."

Confessions are supposed to terminate criminal charges, and in almost all cases confessions via allocution do so. False confessions are generally a crime and generally should go to the GJ in any case especially when said false confessions are made to GJ, (including for violating 18 USC §§ 1623, 1503). The Executive Branch's freedom to make charging decisions can not legally block valid or intentionally false confessions made to the GJ; nor legally hinder (tamper with) valid GJ evidence, mail, witnesses or deliberations.

7.   <u>Samango And Morales</u>

Enforcement of this 18 USC § 3332(a), although variously oppressed, same is rebutted

by, *inter alia*, <u>Samango</u>, <u>supra.</u> (indictment dismissed for GJ bias), and non-binding <u>Morales v.</u>

<u>U.S.</u>, CA11 No. 14-10391 (10-15-2014) (seeking prosecution of one's own self by GJ is not

barred, especially in light of current prosecution and/or risk of further prosecution thereof). EL is

at risk of further prosecution and abuses, misdeeds, and bias including pursuant to this instant

Petition, and together with EL's other briefs named in said GJ Petition. Indeed, theft of felony

confession(s) is like theft of intellectual property owned by GJ such as return(s) on GJ

subpoenas. <u>Morales</u> says no one has standing to prosecute others using 18 USC § 3332(a); yet

one has standing to confess and seek GJ prosecution of one's own self. Constitutional issues are

needed in order to be applied, <u>U.S. v. F.S.J.</u>, 265 F.3d 764, 768-69 (CA9, 2001) (needed is "a

prima facie showing that it rested on an impermissible basis, such as gender, race or denial of a

constitutional right").

Morales cites <u>Stimac v. Wieking</u>, 785 F.Supp.2d 1296, 1299 (CA9 NDCA 2011),

"Stimac does not allege the prosecutor **ignored him** [*emphasis added*] because of an

impermissible factor such as his race or sex..." Yet the instant matters well allege GJ bailees'

impermissible violations of constitutional rights and many laws.

8.   <u>Intellectual Property "Objects" (JCFC) Stolen By GJ Bailees</u>

From my 2-10-2015 handwritten brief in <u>Bonds</u>, p. 4 :

"...JCFC is/are intellectual property owned exclusively by GJ...[,].JCFC are more than
personal data; the difference includes...that they are <u>written</u> confessions which GJ bailees have
stolen and/or concealed from GJ, et al...JCFC are also subject to GJ subpoenas duces tecum as
'things' returnable to GJ, Rule 17( c)(1) [*FRCrP*]. JCFC are 'things' which may be motioned for
return if illegally seized, Rule 41(g) (both rules FRCrP)...JCFC are also thus subject to bailment
and...[,] bailors and bailees[;]...'bailments [*are*] the deposit of personal property with another,
usually for a particular purpose.' <u>U.S. v. Alcaraz-Garcia</u>, 79 F.3d 769, 774 n.11 (CA9, 1996); see

also <u>Whitcomber v. Stevedoring Servs. of Am.</u>, 2 F.3d 312, 317 (CA9, 1993) (...'California law generally defines a bailment as a delivery of a thing in trust for a particular purpose upon an implied or express contract')..., <u>Earhart v. Callen</u>, 221 F.2d 160 (CA9, 1955) (defining a bailment as 'the relationship arising when personal property is delivered for some particular purpose...<u>according to the bailor's directions.</u>')..., <u>In re Sony Gaming v. Customer Data Sec.</u> <u>Breach Litig.</u>, 903 F.Supp.2d 942, 944 (SD Cal. 2012)...[*Per*] FRCrP 17 (c)(1)...JCFC qualify as 'objects' or data things or documents or a combination thereof. JCFC are 'objects' stolen and concealed from GJ...that I support JCFC with admitted *mens rea*...makes the JCFC more tangible...'The [*Sup.Ct.*] has long ago recognized a 'presumption' grounded in our common law tradition that a *mens rea* requirement attaches to each of the statutory elements that criminalize otherwise innocent conduct.' <u>U.S. v. Gomes-Perez</u>, 695 F.3d 1104, 1109 (CA10, 2012)...Since the GJ bailees are NOT the GJ, even if the GJ had subpoenaed the JCFC the gov't. could not without a court order ordinarily retain JCFC in the GJ bailees' possession, <u>U.S. v.</u> <u>Moore</u>, 423 F.Supp. 858,860 (SD Wva, 1976). It is established practice that the U.S. Attorney will bring subpoenaed and other evidence pursuant to 18 USC § 3332(a), and Rules 6 and 17 FRCrP, <u>In re Loprato</u>, 511 F.2d 1150, 1153 (CA1, 1975), citing...Wright, <u>Federal Practice an</u> <u>Procedure</u> §§ 101, 271, 273 (1969)."

From EL's 2-10-2014 handwritten brief in <u>Bonds</u>, p. 4,

"1.    'The mere retention by a bailee of the subject matter (GJ confessions), however exclusive or however long continued, will not in of itself be sufficient to work a change of property or ownership therein,' AmJur2d, Adverse Possession § 167, Bailor and Bailee."

9.    <u>Grand Juries Are Supposed To Be Independent</u>

The GJ bailees act as the arms and legs of the GJ, but instead have also "stolen" JCFC despite the addition of admitted *mens rea* (albeit including criminal intent to join them in their crimes). Supposedly, the GJ acts as a "kind of buffer or referee between the Government and the people" <u>U.S. v. Williams</u>, *504 U.S. 36 (1992)*, acting "independently of either prosecuting attorney or judge." <u>U.S. v.Dionisio</u>, 410 U.S. 1 (1973). The GJ are not property or adjuncts of the Executive or Judicial Branches, and should be the ultimate weapon against systemic corruption and limited systemic corruption. The GJ are an independent Constitutional entity, <u>U.S. v.</u> <u>Navarro-Vargas</u>, 408 F.3d 1184, 1199 (CA9, 2005) *en banc*, "The grand jury belongs to no branch of government, but is a 'constitutional fixture in its own right'." "Although no branch may control the grand jury, each branch enjoys some power to direct or check the grand jury's

actions", Williams, supra. at 47, 55.

D.     Conclusion

If a court error is structural, it requires automatic reversal.' Washington v. Recuenco, 548

U.S. 212, 218 (2006), and this applies to JCFC being subject to felony theft by GJ bailees, who

also thwarted, blocked, barred, ignored, denied even existing, and/or concealed JCFC from the

GJ; even if GJ bailees were only "following orders", e.g. perhaps "Adolph Eichmann",

Wikipedia [5/1/2017]; yet see Psalms 18, 27, 9, Habakkuk 2:14. The matter of GJ

"presentments" (Fifth Amendment, U.S. Const.) being blocked is also relevant.


Respectfully submitted,

ERIC LIGHTER     date
Pro Se

**EXHIBIT "A"**

Index for <u>Theft of Judeo-Christian Felony Confessions, or Persecuted For Jesus In Silicon Valley (Hole In The Justice System), a Petition to U.S. Grand Juries</u>

## INDEX

ONE. Fundamental Background, "Hole" In The Justice System? . . . . . . . . . . . . . . . . . 1
1. Limited Systemic Corruption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    a. Confession And Repentance Needed From Everyone . . . . . . . . . . . . . . . . 3
    b. You Don't Need To Be A Scholar To Read And Understand Bible . . . . . . . . 6
    c. Operating In The Courts Of Heaven . . . . . . . . . . . . . . . . . . . . . . . . . . 8
        (1) Henderson View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
        (2) Strauss View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
        (3) Hayes View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
        (4) Herzog View . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
        (5) Urim And Thummim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
    d. Caveat, Logical Absurdity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
    e. False Confessions Must Be Brought To Grand Juries . . . . . . . . . . . . . . . 39
2. Other Background, Syncretism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
    a. Understanding Grand Juries, Both Honest & Tampered With . . . . . . . . . . 48
    b. Fifth Amendment Potentially At Risk, With Many Affected . . . . . . . . . . . . 50
    c. Visiting U.S. Grand Jury In Its Secret Session, A Go For Writ . . . . . . . . . . 50
    d. Stress, Especially From Retaliation For Whistleblowing . . . . . . . . . . . . . . 56
    e. Thankful Joy In All Things, Though Lighter Falsely Accused . . . . . . . . . . . 58
TWO. Introduction To Judeo-Christian Felony Confessions ("JCFC") . . . . . . . . . . . 61
1. God Given Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61
2. Iran-contra, Lighter Is "Missing" Witness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
    a. <u>Federal Register</u> Publishes Lighter's Sedition Story**, Lighter's
        Whistleblowing On IRS Corruption Confirmed In Part By <u>Dixon v. Comm.</u>,
        316 F.3d 1041 (CA9 HI, 2003), As Amended, re Sims . . . . . . . . . . . . . . . 64
    b. Christic Institute, Lighter's Mentor And Inspiration . . . . . . . . . . . . . . . . . . 65
3. "Bo" Gritz And Ruby Ridge . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . : . 67
    a. Ruby Ridge, Lighter's Key Role, Suit Helped Explain Waco,
        <u>Lighter, et al. v. GJ, et al.</u>, No. 3:93-cv-00440-X, USDC-Texas-Dallas,
        Horrendous CIA Doc.s Attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
    b. Assault At Ruby Creek By Well Documented CIA "Octopus" . . . . . . . . . . . 69
    c. $48 Million Blessing From Lighter's Role In Waco . . . . . . . . . . . . . . . . . . 82
4. Royal Patents And Hawaiian Sovereignty, 2004 Lighter Uncovers Royal Patents
    Scandal: Some 20% of R.P. Still In Probate . . . . . . . . . . . . . . . . . . . . . . . . . . . 83
5. "Target" Lighter, 22 Yrs. Or Unconditional Release, Impossible, Lighter Plan
    Was 2004 Registered (Yet Unfunded) SEC Debenture Offering With Nothing
    To Do With Tax Motives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 87
    a. Fear Of The Lord . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 90
    b. Handwritten Briefs Detail Wrong Charges-Stolen Confessions . . . . . . . . . 92
6. First Amendment And Eponym . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92
    a. First Amendment, Lighter's Role In <u>U.S. v. Barry Bonds</u> (Baseball Great) . 92
    b. Race Bias v. Human Race . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 93
    c. Lighter Confesses, Including To Joining Grand Jury Bailees . . . . . . . . . . . 95

i

(1) Many Pleadings By Lighter Support JCFC . . . . . . . . . . . . . . . . . . . . . . . . 95
(2) Confession To GJ Has Low(est) Standard Of Probable Cause . . . . . . . . 101
(3) Lighter Demanded To Be Pro Se But Denied . . . . . . . . . . . . . . . . . . . . . 105
7. Illegal Bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
   a. 18 USC § 3332(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 106
   b. Seeking One's Own Prosecution, Morales v. US . . . . . . . . . . . . . . . . . . . 107
   (1) More Charges Threatened Unless Confessions To GJ Halted . . . . . . . . 109
   (2) Courts Can Not Decree Religious Orthodoxy . . . . . . . . . . . . . . . . . . . . . . 112
   c. Violation Of Other Laws, Structural Error Defined . . . . . . . . . . . . . . . . . 112
   d. Humble Yourselves Before the Lord, Vacatur, Pro Se . . . . . . . . . . . . . . 117
   e. Grand Juries Are Independent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119
   (1) Prosecutors Seek Always To Control GJ, Intense Bias . . . . . . . . . . . . . 119
   (2) GJ Are Constitutional Fixture, Independent . . . . . . . . . . . . . . . . . . . . . . 121
   f. Williams Case Rules That GJ Are Independent, Chanen . . . . . . . . . . . . . 121
   g. Grand Jury Repression By GJ Bailees . . . . . . . . . . . . . . . . . . . . . . . . . . 123
   h. Fraud On The Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 125
   i. Logic Dialectic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 125
8. Fifth Amendment And Bailees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 126
   a. Presentment, Only GJ Determine Probable Cause . . . . . . . . . . . . . . . . . 126
   b. Judicial Bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127
   c. Ninth Circuit View Of Voluntariness Of Confession . . . . . . . . . . . . . . . . 129
   d. Grand Jury Handbook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130
   e. Grand Jury Bailees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 130
   (1) History Of Intellectual Property (Like JCFC) Law . . . . . . . . . . . . . . . . . . 133
   (2) GJ Bailees Issue Subpoenas On Behalf of GJ, Not DOJ . . . . . . . . . . . . 135
   (3) Damage By GJ Bailees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 137
   (4) Flatland, 1884 Book Shows Dimensions Of God . . . . . . . . . . . . . . . . . . 138
   f. Equal Protection And The Fifth Amendment . . . . . . . . . . . . . . . . . . . . . 141
   (1) JCFC Are Bonded, Interstate Confessions . . . . . . . . . . . . . . . . . . . . . . 142
   (2) Grand Jury Bailees Accepted JCFC, Then Kept Them . . . . . . . . . . . . . 142
   (3) Religious Sacrament v. Grand Jury Power . . . . . . . . . . . . . . . . . . . . . . . 143
9. Confession And Repentance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 143
   a. The Good Confession, 1 Timothy 6:13 . . . . . . . . . . . . . . . . . . . . . . . . . 143
   (1) God Is Not "In" All Things . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 144
   (2) Jesus Is the Perfect Pattern Of Confession, And Publically . . . . . . . . . . 145
   (a) Antinomianism, Faith And Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
   (b) Modern Antinomianism? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
   ( c) Confession Restores Broken Fellowship, Word Of Caution . . . . . . . . . 154
   (d) Confession and Repentance Private Or Public, Restated . . . . . . . . . . . 158
   (3) Clear And Convincing Evidence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 161
   (4) Knowing The Good And Doing It, Re Jesus Supreme Confessor . . . . . . 162
   (5) GJ Are God's Chosen Vessel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 162
   (6) Constitutionality And History of Grand Juries . . . . . . . . . . . . . . . . . . . . 163
   (7) Related : Efforts To Conceal Jury Nullification . . . . . . . . . . . . . . . . . . . . 169
   b. Repentance Very Large Subset Of Confession, Audette . . . . . . . . . . . . 169
   c. Examples Of Good Confessions Stolen . . . . . . . . . . . . . . . . . . . . . . . . . 170
   d. Thrown Out Of Jail, Micro-Stroke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 171

e. Gov't. Goal: Stop Or Discredit Confessions To Grand Juries? . . . . . . . . . 171
(1) Forgotten In Jail? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 173
(2) 18 USC § 3501, Confession Defined Legally . . . . . . . . . . . . . . . . . . . 174
(3) Only Sight Corroboration Needed For Confessions . . . . . . . . . . . . . . . 174
(4) JCFC Are Religious Sacraments . . . . . . . . . . . . . . . . . . . . . . . . . . . 175
(5) Bias Is Evil, Evil Is Contagious, 1 Cor. 5: 6-8, Calls For Apostacy . . . . . . 175
(6) Race Bias Against Hawaiians . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 176
(a) More Bias Re: Hawaiians, Part 1 . . . . . . . . . . . . . . . . . . . . . . . . . . 176
(b) More Bias Re: Hawaiians, Part 2 . . . . . . . . . . . . . . . . . . . . . . . . . . 181
(7) Herein Bias Is Jury And Witness Tampering . . . . . . . . . . . . . . . . . . . . 188
(8) More on Sacraments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 189
10. Theft of Confessions Is Illegal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 194
a. Theft to JCFC Akin To Theft Of GJ Subpoena . . . . . . . . . . . . . . . . . . . 194
b. Theft of Confessions Is Also Theft of Grand Juries Mail . . . . . . . . . . . . . 194
c. 28 USC § 1357, Protecting The Revenue Base Of America . . . . . . . . . . . 196
d. Dept. of Justice Admits It Does Not Represent Grand Juries . . . . . . . . . . 196
e. Bonhoeffer, Not To Act Is To Act . . . . . . . . . . . . . . . . . . . . . . . . . . . 201
f. Justice Scalia, Apostles' Plan To Get Martyred? . . . . . . . . . . . . . . . . . . 201
g. Willful Blindness Condemned . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
h. Crime Victim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
i. Nuremberg Worst Offense Is Two Applications Of Law . . . . . . . . . . . . . . 203
j. Judicial Bias Re GJ And Petite Jury . . . . . . . . . . . . . . . . . . . . . . . . . . 203
k. Whatever Is True and Noble, Philippians 4:8-9 . . . . . . . . . . . . . . . . . . . 204
l. More On Racial Bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 205
m. Yates Case Says Can't Conceal Any Federal Matter . . . . . . . . . . . . . . . 205
n. Ocasio  Says Can't Obtain Property under Color Of Law . . . . . . . . . . . . 207
11. Whistleblowing v. Retaliation, Avoid Judging Others But Discern Truth . . . . . . 208
a. Abortion Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 210
b. Abuse Against Lighter, Re: Falsely Accused Of No Evidence . . . . . . . . . . 212
c. In re Lighter, No. 94-2094, Confession In US Supreme Court . . . . . . . . . 213
12. History of Confessions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217
a. Lighter's First Felony Confession In Ninth Circuit . . . . . . . . . . . . . . . . . . 219
b. Confessions Analyzed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221
c. More Logic Dialectic, Four Flavors Of Confessions . . . . . . . . . . . . . . . . 221
(1) Sincere Confessions Judicially Barred . . . . . . . . . . . . . . . . . . . . . . . 223
(2) Insincere Confessions Allowed, Dr. Gary R. Collins Model . . . . . . . . . . 223
(3) Another Relevant Logic Dialectic . . . . . . . . . . . . . . . . . . . . . . . . . . . 225
(4) 16 Steps To Generating Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 227
(a) Plethora Of Species . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229
(b) The Odds Of You Being You . . . . . . . . . . . . . . . . . . . . . . . . . . . . 230
( c) Probability And Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 232
(d) Related 2015 Nobel Prize In Chemistry . . . . . . . . . . . . . . . . . . . . . 235
d. Lighter Confessions In Silicon Valley, Butner . . . . . . . . . . . . . . . . . . . . 237
THREE. More On Why Confess . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239
1.      More On Nine Murders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 240
2.      Golden Knee Healing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 242
3.      Voice Of God . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

4.     Three MRI Scans Show Brain Tumor Healed . . . . . . . . . . . . . . . . . . . . . . 245
5.     Life And Death Statistical Reality Can Motivate Confessions . . . . . . . . . . . 247
6.     Heaven And Hell, Rational Mind Respected . . . . . . . . . . . . . . . . . . . . . . . 258
       a. Persecution Promised . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 261
       b. Temple Mount Peace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 263
       c. "N" For Nazarene, Gender Issues . . . . . . . . . . . . . . . . . . . . . . . . . . 263
       d. Confessions Are So Valuable That Torture Is Used . . . . . . . . . . . . . . 269
       e. Amnesty International Reports Torture Is Flourishing . . . . . . . . . . . . . 271
       (1) Five Stages of Christian Persecution In USA . . . . . . . . . . . . . . . . . . 272
       (2) Sample Cases Of Christian Persecution In USA . . . . . . . . . . . . . . . . 274
       (a) Religious Freedom - Conscience Cases . . . . . . . . . . . . . . . . . . . . . 275
       (b) U.S. Supreme Court Religious Freedom Cases . . . . . . . . . . . . . . . . . 278
       ( c) Sanctity Of Life Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280
       (d) Public Square Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287
       (e) Freedom Of Speech Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 293
       (f) Marriage And Family Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 303
       (g) Education Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 309
       f. Other Heaven And Hell, Jesus, Christian References . . . . . . . . . . . . . 318
       g. Confessions Are Gateway To Heaven . . . . . . . . . . . . . . . . . . . . . . . . 320
       h. Visits To Hell? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327
       (1) Bill Wiese . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327
       (2) Dr. Mary Baxter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 336
       (3) Father Amoth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 340
       (4) Dr. Epperson And Bill Hammond . . . . . . . . . . . . . . . . . . . . . . . . . . 341
7.     What About Muslims? Laws Enacted By Application, *Nasikh* . . . . . . . . . . . 345
8.     Roots Of Anti-Semitism . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 347
FOUR. More On Scandals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 349
1.     In Re Lighter, U.S. Supreme Court, Disclosures . . . . . . . . . . . . . . . . . . . . 349
2.     Lighter Ordered Fraud Audit By Dr. Wing C. Ng, CPA, Esq. . . . . . . . . . . . 355
3.     5-31-1991 Federal Register, p. 24836-43 By Lighter, et al. Reprinted . . . . . 372
4.     10-25-1996 Lighter Gave Oral Argument JCFC In BAP re Royal . . . . . . . . 384
5.     2011 Letter To First Hawaiian Bank, Re: Hotel Scandal . . . . . . . . . . . . . . . 384
6.     HCHC And Royal Scandals, Etc. Indexed On Recorded Tax Returns,
       re Hundreds Of Thousands Of Pages Of Mostly Quality Exhibits, Affidavits,
       Etc., eg. One Index Of Indexes Is 11-23-1998 Filed Doc. No. 98-175314 . . . 386
       (a) Recent HCHC Scandal, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 397
7.     Scandal Indexed Records As Tax Returns . . . . . . . . . . . . . . . . . . . . . . . . 409
FIVE. Lighter's Persecution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 409
1.     Lighter Not A Tax Protestor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 409
2.     Wrongful Remand Of Lighter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 411
       a. U.S. Probation Falsehood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 411
       b. Tortured For Christ (Pastor Wurmbrand) But Joyful In The Lord . . . . . . . 412
       c. Lighter Not Dangerous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 418
       d. Can Get A "Fair Shake" Re Competency? . . . . . . . . . . . . . . . . . . . . . . 418
3.     More On Wrongful Remand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 419
4.     Complaint In Lighter v. U.S. Grand Juries . . . . . . . . . . . . . . . . . . . . . . . . . 420

5.    Fuzzy, Circular, A Priori, Generally (Industry Standard) Anti-Theistic
    "Logic" By Expert(s)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 424
    a. 2 of 3 "Victims" Found Lighter Incompetent? 3 rd Had Immunity . . . . . . . 426
    b. Those Two Psychiatrists Were Not and Could Not Be "Victims"? . . . . . . 427
    c. Jesus Is the Best Psychological Model To Follow . . . . . . . . . . . . . . . . . . 428
6.    Bias Against Lighter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 435
7.    Attempt To Medicate Until Apostacy, Mystery Tax Returns . . . . . . . . . . . . . 437
    a. Any "Finding(s)" Errors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 438
    b. Anti-Theistic, Fact Blind Quest To Find Incompetency, Decades . . . . . . . 439
    c. Jesus' "Good Confession" One Of Earliest Creeds . . . . . . . . . . . . . . . . 441
    d. Self-Representation Denied : Catch 22 . . . . . . . . . . . . . . . . . . . . . . . . . 447
    e. Pascal's Wager Reformatted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 448
    f. Frivolous Deed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 449
8.    Horrors of Jail, God's Reminder Of The Horrors Of Hell . . . . . . . . . . . . . . . 450
    a. Silicon Valley Is Virtual Police State . . . . . . . . . . . . . . . . . . . . . . . . . . . 450
    b. Miller And Audette Become Paralyzed In Jail . . . . . . . . . . . . . . . . . . . . 450
    c. Diesel Therapy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 452
    d. The God Side vs. The Dark Side, ADA Violations . . . . . . . . . . . . . . . . . . 452
9.    Hope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 453
    a. Odds Are For Hope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 456
    b. The Universe Was Created For Man . . . . . . . . . . . . . . . . . . . . . . . . . . 460
    c. More Reasons To Hope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 465
    d. Ten Reasons The Bible Is True, Two Genealogies Of Jesus . . . . . . . . . 468
    e. Confession Is Still Required, Two Types Of God's Forgiveness . . . . . . . . 471
    f. Wait Until The Spirit Moves . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 481
    g. Balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 485
10.  More Barred Evidence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486
    a. 8-12-2010 Lighter Index of Discovery Production Records . . . . . . . . . . . 486
    b. Sampling Of Indexes And Exhibits, Etc. To IRS . . . . . . . . . . . . . . . . . . . 495
    (1) 6-30-2011 Lighter Index Of Exhibits To IRS, re 4-12-2007 . . . . . . . . . . 495
    (2) 9-1-2011 Lighter Index Of Exhibits To IRS . . . . . . . . . . . . . . . . . . . . . . 502
    (3) 9-2-2011 Lighter Indexs Of Exhibits To IRS . . . . . . . . . . . . . . . . . . . . . 503
    (4) 9-6-2011 Lighter To IRS, re CD Of Exhibits . . . . . . . . . . . . . . . . . . . . . 538
    (5) 9-27-2011 Lighter To IRS, re New CD Of Exhibits . . . . . . . . . . . . . . . . 541
    (6) 10-11-2011 Lighter To IRS, re Further CD Of Exhibits . . . . . . . . . . . . . 542
    (7) 3-27-2007 Letter To Lt. Col. Salter . . . . . . . . . . . . . . . . . . . . . . . . . . . 542
11. Apology And Forgiveness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 570
    Exhibit "1" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 572

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 17-10017 |
| | ) | |
| Plaintiff-Appellee, | ) | D.C. No. 2:14-cr-00858-SPL |
| | ) | District of Arizona, Phoenix |
| v. | ) | Hon. Steven Paul Logan, District Judge |
| | ) | |
| STEVEN AUDETTE, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I certify that a copy hereof was sent this day by first class mail to the following:

Elizabeth J. Kruschek, Esq.                     Kevin M. Rapp, Esq.
Office of Federal Public Defender               Department of Justice
850 West Adams Street, Suite 201                Two Renaissance Square
Phoenix, Arizona 85007                          40 N. Central Avenue, Suite 1200
                                                Phoenix, Arizona 85004

United States District Court District of Arizona - Phoenix Division
Attention Grand Jury Clerk
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

_____   5-23-2017
ERIC LIGHTER, Pro Se        date

15

Eric Lighter
1617 Kapiolani Boulevard #1502
Honolulu, Hawaii 96814

U.S. POSTAGE
PAID
HONOLULU, HI
96814
MAY 22, 17
AMOUNT
**$1.82**
R2304E106465-44

1000    85003

RECEIVED

MAY 25 2017

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Appeals

FIRST CLASS

United States District Court District of Arizona - Phoenix Division
Attention Grand Jury Clerk
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118