U.S. Government
plaintiff

V

Steve Andette
defendant

U.S. Fed Court
Arizona, Phoenix District

CR-14-858-PHX-SPL-1

Motion

The inmate, Steve Andette, # 47584074 does respectfully request that the federal court where my sentencing took place, contact the appropriate individual(s) responsible for FRP payments, and get them to cease and desist taking all of my money, each and every week.

It is in the sentencing transcript, but also in a signed contract, that I am only responsible for $25.00 each quarter, but prison officials here are taking well over the agreed amount on an every day basis.

I am requesting that the court put an end to the B.O.P.'s blatant disregard for federal orders and signed agreements, and also to refund all money taken above the $25/quarter that was agreed upon, back into my account.

Signed, Steve Andette, # 47584074, this 29ᵀᴴ day of

October, 2017

FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

NOV 0 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CIVR 5.4, 7.1(a)(1)_
(Rule Number/Section)

Name Steve Anzellette
Reg # 47584074
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

MEMPHIS TN 380

01 NOV 2017 PM 3 L

Clerk, U.S. District Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 W. Washington St. SPC-1
Phoenix, AZ
       85003-2118

RECEIVED

NOV 06 2017

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
THE DISTRICT OF ARIZONA

85003-213099