1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RCVD SEP17'19ᴘᴍ4:37
US MARSHALS SERVICE AZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-14-00858-01-PHX-SPL |
|---|---|
| Plaintiff, | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. | |
| Steven Audette, | |
| Defendant. | |

TO THE WARDEN, FCI Forrest City Low:

Pursuant to the Court's Order, a Re-Sentencing Hearing has been reset for **November 21, 2019 at 1:30 p.m.**  The Custodian for FCI Forrest City Low is directed to produce Steven Audette #47584-074, (hereinafter referred to as "detainee") who is in custody at FCI Forrest City Low, for a re-sentencing hearing to be held before U.S. District Court Judge Steven P. Logan in Courtroom 501, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003 on **November 21, 2019 at 1:30 p.m.**, and thereafter maintain the detainee within the jurisdiction of this Court until conclusion of these proceedings, unless otherwise ordered by the Court.  It is the obligation of the U.S. Marshals Service to ensure his safe custody on a continuous basis throughout these proceedings.

///
///
///

1    WITNESS the Honorable Steven P. Logan, Judge of the United States District Court

2    for the District of Arizona and Seal of said Court, this 17th day of September, 2019.

3

4                                         BRIAN D. KARTH, District Court
                                          Executive/Clerk of Court
5

6                                         By: _____

7                                              L. Richter
                                               Courtroom Deputy
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28