FILED ___ LODGED
RECEIVED ___ COPY
SEP 20 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY: _____ DEPUTY

This court order has been ~~fully~~ UN-executed by the United States Marshals Service on 9/9/19
U.S. Marshal
By: _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-00858-01-PHX-SPL |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. | |
| Steven Audette, | |
| Defendant. | |

RCVD AUG30'19PM4:31
US MARSHALS SERVICE AZ

TO THE WARDEN, FCI Forrest City Low:

Pursuant to the Court's Order, a Re-Sentencing Hearing has been set for **September 27, 2019 at 1:30 p.m.** The Custodian for FCI Forrest City Low is directed to produce Steven Audette #47584-074, (hereinafter referred to as "detainee") who is in custody at FCI Forrest City Low, for a re-sentencing hearing to be held before U.S. District Court Judge Steven P. Logan in Courtroom 501, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003 on **September 27, 2019 at 1:30 p.m.**, and thereafter maintain the detainee within the jurisdiction of this Court until conclusion of these proceedings, unless otherwise ordered by the Court. It is the obligation of the U.S. Marshal Service to ensure his safe custody on a continuous basis throughout these proceedings.

///
///
///

WITNESS the Honorable Steven P. Logan, Judge of the United States District Court for the District of Arizona and Seal of said Court, this 30th day of August, 2019.

BRIAN D. KARTH, District Court Executive/Clerk of Court

By: _____
L. Richter
Courtroom Deputy

I hereby attest and certify on 8-30-19 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy