**Theron M. Hall, III**
**The Hall Law Firm, P.C.**
101 N.1st Avenue
Suite 950
Phoenix, AZ 85003
Phone (602) 222–6699
Fax (602) 443–2221
lawyer@theronhall.com
Arizona Bar No. 019114

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 14-cr-00858-PHX-SPL |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE SENTENCING HEARING** |
| Steven Audette, | |
| Defendant, | **(2nd Request)** |

Counsel for Defendant Steven Audette respectfully requests that the Court continue the November 21, 2019 sentencing date for a period of approximately 60 days.

New counsel for Mr. Audette was recently appointed in this complex and old case. This matter involved numerous counts at trial and a lengthy appeal. The materials that new counsel has received are voluminous. Furthermore, defense counsel has had difficulty communicating with the defendant while in another

state; however, Mr. Audette was just recently transported to Florence, Arizona. Defense counsel needs more time to properly prepare for the sentencing hearing.

Therefore, a 60-day continuance of the November 21, 2019 hearing is requested. There is no objection from Assistant U.S. Attorneys Andrew Stone and Kevin M. Rapp.

Respectfully submitted this 8th day of November, 2019.

*s/ Theron M. Hall, III*
Theron M. Hall, III

## MAIL CERTIFICATE

I HEREBY CERTIFY THAT ON THE 8TH DAY OF NOVEMBER, 2019, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM. A COPY WAS ALSO E-MAILED TO THE HONORABLE STEVEN P. LOGAN.

*s/ Theron M. Hall, III*
Theron M. Hall, III