MICHAEL BAILEY
United States Attorney
District of Arizona
KEVIN M. RAPP
Arizona State Bar No. 014249
ANDREW C. STONE
Arizona State Bar No. 026543
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Email: andrew.stone@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-14-00858-PHX-SPL |
| Plaintiff, | **RESPONSE TO DEFENDANT'S MOTION** |
| vs. | |
| Steven Audette, | |
| Defendant. | |

Counsel for Defendant, Theron Hall, consulted with undersigned attorneys for the government before filing his recent motion. The government has no objection to Defendant's request.

Respectfully submitted this 14th day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

 s/Andrew C. Stone
KEVIN M. RAPP
ANDREW C. STONE
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:  Theron Hall

 *s/Gaynell Smith*
U.S. Attorney's Office