THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV L S.4, 7.1(a)(1)
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___  COPY ___
APR 30 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Steven Logan  DEPUTY

U.S. Federal District Court
For The Ninth District
Phoenix, Arizona

United States of America )   Honorable Judge Steven Logan
Plaintiff )   Case No: CR-14-858-PHX-SPL-1
v. )   Motion: to reopen case, and remand for
Dr. Steven Audette )   new, fair, nonbiased, nonprejudiced trial
Defendant )   with effective assistance of counsel, based
  )   on new evidence, and other factors.

## Motion

Comes now the defendant, Dr. Steven Audette, and does respectfully submit this motion, to so move the court in the name of the truth and justice, to remand for new trial, based upon the following new evidence;

### New Evidence and Other Factors

1) The defendant has F.B.I. documents, claiming that even though the agency had been contacted a number of times by the defendant, searching for files related to his 21 year case, the F.B.I. (agency), did willingly and knowingly destroy files which "may have been what the defendant was looking for."

2) The defendant has F.B.I. documents, which prove that the defendant was under a Congressional Inquiry (Senator Paul Wellstone D-MN.) with investigation carried out by the F.B.I. Minneapolis, MN. field office, and that after several years of investigation, the Inquiry was immediately declined because defendant was engaged in no criminal, or illegal activity.

3) The period of time, for the Congressional Inquiry in #2, was the same time period that the U.S. prosecution states the defendant and his wife were engaged in illegal activity.

4) The defendant illuminates the fact, that presiding District Judge, Steven Logan made several prejudicial, and biased remarks against the defendant in court, in violation of Arizona Local Rule 83.5, even before trial and review of evidence. A) "As far as I can tell there have been only two (2) victims in this case" (referring to Louise Moore and her daughter.) B) "What the witness was going to testify to, was speculative at best,"

(1)

referring to the fact, that the defendant's key witness (his son), could not appear for the defense, due to identification problems c) "I remember the court, you know tell me, don't try to defend him (defendant)." This refers to attorney McBee, recalling Judge Logan instruct him, not to try to defend his client.

5) The defendant submitted in court, under oath, that attorney Borelli told him "Either we use the insanity defense, or you will have to proceed to trial pro se." Judge Logan, in essence, called the defendant a liar, by stating "I doubt he said that." The defendant, under oath, stated that was the reason he proceeded to trial pro se... he had no choice. It is exactly what Borelli said.

6) The defendant, found in ATF interrogation notes, a friend of defendant, Karen Blair-Slattery stating that she ran into defendant, his wife, and their infant in a stroller, at a public shopping center, and when she approached defendant, he acted "very strange", said he was someone else, and the three quickly walked away. This was in 1994-95. However, at that time, defendant was not permitted to be in public, and defendant and his wife, Joy, had no infant children, and wouldn't have until the birth of their son, Nicholas, in December of 1999, four years later. Karen "ran into" defendant's twin brother, F.B.I. agent Matthew Clark, Joy's identical twin sister Genniffer, and Genniffer's infant child.

7) Another F.B.I. agent, who worked on defendant's 21 year case, was agent Michael Ganett (AKA, Black Mike), and he knows defendant's identical twin brother, F.B.I. agent Matthew Clark, Matthew's older brother, F.B.I. agent Steven Clark, Matthew and Steve Clark's deceased F.B.I. agent father, and head agent C.I.A. agent Ken White, (AKA, Kim Wang). He also knows defendant's wife, Joy.

8) F.B.I. agent Clark's (Matthew and Steve's father) obituary is in the Duluth News Tribune's archives, stored at the Duluth Public Library.

9) Judge Logan, attorney Borelli, attorney McBee, attorney Kruschek, and the prosecution are guilty of contempt before investigation, as no, none investigation was ever done on behalf of the defendant.

10) Attorney Borelli was continuously combative, showed contempt before investigation, ineffective assistance of representation, and abandonment of representation, and Judge Logan refused defendant change of counsel on numerous, repeated requests from defendant.

(2)

11) In Rock v Arkansas, the U.S. Supreme Court (Law of the land), held that hypnotically retrieved testimonial evidence is not only allowable, it is a Constitutional Right in a criminal case, and to deny it violates the defendants 4th, 5th, and 14th Amendment Rights. The defendants repeated written, and verbal requests for this Constitutional Right was repeatedly denied by Judge Logan, even though it was supported by a Supreme Court Ruling, violating the defendants Constitutional Rights.

12) All of the defendants evidence was prevented by Judge Logan and the prosecution from being allowed into his trial, and cite U.S. v Hara, the defendant has the right to have all of his evidence heard in court A) evidence directly related to the charges B) evidence not directly related, but which may shed new light on charges C) evidence not directly related to charges, but which may alter the presentation of the case, as submitted by the prosecution D) evidence which may alter the presentation of the prosecutions witnesses. Sheppsiding shows "Hara" to still be good law.

13) Judge Logan, in violation of being a nonbiased, nonprejudicial agent for the Court, practiced prosecution from the bench. He worked with the prosecution, to prevent the defendants evidence into trial, by A) discussing and agreeing with the prosecution on overruling the defendants request for hypnotically retrieved testimonial evidence, stating that the defendant has a very good memory, and this is not needed, and B) overruling defendants exhibit which highlighted the number of places that defendant and his family had to run to, in order to stay alive. Judge Logan stated, and the prosecution agreed that defendants memory wasn't that good.

    Judge Logan should have heard arguments from defense and prosecution on these issues, and then made his determination as the judge, not as another prosecutor.

14) The defendant has F.B.I. documents, stating that defendant and wife went to Sames Motors in Laredo, Tx, and picked out a custom van. Problem: defendant never went to Sames with wife, and only other person who could possibly pose

(3)

as defendant, with wife, is defendants identical twin brother, F.B.I. agent Matthew Clark.

15) Judge Logan, attorney Borrelli et. al., based the defendants entire trial and sentencing on a one sided, unjust massacre of the truth. None of the defendants evidence was allowed into court, even though the defendant could have proven a major portion of the truth, concerning a 21 year federal operation.

16) At the end of sentencing, judge Logan again exposed his biased and prejudicial attitude towards the defendant, when he put words in the defend-ants mouth that were never said nor elluded to. "A baby with no arms is better than a no baby at all." The defendant continued to explain to "the court", that only one comment was made... not 2, not 5, not 15.... one; and that one comment was made after 4-months of not telling Louise Moore the truth for fear of scaring her. That truth was that the mob was after Louise Moore and her family, because of a phone call Louise made, even after she had been warned time and time again, not to discuss the "case" on the phone.

17) A D.N.A. heritage test, done on the defendant, has proven that Marianne "Dolly" Gleason, may indeed not be the defendants mother as told to him by agent White, via his wife.

19) The D.N.A. test also proves that defendant is not Italian, yet Marianne Glea-son is ½ Italian, and she continues to state, defendant is ¼ Italian... He is not.

20) The D.N.A test proves that if Marianne Gleason, and her younger sister are both Italian, neither one could be the defendants mother.

21) The D.N.A. test proves, that agent Ken White, and defendants wife lied to him about being agent White's son, and possibly about being Adelle's son.

22) The D.N.A. test proves that agent White and defendants wife, lied to defendant about being Lucky Luciano's grandson.

23) In a document received from St. Louis County Records, Marianne Gleason (neé Fanaselle), was born to Ralph (Italian), and Theresa (Austrian) Fanaselle in St. Mary's Hospital, Duluth, MN.

24) Adelle Davy, (neé Fanaselle) has no birth records at all in Duluth, MN., and

(4)

no record of who her parents are.

25) A D.N.A. test (paternal/maternal) will prove that Hope's son (defendants' grandson) is missing since December of 1999. Nicholas Steven is not defendants' oldest daughter's son, he is her brother. Federal agents Ken White, Matthew Clark, Steve Clark, ? Clark (Matthew & Steve's father), Michael Ganet et. al., switched babies in the hospital in December of 1999. It is part of our 21 year case, and can be proven with D.N.A.

26) Attorney Borrelli threatened the defendant with defendants' "mother," when defendant became combative about being sent to F.M.C. Butner for a psychological evaluation. Attorney Borrelli stated; "Do you want me to call your mother? Do you want me to call Dolly?"

27) There has been no, (none at all) investigation into defendants' claims, or story, except the D.N.A. test defendant was able to get his resentencing attorney to do. Judge Logan did not order any investigation at all.

28) Defendant asked the court to bring agents in charge of 21 year case in to court for questioning. Judge Logan overruled.

29) Defendant asked Judge Logan if the truth was important. He replied "Very important," yet when asked to grant defendants' wife immunity to tell the truth, Judge Logan refused.

30) Defendant was recovering from neck surgery (C2-C5 laminectomies and spinal fusion), and complete left hip replacement, and when defendant asked for an extension due to his forced pro se status, Judge Logan flippantly denied his motion.

31) Defendant, forced into pro se representation, recovering from 2 major operations had only four weeks to study and learn all about federal rules of criminal practice, courtroom procedure, federal rules of evidence etc., to try to defend himself.

32) Cite: McCoy v Louisiana - defendant has the right to choose his own defense over and above that of even his own attorney, and his attorney cannot usurp the defendants' decision of his defense, and may not, under any circumstances, plead guilty over and above the defendant. This was denied to defendant.

(5)

33) On October 26th, 2013, defendant called Shawn Warnick which was the day of ATF's initial raid on defendant and his family. Shawn told defendant that ATF agents were telling everyone, that there was no 21 year case, no F.B.I. protection, no mob contracts etc., and that defendant was a liar and a conman. Defendants trial, and his right to prove his innocence would not take place for another 3-4 years. ATF agents, in essence, tampered with witnesses, and created a very hostile, anti-defendant, pro-prosecutorial atmosphere in the courtroom, and Judge Logan even commented on the dire disposition of these witnesses for the prosecution. Case Law states that an overly hostile/emotional courtroom/witnesses/victims etc. is in and of itself, grounds for a retrial.

34) According to a comment made by defendants wife in her sentencing, she was in the leadership position, when she stated "I should have been watching him (defendant) more closely."

35) Also, in defendants wifes sentencing documents, Judge Logan states "Borrowing money from someone in the form of a loan is not illegal." The defendant had stated, time after time, that there was no plot, plan, no mens rea, to steal, or con Louise, nor anyone else out of their money. All money was, and still is intended to be returned to those who loaned money. Therefore, all money borrowed was in the form of a loan, and not illegal. Amount being immaterial.

36) Defendant can prove money borrowed from Louise Moore was in the form of a loan, because it was always being discussed, as was the fact that defendant wanted to pay Louise Moore et. al. more money, above and beyond what was borrowed, because she and others had kept defendant, his family, and agents alive.

37) Judge Logans biased and prejudiced attitude can be easily ascertained by the random, and unjust way he adds extra points onto the defendants sentencing.

38) John Logan was so biased and prejudicial, that prosecution stated 15 years was adequate penal time... Judge Logan pushed for, and got 20 years, and even then wanted to add more points and time, and it actually took the prosecution to come to the rescue of the defendant, to rein the judge's hateful, prejudicial attitude towards the defendant in. He tried to give defendant life in prison.

39) Judge Logan was not a neutral, nonjudgemental, nonbiased, nonprejudiced referee in

(6)

the defendant's trial. He constantly and continuously showed his biased/prejudicial attitude towards the defendant, and many times voiced that attitude in court, in violation of Arizona Local Rule 83.5, and he added, "Mr. Audette, you obviously took the easy way out"..."I would have respected you more, had you come into this courtroom and admitted that you screwed up." Judge Logan added more prejudice, when he ad libbed and added comments of his own creation, and attributed them to the defendant "a baby with no arms is better than no baby at all." And he also stated, "Mr. Audette, clearly you are intelligent enough to know that I don't believe you, your attorney doesn't believe you, the prosecution doesn't believe you, and the jury doesn't, didn't believe you."

Of course not... how could they when Judge Logan prevented a defense by the defendant, prevented any investigation of defendants' claims, didn't allow defendants key witnesses, his son and wife to testify, didn't subpoena the federal agents in charge of our 21 year case (whose names where constantly mentioned), didn't allow D.N.A. testing nor hypnotically retrieved testimonial evidence, made the defendant keep ineffective assistance of counsel, combative counsel, guilty of abandonment of representation, wouldn't listen to <u>anything</u> defendant said because "He didn't believe it", used due process and procedure to prevent a fair and just trial, didn't hold the prosecution responsible as per Brady Materiality, scoffed at Supreme Court Rulings which supercedes District Court Rulings in terms of Laws of the Land, Ignored Federal Rules of Criminal Procedure.

40) The defendants' Constitutional Rights were not only violated, they ceased to exist in Judge Logan's Courtroom. The right to a fair trial, right to face and question witness for the prosecution (defendants' wife), right to be held <u>innocent</u> until proven guilty, the right to prove his innocence, right to nonadversarial legal representation, right to present his own defense, right to introduce <u>all</u> of his evidence, right to hypnotically retrieved testimonial evidence, right to call <u>all</u> witnesses, right to due process, right to be legally arrested through a properly executed arrest warrant, right to subpoena and question in court, under oath, <u>all</u> federal agents in charge of his 21 year case,

(7)

right to investigation (there was none done for the defendant)....

41) Defendants' confession of activities undertaken while under agent induced hypnotic, and post hypnotic states has been illegally, immorally, unethically, and unjustly ignored and concealed by Judge Logan, the prosecution, attorneys Borrelli, McBee, and Knusek since 2015.

### Conclusion

This trial, this conviction and sentencing was a one sided travesty of justice. Contempt before investigation was rampant, and it was spear-headed by not only the defendants' own court appointed attorney, it was also spear-headed by the Judge, Judge Logan, self-admittedly. Judge Logan showed no hesitation in his biased and prejudiced attitude towards the defendant, and it greatly tainted and adversely affected the trial, the conviction, and it came to a head at sentencing, when Judge Logan blatantly disregarded the prosecutions and probation agents recommendations, and arbitrarily added point, after point to the defendants sentencing documents. Judge Logan would not have stopped there, had the prosecution not stepped in and put a stop to him.

The truth in this case has been missed by a huge margain. Judge Logan, attorneys Borrelli, McBee and Knusek worked in tandem to dish out, not an objective deliverance of jurisprudence, but a self indulgent travesty of less than even mediocre practice of law.

Judge Logan stated in frustration, "I don't see where Mr. Ardette has cooperated with the government in any sense of the word." No Judge Logan, you wouldn't. This defendant "cooperated" with the federal government for 21 years, and his thanks is to be subjected to a judicial nightmare, in the guise of a fair, nonbiased federal district judge.

And no your "Honor", I won't admit to doing something I didn't do. There was never a scheme to steal money from Louise or anyone else, and we were running for our lives. I never scared Louise into sending money, and in fact, for 4 long months, I told her all of the people hired by the mob were after the defendant and his son. It was at the very end, that the defendant told Louise the mob was after her, and he made the one rehtorical statement, "The kind of people we are dealing with 🙂...". Afterwords, the defendant even

(8)

apologized to Louise Moore for stating what he did, and explained to her that she had to take what was going on, very seriously because it was no joke. That's all! 20 years in prison for following the orders of federal agents, borrowing the money in the form of verbal loans (which is not illegal according to Judge Logan himself), and being subjected to the most unjust, one-sided excuse for a trial I could have ever imagined?!!

In the quest for true justice, and the truth which Judge Logan stated was of such importance to him, the defendant moves the court to remand a new trial, a retrial, with a nonbiased, nonprejudiced venue and Judge, adequate effective assistance of counsel, investigation into the defendants' claims, witnesses that are allowed to appear in court, evidence (all evidence) for the defendant allowed in court, cross examination of the governments witness (defendants wife), subpoena of F.B.I. agents who were in charge of our 21 year case, and a fair trial with due process, adherence to Rules, Regulations and Constitutional Amendments, like what is supposed to be occurring in the United States of America, and not a throw-back to Nazi Germany.

It is for these aforementioned reasons, and many others, that the defendant respectfully requests remand for a new trial, which should address the myriad of unjust, illegal, unconstitutional procedures and issues. The truth, and true justice which has not been served, demand it.

The defendant holds this document as accurate and true, as acknowledged, understood, and remembered under penalty of perjury.

Signed Dr. Steven D. Audette, this 27th day of April, 2020

(9)

Steven Audette
# 47584074
C.A.D.C. (unit 1000-A)
P.O. Box 6300
Florence, Az
85232

Legal Mail

RECEIVED
APR 30 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Notice
This Correspondence
is mailed
From a Correctional Institution
It's contents are
Uncensored   85003-211799

Arizona Judiciary Committee (U.S.)
c/o U.S. Federal District Court
For The Ninth District
401 Washington Street
Phoenix, Az
85004