IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                   )<br>                       Plaintiff,       )<br>                                                   )<br>vs.                                             )<br>                                                   )<br>Steven Audette,                        )<br>                                                   )<br>                       Defendant.   )<br>                                                   ) | No.  CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

The Court has received Defendant's Motion to Reopen Case and Remand for New, Fair, Nonbiased, Nonprejudiced Trial with Effective Assistance of Counsel, Based on New Evidence, and Other Factors (Doc. 453).  Defendant is represented by counsel. It does not appear that Defendant conferred with counsel of record in these matters. Pursuant to Local Rule 83.3(c), Defendant must appear through counsel. For this reason,

**IT IS ORDERED** striking the document as improperly filed. (Doc. 453.) Counsel may re-urge the issue if he finds it applicable. The Court will take no further action on the document. Defendant is again advised that no further pro se filings will be considered.

Dated this 5th day of May, 2020.

Honorable Steven P. Logan
United States District Judge