THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LR5.4 (Rule Number/Section)

U.S. Federal District Court
For The Ninth District
Phoenix, Arizona

CR-14-00858-PHX-SPL

United States of America,
Plaintiff
V
Dr. Steven Audette,
Defendant

FILED RECEIVED JUN 03 2020 CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA BY ___ DEPUTY

Honorable Judge Steven Logan
Memorandum of argument for subpoena of former F.B.I. agent Matthew Clark, and for immediate fact finding hearing in consideration of defendant's criminal case

## Memorandum of Argument

The defendant, Dr. Steven Audette, has maintained his "story," from the very first day of the ATF raid on October 26th of 2013, and into the present adjudication. He has never waivered from his ascertainment of the truth, and has on numerous occasions, tried to move the court, to not only investigate his testimony, but to also subpoena the federal agents who were in charge of his 21 year case.

In response to this continued, and urgent plea for investigation and exposure of the <u>truth</u>, the defendant has been labeled "delusional," a "liar," a "conman," and someone who has taken "the easy way out." Due to rampant <u>contempt before investigation</u> on the part of Judge Logan, the prosecution, defense attorney Borelli, appeal attorney Kruschek, sentencing attorney McBee et. al., severe and damaging violations of both court (trial, conviction and sentencing) and Constitutional Amendment violations have occurred. This has served only one purpose; to conceal the truth in this case, and to allow conviction at the cost of the truth, and of justice.

The defendants' rights of; effective assistance of legal counsel; opposition free legal representation; unbiased, unprejudicial court venue; innocence until proven guilty; right to present <u>all</u> evidence; right to choose his defense; the right to present and question witnesses of his choosing; the right to cross examine the plaintiff's key witness (i.e., the defendants' wife); the right (as ruled by the U.S. Supreme Court) for hypnotically retrieved testimonial evidence; the right to present crucial D.N.A. evidence; the right to present full, and uninterrupted testimony of facts to the jury; violations of Due Process; violation

(1)

of Brady Materiality by the prosecution; neutral, nonbiased, nonprejudicial judge; among others have all been violated. A fair, just, truthful trial, conviction and sentencing was prevented by the same federal agents who were duly sworn to protect and deliver the same, under the Constitution of the United States, and in the oaths of office taken by these same federal players.

The defendant has <u>always</u> declared, and maintained, that the F.B.I., and federal agents were in charge of the 21 year case (run from the Italian mafia) with these same federal agents protecting the defendant, his wife, and their four (4) children. It has been also stated by the defendant, that these same federal agents could corroborate the defendants' "story" (i.e., his testimony), and prove the truth, as presented by the defendant.

It is for these reasons, and for truth and justice, that the defendant is moving the court for the <u>immediate</u> subpoena of his identical twin brother, former F.B.I. agent Matthew Clark, who is now the Campus Police Chief at the University of Minnesota, Minneapolis Campus. The defendant has been wrongfully arrested, convicted, sentenced, and incarcerated, and the truth surrounding the defendants' case has yet to be revealed.

The defendant is therefore requesting an emergency hearing, with former F.B.I. agent Matthew Clark. The "victims" of said case deserve the right to attend, and to discover that the defendant <u>did not</u> steal their money, <u>did not</u> lie to them or the court, and that his 21 year case was in fact <u>real</u>, just as he kept proclaiming.

The defendant also requests, that the prosecution's manipulation of the defendants' wife, through the plea bargain be rectified, and she be given the opportunity to testify to the truth, under 100% immunity.

The truth about this case is <u>not</u> speculative, is <u>not</u> delusional, is <u>not</u> due to malingering, is <u>not</u> a scam, nor a psychotic episode. The defendant has been telling the <u>truth</u> this entire time (<u>for over 6 years</u>).

Signed, Dr. Steven Audette, this 31st day of May, 2020