Steven Audette
#475 84074
C.A.D.C. (unit 1000-A)
P.O. Box 6300
Florence, Az
85232

Legal Mail

PHOENIX AZ 852

02 JUN 2020 PM 11 L

U.S. Federal District Court
For The Ninth District
401 Washington St.
Phoenix, Az.
85004

RECEIVED

JUN 03 2020

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003-213099

Notice
This Correspondence
is mailed
from a Correctional Institution
Its contents are
Uncensored