IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>vs.<br><br>Steven Audette,<br><br>            Defendant. | No. CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

The Court has received Defendant's motion for dismissal (Doc. 463), Defendant's notice to the court (Doc. 464) and Defendant's memorandum of argument (Doc. 465). Defendant is represented by counsel. It does not appear that Defendant conferred with counsel of record in these matters. Pursuant to Local Rule 83.3(c), Defendant must appear through counsel. For this reason,

**IT IS ORDERED** striking the documents as improperly filed. (Docs. 463, 464, 465) Counsel may re-urge the issues if he finds them applicable. The Court will take no further action on the documents. Defendant is again advised that no further pro se filings will be considered.

Dated this 12th day of May, 2020.

Honorable Steven P. Logan
United States District Judge