U.S. Federal Courthouse
401 Washington Street
Phoenix, Az. 85004

6-15-20

Honorable Judge Steven Logan
No: 2:14-CR-00858-SPL

To the court,

The defendant, Dr. Steven Audette, has maintained his "story", and has never deviated from it. Because of this fact, and because his testimony of facts is so "unique", he has been labeled a "liar", a "conman", "delusional," and someone who "took the easy way out."

Letter of Support: For motion by attorney Theron Hall, to subpoena former F.B.I. agent Matthew Clark (originally from Duluth, MN.), defendant's identical twin brother, separated at birth.

However, the defendant has proof that he has been telling the truth; former F.B.I. agent Matthew Clark, (originally from Duluth, MN.), and the defendants' identical twin brother separated at birth has been located. He is now the Chief of Campus Police at the University of Minnesota, Minneapolis Campus, and as the defendant has maintained, he was one of the federal agents in charge of his 21 year case (run from the Italian mafia).

The defendants' legal counsel, Theron Hall, has agreed to submit a motion on his behalf, to move the court to subpoena Matthew Clark, and question him under oath in regards to the 21 year federal operation, (which the F.B.I., does not want revealed, the court, prosecution, and defendants' attornies does not believe, but which the defendant has sworn under oath, did take place for 21 years).

The defendants' "mother," Marianne Gleason, knows all about "her son's" identical twin brother, but has purposefully, and intentionaly lied to everyone that would listen, stating that the defendant is "delusional," and has no twin brother. Her ulterior motive, was to conceal the family secrets, at the expense of the defendants' freedom, and the truth.

Neither the F.B.I., nor the Italian mafia wants the truth exposed for any number of reasons, and once again, the defendant is made out to be the scapegoat. The defendant has maintained, that the truth in this case has not been

(1)

revealed, but has actually been concealed in the guise of due process by the prosecutors, and by the ATF. The F.B.I. has done everything within their power, such as destroying the defendants records and transcripts ("which he may have been looking for"), in an attempt to stop him from exposing the truth. Document in the defendants possession.

The defendant maintains, that he and his wife, were under the orders of these federal agents; agent Ken White (AKA Kim Wong) C.I.A.; agent Allen Norris, F.B.I.; agent Steve Clark, F.B.I.; agent ? Clark, F.B.I. (now deceased); agent Matthew Clark, F.B.I.; agent Michael Ganet, F.B.I. (et. al.), to borrow money, in order to financially stay alive, but also to fund and support their 21 year ongoing war with the Italian mafia.

The defendant, with the <u>truthful</u> testimony of former F.B.I. agent Matthew Clark, can prove A) there was no scam or scheme to steal peoples' money B) defendant and his wife <u>were</u> under constant supervision and orders of federal agents in charge of his case C) that these agents protected the defendant and his family for 21 years D) that defendant and his wife and children <u>were</u> involved in a 21 year federal case E) that the ATF <u>did</u> unknowingly compromise the defendants federal case F) that the F.B.I. <u>did not</u> come forward and tell the truth, leaving the defendant and his wife, "holding the bag" G) that the defendant was made the scapegoat, in order to conceal his 21 year case H) that the defendant and his wife had no choice but to follow orders and borrow the growing and increasing sums of money that head agent, Ken White demanded I) that the defendant was lied to on a number of salient facts concerning his case J) that the defendant and his wife were threatened with "pulling protection" if he did not readily comply without comment or complaint to borrow the money he was ordered to obtain from Louise Moore, et. al. K) that if the defendant did try to resist calling Louise et. al for money, head agent Ken White would become verbally, and physically abusive towards the defendants wife L) that Louise Moore and her

(2)

family were targeted on several occasions by the Italian mafia, as were Shawn Warwick and his family M) that the defendant was constantly reassured, that "this will be the last time you need to borrow money" N) that "when the case is resolved, you will receive a large inheritance from your grandfather, Lucky Luciano, and you will be able reimburse everyone you have borrowed money from" O) Geraldo Rivera will be covering the public press release explaining our entire operation... etc.

There is much more that Matthew Clark can testify to, and I'm sure much he knows about which the defendant has never been told. But the bottom line is this... the truth revolving around our 21 year case has not even been remotely uncovered. The defendant was, and still is telling the truth about what he knows transpired in his case, and there was no scam, no scheme to steal anyone's money. Our case was real. Over 63 agents were killed or seriously injured, and scores of individuals hired to kill the defendant and his family were "eliminated."

The defendant was not only used as a target, but was also used with the assistance of agent induced hypnosis, and post-hypnotic suggestion, both of which the defendant is highly sensitive to. Agents White, Matthew and Steve Clark, Allen Norris, and his wife, Joy all used this technique on the defendant; reference project MKULTRA.

## In Conclusion

The defendant has the right to prove his innocence, and the truth surrounding this case. The truth has not even remotely been arrived at, although it wasn't for lack of trying on the defendant's part. The new evidence which the defendant has in his possession, along with the truthful testimony of former F.B.I. agent Matthew Clark et.al, his son Nicholas Steven, Liz Marshal (of Superior, Wisconsin), his daughter Heather, Luis Castillo, et. al., will all support the fact reiterated many times by the defendant; "I have not lied to this court (Judge Logan)." My "story" is 100% true, and

(3)

there was no mens rea. There was no scam or scheme to steal Louise Moore's, or anyone else's money."

The defendant deserves a chance to prove the truth, which has been deemed by Judge Logan as very important. Time will tell just how important it is. If the subpoena and questioning of the defendant's former F.B.I. agent, identical twin brother Matthew Clark is not granted, it can only mean that Judge Logan is interested in one thing, and one thing only; a conviction at any cost, even at the cost of the truth and justice.

If the subpoena is granted, and if Matthew Clark testifys truthfully under oath, as to what he knows about the defendants 21 year case (his run from the Italian mafia), he will be vindicated, and a very complicated government operation will be exposed. But most importantly, the defendant and his wife will be cleared of any criminal charges. Time will tell.

Sincerely,
Dr. Steven Audette

P.S. Important point; contrary to what the court and prosecution eluded to, but never proved with any factual evidence, was that Louise Moore et. al. were scared by the defendant to send money. This is a lie. The defendant had consistently, and constantly told Louise et. al, that there was no danger to them if they chose to help. Defendant made one (1) comment about "People we deal with".

In fact, the defendant did lie to Louise Moore for four (4) months, telling her that the mob was after him and his son, when in fact, they were going after Louise and her family. The reason was to prevent her from panicing and doing something stupid. When the defendant was ordered to tell her the truth, he reassured her that the agents were going to take care of everything, just like they always had. Judge Logan added quotes that were his own making, not the defendants.

3 years before trial, ATF agents told Louise et al, there was no 21 year case, no F.B.I., no mob etc. They created the hostility in these witnesses = tampering!