THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 5.4
(Rule Number/Section)

U.S. Federal District Court
For The Ninth District
Phoenix, Arizona

United States of America )
  Plaintiff )
v )
Dr. Steven Audette )
  Defendant )

FILED ✓ LODGED ___
RECEIVED ___ COPY ___
JUL 09 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Honorable Judge Steven Logan
Case No: 2:14-CR-00858-SPL
Motion: To move the court, to subpoena former F.B.I. agent and identical twin brother Matthew Clark, to be questioned under oath concerning the present case.

## Motion

Comes now the defendant, Dr. Steven Audette, and he does in good faith, move the court to subpoena former F.B.I. agent Matthew Clark (originally from Duluth, MN.), and identical twin brother of the defendant, (separated at birth), and to question same concerning the defendants' 21 year case (running from the Italian mafia), and to consider same when defendant is once again pro se.

Matthew Clark is currently the Chief of Campus Police at the University of Minnesota, Minneapolis Campus, and motion for subpoena is based upon the following;

## Argument

1) The defendant has maintained his innocence, and his account of a 21 year federal case, in which he, his wife, and four of his children were on the run from the Italian mafia with federal agents' protection;

2) Whereas; Then, F.B.I. agent Matthew Clark, his older F.B.I. agent brother Steven Clark, their F.B.I. agent father (now deceased), C.I.A. agent Ken White, F.B.I. agent Michael Garrett, agent Mary Joyce Audette, et. al. were in charge of said 21 year clandestine case;

3) Whereas; former F.B.I. agent Matthew Clark was privy to most, if not all of the specifics of the defendants' 21 year case;

4) Whereas; former F.B.I. agent Matthew Clark, because he is the defendants' identical twin brother (separated at birth), he took the brunt of the mafia's attacks, due to his training, and;

5) Whereas; the defendant has never recanted, nor changed his account of the

(1)

21 year case and facts thereof, inspite of rampant <u>contempt</u> <u>before investigation</u>, and the summary of this contempt, submitted in court by Judge Logan when he stated, "Mr. Audette, surely you are intelligent enough to recognize that I don't believe you, the prosecution doesn't believe you, your own attorney doesn't believe you, and the jury doesn't... didn't believe you."

6) Whereas; The <u>truthful testimony</u> of former F.B.I. agent Matthew Clark will corroborate the defendants recollection of events which were an intrinsic aspect of his "delusional" 21 year case;

7) Whereas; Former F.B.I. agent Matthew Clark can vouge, that there was no scheme to steal people's money, and no mens rea, and;

8) Whereas; Former F.B.I. agent Matthew Clark can verify, that both the defendant and his wife were under C.I.A. agent Ken White's, and F.B.I. agent Allen Norris' jurisdiction and authority, and; orders; at all times;

9) Whereas; Former F.B.I. agent Matthew Clark can verify, that the defendant was under federal agent orders to <u>borrow</u> the money from various individuals, including Louise Moore, Leah Marshal, and Shawn Warwick;

10) Whereas; Former F.B.I. agent Matthew Clark can verify; that the defendant was told, that he would receive an inheritance from his grandfather, Lucky Luciano and would be able to <u>pay everyone back</u> (ie., loans);

11) Whereas; Former F.B.I. agent Matthew Clark can verify, that the defendant acted in good faith on the orders of the federal agents in charge;

12) And Whereas; Former F.B.I. agent, and identical twin brother of the defendant can corroborate the defendants entire "delusional" story, the defendant moves the court, to subpoena Matthew Clark, and have him questioned, and testify under oath, as to the <u>truth</u> surrounding the 21 year, clandestine federal case (running from the mafia) which the defendant has continually argued with all court agents, really did exist. His testimony being <u>new evidence</u>;

13) Former F.B.I. agent Matthew Clark can verify what the defendant was told; that Louise Moore and her family were "in trouble" three times, and Shawn Warwick

(2)

and his family were in trouble at least five times.

14) Whereas; Former F.B.I. agent Matthew Clark can verify that all money <u>borrowed</u> from Louise Moore, Leah Marshal, Shawn Warwick et. al. was in the form of <u>a loan</u> and they were all told by the defendant, that he would pay them back "as soon as possible," <u>or</u> "when the case was satisfactorily completed," and as Judge Logan remarked in the defendants' wife's sentencing transcripts, "Money borrowed in the form of a loan is <u>not</u> illegal."

15) Federal agents used hypnosis on the defendant, so he could "help them" accomplish a number of tasks.

The defendant, <u>Dr. Steven Audette</u>, has tried to impress upon the court, that although it seems stranger than fiction, what he has told in regards to his 21 year case <u>is true</u>. The <u>truth</u> of this case has not been taken seriously, and it has been met with rampant <u>contempt</u> <u>before</u> <u>investigation</u>. The <u>truth</u> which the defendant continuously tried to submit to Judge Logan, the prosecution, the jury, even the defendants' court appointed attornies was laughed at, ridiculed, ignored, concealed, and summarily dismissed as delusion and fantasy.

The defendant has been purposefully and maliciously turned into the scapegoat in his 21 year case, in order for his own government to conceal the truth. <u>Former F.B.I. agent</u> Matthew Clark, originally from Duluth, MN, and the <u>defendants' identical twin brother</u> (separated at birth), worked on the defendants' case, and was one of the federal agents in charge of said case, along with Agent Ken White, C.I.A., Agent Steve Clark, F.B.I., their F.B.I. agent father, Agent Allen Norris, F.B.I., Agent Michael Garret, F.B.I., Agent Mary Joyce Audette et. al. Matthew Clark can corroborate that the defendant has been telling the truth.

Former F.B.I. agent Matthew Clark (originally from Duluth, MN.), and the defendants' identical twin brother, is currently the Chief of Campus Police at the University of Minnesota, Minneapolis Campus. He should be considered <u>vital</u> <u>new</u> <u>evidence</u> in the form of his testimony about <u>the truth</u> of this 21 year case, a truth that the defendant has been trying to have taken seriously, but which has been labeled

(3)

a lie, delusional, or merely a made up story.

The defendant has the right, to have new evidence reviewed, and judicated as it relates to the present case NO: 2:14-CR-00858-SPL, and for this "new evidence" be taken into consideration and applied in support of the defendants testimony and defense. The defendant moves the court for retrial, new trial, or quashing and setting aside the present case for aquittal, and no further charges nor judication, and the dropping of all court actions, orders, charges etc.

The defendant, Dr. Steven Audette holds this document to be true and accurate to the best of his knowledge, understanding and recollection, under penalty of perjury.

signed, Dr. Steven Audette, this 29TH day of June, 2020.

(4)