**Theron M. Hall, III**
**The Hall Law Firm, P.C.**
101 N. 1st Avenue
Suite 950
Phoenix, AZ 85003
Phone (602) 222-6699
Fax (602) 443-2221
lawyer@theronhall.com
Arizona Bar No. 019114

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Steven Audette,<br><br>　　　　Defendant, | Case No. 14-cr-00858-PHX-SPL<br><br>**MOTION TO CONTINUE SENTENCING HEARING**<br><br>**(4th Request)** |

　　　Counsel for Defendant Steven Audette respectfully requests that the Court continue the July 27, 2020 sentencing date for a period of approximately 60 days.

　　　Given issues resulting from the Covid-19 Corona Virus, the defense needs additional time to properly prepare for the Sentencing Hearing.  Additionally, current counsel for Mr. Audette was appointed in this old and complex case.  This case has involved numerous counts at trial and a lengthy appeal.  The materials that new counsel has had to review and analysis are voluminous.  Furthermore, there

have been numerous issues with which new counsel has had to deal with, resulting in further need for a continuance of the sentencing hearing.

Therefore, to effectively and competently represent Mr. Audette a 60-day continuance is requested.

There is no objection from Assistant U.S. Attorney Kevin Rapp.

Respectfully submitted this 15th day of July, 2020.

*s/ Theron M. Hall, III*
Theron M. Hall, III

## MAIL CERTIFICATE

I HEREBY CERTIFY THAT ON THE 15TH DAY OF JULY, 2020, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM. A COPY WAS ALSO E-MAILED TO THE HONORABLE STEVEN P. LOGAN.

*s/ Theron M. Hall, III*
Theron M. Hall, III