IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Steven Audette,<br><br>　　　　　　Defendant. | No. CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

The Court has received Defendant's motion to reopen case (Doc. 470) and Defendant's motion to subpoena (Doc. 471). Defendant is represented by counsel. It does not appear that Defendant conferred with counsel of record in these matters. Pursuant to Local Rule 83.3(c), Defendant must appear through counsel. For this reason,

**IT IS ORDERED** striking the documents as improperly filed. (Docs. 470 and 471) Counsel may re-urge the issues if he finds them applicable. The Court will take no further action on the documents. Defendant is again advised that no further pro se filings will be considered.

Dated this 15th day of July, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge