IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  )<br>             Plaintiff,  )<br>vs.  )<br>  )<br>Steven Audette,  )<br>  )<br>             Defendant.  )<br>_____ ) | No.  CR-14-00858-001-PHX-SPL<br><br>**ORDER** |

The Court has received Defendant's Motion to Continue Sentencing Hearing (Doc. 472).  There being no objection and good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion to Continue Sentencing Hearing (Doc. 472).

**IT IS FURTHER ORDERED** that the Re-Sentencing Hearing set for July 27, 2020 is continued to September 28, 2020 at 1:30 p.m.

Dated this 15th day of July, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge