U.S. Federal Courthouse
401 Washington Street
Phoenix, Arizona 85004

FILED ___ LODGED
RECEIVED ___ COPY

JUL 15 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CR14-858-PHX-SPL-1

Honorable Judge Steven Logan

Your Honor,

    This letter is written and sent to you off of the records, whether you even read it or not is indeed, "speculative" on my part, but I have to try something to get you to listen to me. First of all, as I have continued to state, I have not lied to you, the prosecution, nor my court appointed attorneys. Me, my wife Joy, and four of our children were on the run from the Italian mafia for 21 years, under the jurisdiction and orders of federal agents who were assigned to protect us.

    One of those agents, was F.B.I. agent Matthew Clark, my identical twin brother, separated at birth (originally from Duluth, MN.). He is now a former F.B.I. agent, and he is the Chief of Campus Police at the University of Minnesota, Minneapolis campus. Throughout my legal proceedings, I brought his, and other federal agents' names up, to try to prove to you and everyone else, that what I was telling "the court" was true.

    But instead of listening to me, the defendant, you chose to follow attorney Borrelli's lead, when he gave you the little hand signal, indicating that he thought I was delusional. Up to that point, you were actually listening to me. And please, don't insult me by telling me I don't know what I am talking about. You and attorney Borrelli, also chose to believe my "mother," Marianne Gleason, when she told Mr. Borrelli that I had psychological problems all of my life. She is a bold faced liar, and now I can prove it.

    Dolly Gleason knows very well, that I never have suffered from any psychological disorder, then or now. She, on the other hand, has. But the most damning evidence, is the fact that I can now prove she is lying. In a response letter she wrote to me, to explain my ancestry ~~xxxxxx~~ she did exactly what I expected her to do; continue the lies I have been told all of my life. In her response, she states that, first of all, I am "delusional" and "crazy" for not believing that she is my biological mother; I am 25% German, 25% French, 25% Austrian and 25% Italian.

What my "mother" didn't know at the time she wrote that letter, was the fact that my attorney, Theron Hall had done one of the D.N.A. tests on me, like I had begged you repeatedly to do, and it proves that both my "mother" and the agents on our case have lied to me. According to my heritage D.N.A. test results, I am 49% German, 41% French, 3% Eastern European/Russian, 2% Scottish Irish, and 1% Sardinian/Italian. In other words, Marianne "Dolly" Gleason is not, and cannot be my biological mother.

Marianne Gleason has also lied about me, not having an identical twin brother, separated at birth, who became an F.B.I. agent and worked on our 21 year case. A "friend" on the outside, helped me locate former F.B.I. agent Matthew Clark, my identical twin brother, separated at birth, (originally from Duluth, MN.). He is the chief of campus Police at the U. of MN, Mpls. Campus.

Everything I told you, is proving to be true, but I have had to fight for that truth within the confines of prison, with no help or investigation done by three, out four court appointed attorneys. And you sized up the all invasive attitude of contempt before investigation, when you stated at my sentencing, "Mr. Audette, surely you are intelligent enough to realize that I don't believe you, the prosecution doesn't believe you, your attorney doesn't believe you, and the jury doesn't... didn't believe you."

Yes your honor, I am intelligent enough to know that none of you believed me. And I am also intelligent enough to recognize a corrupt, morally and ethically bankrupt, contempt before investigation, unjust travesty of justice which in this case was the Federal Court of Law, For The Ninth District, Phoenix.

I can appreciate the fact, that yours, and many others would have difficulty believing my testimony. I can fully understand it, and had a difficult time believing it myself. But in a federal court of law, you, the judge are suppose to be unbiased, nonprejudical, and a neutral party in that courtroom, enabling the prosecution and the defense to arrive at the truth of the case. According

to Attorney Sydney Powell, she states that the prosecution has the unenviable task of investigating all evidence, both for and against the defendant, sharing all findings with the defense, and then basing their decision on the truth of the evidence, whether for, or against the defendant, make their determination

Due to rampant contempt before investigation, you, the prosecution, even my own attorneys (Borrelli, Kruschek, and McBee) all had me convicted and sentenced before trial even started. It is also stated, that there is nothing that will pre-vent the truth from being discovered, and keep the court in total darkness and unable to discover the truth, like contempt before investigation.

I told you, that the F.B.I. was involved in our case; you said you didn't believe me. Matthew Clark, whose name I mentioned in court a dozen times is a former F.B.I. agent, and he worked on our case, just as I said he did. I told you, that we (my wife and I) were under orders of federal agents to borrow the money needed, as determined by the head agent on our case. Matthew Clark can verify this. I told "the court", that Matthew Clark was my identical twin brother, separated at birth, and "the court" didn't believe it; Matthew Clark can verify this, simply by showing up in court, or video conference. Marianne "Dolly" Glea-son, lied, and stated not only was she my mother, but that I have no twin brother. The court, and prosecution stated I was guilty of wire fraud, and had set up a scheme to steal money from people. Matthew Clark can testify, that the money was given by my wife, to the head agent. The money I borrowed in the form of loans, was to be payed back, and the amounts were dictated by orders from the federal agents; orders I had to follow. You stated, that you didn't believe that the Italian mafia was after me and my family. Matthew Clark can verify that they were. Matthew Clark can verify, that there was no scheme to steal anyone's money, and therefore, there was no wire fraud, because I was telling the truth, to the people I borrowed the money from.

You stated that I scared and intimidated Louise Moore et al to send me money, and that's a lie. Every time I called for money, Louise et al

were told, that they were safe, their families were safe, and there was no danger to them, as long as they didn't talk about the case, or use the phone to tell others about our case. I always explained that the Italian mafia was after me, and my family, but not after them. Every time I borrowed money, I reiterated the facts, that they weren't in any danger, and that I would pay everyone back, just as soon as our case was resolved, and I could get to my inheritance (as per agent White's orders).

For four (4) months, I lied to Louise Moore, and told her that (once again), the mafia was after me and my family, when in fact, they were after her, and her family. For four (4) months, I didn't tell her the truth, because I didn't want to scare her. Finally, in the fifth (5th) month, I told her the truth because she wasn't taking what was going on seriously.

There were no comments made about kids, etc. ever, with the exception of one comment. "The people we are dealing with, don't care to kidnap a child, and send a finger to the parents to get them to do what they want." It was one rhetorical comment, and I apologized to Louise right after I said it, because I wasn't trying to scare her, but she had to take this seriously.

You added comments that I never made, as did the prosecution. Again there was one comment made, only one comment made, and on top of that, Louise never was told when the mob was after her and her family, for fear of scaring her. Only the very last time I was ordered to borrow money For her and her family's protection, did I make that one comment, and apologized for it, after I said it. I reassured her that agent White would not let anything happen to her, or her family.

You prevented all of my evidence from being submitted into court. But in the nature of U.S. V Hurn, I had the right to have all of my evidence submitted into court and trial. Likewise, in the nature of Rock V Arkansas, I had the constitutional right, under the 4th, 5th and 14th Amendments for hypnotically retrieved testimonial evidence, as determined by the U.S. Supreme Court. Also,

Citing McCoy v. Louisiana, I had the right to chose my own defense, inspite of what attorney Borelli tried to force me in to. He forced me into Pro Se representation.

My brother, former F.B.I. agent Matthew Clark, worked on my 21 year case, a case you don't believe took place for 21 years. Since you believed nothing that I said, I am requesting the right, to prove my innocence with the testimony under oath, of someone who was there and in charge. The F.B.I. was involved, the Italian mafia was after us, the money borrowed was in the form of personal loans, there was no mens rea, no scheme to steal anyone's money, the majority of the money did go to the head agent on our case, nobody was ever threatened to give us money, ever, and Louise Moore et al knows it. The federal government turned me into the scapegoat for their 21 year case. I did not have a choice, but to follow orders, because if I didn't, we were threatened with the termination of our federal agents protection, and us being killed within a week. My wife, federal agent Mary Joyce Audette was my boss, and just like the rest of these comments, Matthew Clark can verify that it is true.

I deserve my day in court, with submission of all of my evidence, testimony of all of my witnesses, and effective assistance of legal representation, in a fair, Constitutional venue, none of which I had in my first trial.

Sincerely,
Dr. Steven Audette

Steve Audette
#47584074
C.A.D.C. (Unit 1000-A)
P.O. Box 6300
Florence, Az
        85.232

Legal Mail
Attn: Clerk of Court

Notice
This Correspondence
is mailed
From a Correctional Institution
It's contents are
Uncensored

85003-211801



PHOENIX AZ 852

13 JUL 2020 · PM 5 L

U.S. Federal Courthouse
401 Washington Street
Phoenix, Az
        85004

RECEIVED

JUL 15 2020

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA