U.S. Federal District Court
For The Ninth District
Phoenix, Az.

United States of America
  Plaintiff

v.

Dr. Steven Audette,
  Defendant

Honorable Judge Steven Logan
Case No: 2:14-CR-00858-SPL
Motion: To move the court, to order F.C.C. Low in Forest City, Arkansas to send all of defendant's legal papers, files, envelopes, reference material, and all personal belongings to his current residence in Florence, Arizona

## Motion

Comes now the defendant, Dr. Steven Audette, and he does respectfully move the court, to order F.C.C. Low, in Forest City, Arkansas, to send all of his paperwork, legal and otherwise, and all of his personal belongings to him at his current residence at the C.A.D.C., Florence, Arizona.

The defendant's belongings are currently being held at R&D. in Forest City, Arkansas (Low), and there is another brown box, stored under the desk in the storage room, in unit W-B, Forest City, Low.

The defendant has made several attempts to have these items sent to him in Arizona, with no results. The B.O.P. and its employees, cannot hinder, nor prevent an inmate from having access to his legal work, papers, files, etc., hand-written or otherwise. Please advise. Thankyou.

signed, Dr. Steven Audette, this 17th day of July, 2020.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  CrvLR 5.4, 7.1(a)(v)
           (Rule Number/Section)

✓ FILED       ___ LODGED
___ RECEIVED  ___ COPY

JUL 23 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ✓              DEPUTY

Steven Audette
#47584074
C.A.D.C. (Unit 1000-A)
P.O. Box 6300
Florence, Az
                85232

Attn: Clerk of Court
Legal Mail

U.S. Federal Courthouse
401 Washington Street
Phoenix, AZ.
                85004

PHOENIX AZ 852
21 JUL 2020 PM 3 L

This Correspondence is Mailed From A Correctional Institution It's Contents Are Uncensored.

85003-211799

RECEIVED
JUL 23 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA